AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02726-JEB |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Michigan                                                                .

Date:    08/04/2026

/s/ Neil Giovanatti
*Attorney's signature*

Neil Giovanatti (Mich. Bar P82305)
*Printed name and bar number*

Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909

*Address*

Giovanattin@michigan.gov
*E-mail address*

(517) 241-1050
*Telephone number*

(517) 335-1152
*FAX number*