AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02726 |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts                                                            .

Date:      08/04/2026

/s/ Jak Kundl
*Attorney's signature*

Jak Kundl (MA Bar No. 713951)
*Printed name and bar number*

Office of the Attorney General of Massachusetts
One Ashburton Place
Boston, MA 02108

*Address*

jak.kundl@mass.gov
*E-mail address*

(617) 963-2942
*Telephone number*

*FAX number*