AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| STATE OF NEW YORK, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| ADMINISTRATION FOR CHILDREN AND FAMILIES, e | ) |
| *Defendant* | ) |

Case No.    1:26-cv-02726-JEB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington                                                                      .

Date:    08/04/2026

s/Mina Shahin
*Attorney's signature*

Mina Shahin, WA Bar No. 46661
*Printed name and bar number*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Address*

mina.shahin@atg.wa.gov
*E-mail address*

(206) 326-5485
*Telephone number*

(206) 587-4229
*FAX number*