AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| STATE OF NEW YORK, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:26-cv-02726 |
| ADMIN. FOR CHILDREN AND FAMILIES,et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of KY  .

Date:      08/04/2026

/s/ S. Travis Mayo
*Attorney's signature*

Steven Travis Mayo, KY Bar #92628
*Printed name and bar number*

Office of the Governor 501
High Street, 2nd Floor
Frankfort, KY 40601
*Address*

travis.mayo@ky.gov
*E-mail address*

(502) 564-2611
*Telephone number*

(502) 564-6858
*FAX number*