AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02726 |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut                                                                                          .

Date:    08/04/2026

/s/ Katherine Zdrojeski
*Attorney's signature*

Katherine Zdrojeski (ct32229)
*Printed name and bar number*

165 Capitol Avenue
Hartford, CT 06106

*Address*

katherine.zdrojeski@ct.gov
*E-mail address*

(860) 808-5210
*Telephone number*

*FAX number*