AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-2726-JEB |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts                                                    .

Date:     08/04/2026

/s/ Michelle Pascucci
*Attorney's signature*

/s/ Michelle Pascucci (Mass. BBO 690889)
*Printed name and bar number*

One Ashburton Place
Boston, MA 02108

*Address*

michelle.pascucci@mass.gov
*E-mail address*

(617) 963-2255
*Telephone number*

*FAX number*