AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-02726-JEB |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oregon                                                                                          .

Date:     08/04/2026

/s/ Leanne Hartmann
*Attorney's signature*

Leanne Hartmann, OSB #257503
*Printed name and bar number*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

*Address*

Leanne.Hartmann@doj.oregon.gov
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-5000
*FAX number*