AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| STATE OF NEW YORK, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-02726 |
| ADMIN. FOR CHILDREN AND FAMILIES,et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of KY  .

Date:     08/04/2026

/s/ Laura C. Tipton
*Attorney's signature*

Laura C. Tipton, KY Bar #92527
*Printed name and bar number*

Office of the Governor
501 High Street, 2nd Floor
Frankfort, KY 40601
*Address*

laurac.tipton@ky.gov
*E-mail address*

(502) 564-2611
*Telephone number*

(502) 564-6858
*FAX number*