AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| STATE OF NEW YORK, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:26-cv-02726-JEB |
| ADMINISTRATION FOR CHILDREN AND FAMILIES, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff State of Colorado                                                                                                   .

Date:      08/04/2026                                   /s/ David Moskowitz
                                                                          *Attorney's signature*

                                                              David Moskowitz, DC Bar No. 994469
                                                                      *Printed name and bar number*
                                                                 1300 Broadway, 10th Fl.
                                                                  Denver, CO 80203


                                                                              *Address*

                                                              David.Moskowitz@coag.gov
                                                                          *E-mail address*

                                                                   (720) 508-6000
                                                                     *Telephone number*

                                                                   (720) 508-6030
                                                                        *FAX number*