AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02726-JEB |
| Administration for Children and Families, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois                                                                .

Date:    08/04/2026

/s/ Harpreet K. Khera
*Attorney's signature*

Harpreet Khera, 6283235
*Printed name and bar number*

115 S. LaSalle St., 35th Fl.
Chicago, IL 60603

*Address*

harpreet.khera@ilag.gov
*E-mail address*

(773) 590-7127
*Telephone number*

(312) 814-4452
*FAX number*