AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| STATE OF NEW YORK, et al., | ) |
| *Plaintiff* | ) |
| v. | )　Case No.　1:26-cv-02726-JEB |
| ADMINISTRATION FOR CHILDREN AND FAMILIES, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff State of Colorado　　　　　　　　　　　　　　　　　　　　　　　　　　　.

Date:　　08/04/2026

/s/ Reed W. Morgan
*Attorney's signature*

Reed W. Morgan, CO Bar No. 40972
*Printed name and bar number*

1300 Broadway, 10th Fl.
Denver, CO 80203

*Address*

reed.morgan@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6030
*FAX number*