AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW YORK, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-CV-02726 |
| ADMIN. FOR CHILDREN AND FAMILIES, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF HAWAII                                                                                              .

Date:    08/04/2026

s/ Kalikoʻonālani D. Fernandes
*Attorney's signature*

Kalikoʻonālani D. Fernandes (9964)
*Printed name and bar number*

Department of the Attorney General, State of Hawaii
Appellate Division
425 Queen Street
Honolulu, Hawaii  96813
*Address*

kaliko.d.fernandes@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

*FAX number*