**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF NEW YORK, *et al.*,

       *Plaintiffs,*

v.

ADMINISTRATION FOR CHILDREN AND
FAMILIES, *et al.*,

       *Defendants.*

Case No. 1:26-cv-02726-JEB

<u>**DECLARATION OF JESSICA RANUCCI**</u>

I, JESSICA RANUCCI, an attorney authorized to practice before this Court under LCvR 83.2(e), do hereby state the following:

1.     I am Special Counsel in the Office of the New York State Attorney General, which appears on behalf of the State of New York in this action.

2.     I submit this declaration in support of Plaintiff States' Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay under 5 U.S.C. § 705, pursuant to Federal Rule of Civil Procedure 65. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3.     Attached as Exhibit 1 is a true and correct copy of the System of Records Notice ("SORN") at issue in this action, published by the Administration for Children and Families ("ACF") in the Federal Register on June 23, 2026. *See* Privacy Act of 1974; System of Records, 91 Fed. Reg. 37,406 (June 23, 2026).

4.     Attached as Exhibit 2 is a true and correct copy of the July 20, 2026, Federal Register notice published by ACF extending both the "comment period for and the effective date

1

of the new routine use" in the SORN to August 11, 2026. *See* Privacy Act of 1974; System of Records, 91 Fed. Reg. 45,278 (July 20, 2026).

5.      Attached as Exhibit 3 is a true and correct copy of the ACF-199 TANF and ACF-209 SSP-MOE Data Reporting Instructions, OMB Ctrl. No. 0970-0338.

6.      Attached as Exhibit 4 a true and correct copy of the Office of Management and Budget's ("OMB") 2025 Compliance Supplement with respect to TANF, 2 C.F.R. Part 200, App. XI, § 93.558.

7.      Attached as Exhibit 5 is the true and correct copy of the Declaration of Angela Rodgers of the Arizona Department of Economic Security.

8.      Attached as Exhibit 6 is a true and correct copy of the Declaration of Lisa Witchey of the California Department of Social Services.

9.      Attached as Exhibit 7 is a true and correct copy of the Declaration of Ian McMahon of the Colorado Department of Human Services.

10.      Attached as Exhibit 8 is the true and correct copy of the Declaration of Peter Hadler of the Connecticut Department of Social Services.

11.      Attached as Exhibit 9 is the true and correct copy of the Declaration of Jessica Horn of the Delaware Department of Health and Social Services.

12.      Attached as Exhibit 10 is the true and correct copy of the Declaration of Brian Campbell of the District of Columbia Department of Human Services Economic Security Administration.

13.      Attached as Exhibit 11 is the true and correct copy of the Declaration of Jill Outland of the Illinois Department of Human Services.

14.     Attached as Exhibit 12 is the true and correct copy of the Declaration of Lesa Dennis of the Kentucky Department for Community Based Services.

15.     Attached as Exhibit 13 is the true and correct copy of the Declaration of Ian Yaffe of the Maine Department of Health and Human Services.

16.     Attached as Exhibit 14 is the true and correct copy of the Declaration of Stacy L. Rodgers of the Maryland Department of Human Services.

17.     Attached as Exhibit 15 is the true and correct copy of the Declaration of Michael Cole of the Massachusetts Department of Transitional Assistance.

18.     Attached as Exhibit 16 is the true and correct copy of the Declaration of Erin Frisch of the Michigan Department of Health and Human Services.

19.     Attached as Exhibit 17 is the true and correct copy of the Declaration of Dr. Shaneen Moore of the Minnesota Department of Children, Youth, and Families.

20.     Attached as Exhibit 18 is the true and correct copy of the Declaration of K. Brunetti Ireland of the Nevada Attorney General's Office.

21.     Attached as Exhibit 19 is the true and correct copy of the Declaration of Stephen Cha of the New Jersey Department of Human Services.

22.     Attached as Exhibit 20 is the true and correct copy of the Declaration of Rajni Chawla of the New York State Office of Temporary and Disability Assistance.

23.     Attached as Exhibit 21 is the true and correct copy of the Declaration of Claire Carpenter-Seguin of the Oregon Department of Human Services.

24.     Attached as Exhibit 22 is the true and correct copy of the Declaration of Hoa Pham of the Pennsylvania Department of Human Services.

25.    Attached as Exhibit 23 is the true and correct copy of the Declaration of Kimberly Merolla-Brito of the Rhode Island Department of Human Services.

26.    Attached as Exhibit 24 is the true and correct copy of the Declaration of Melissa Bocash of the Vermont Department for Children and Families.

27.    Attached as Exhibit 25 is the true and correct copy of the Declaration of Duke Storen of the Virginia Department of Social Services.

28.    Attached as Exhibit 26 is the true and correct copy of the Declaration of Carla Reyes of the Washington Department of Social and Health Services.

29.    Attached as Exhibit 27 is the true and correct copy of the Declaration of Patara Horn of the Wisconsin Department of Children and Families.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: August 4, 2026
New York, New York                              Jessica Ranucci

**<u>Chart of Declarations</u>**

| Exhibit # | State | Declarant Name |
|---|---|---|
| 5 | AZ | Angela Rodgers |
| 6 | CA | Lisa Witchey |
| 7 | CO | Ian McMahon |
| 8 | CT | Peter Hadler |
| 9 | DE | Jessica Horn |
| 10 | DC | Brian Campbell |
| 11 | IL | Jill Outland |
| 12 | KY | Lesa Dennis |
| 13 | ME | Ian Yaffe |
| 14 | MD | Stacy L. Rodgers |
| 15 | MA | Michael Cole |
| 16 | MI | Erin Frisch |
| 17 | MN | Dr. Shaneen Moore |
| 18 | NV | K. Brunetti Ireland |
| 19 | NJ | Stephen Cha |
| 20 | NY | Rajni Chawla |
| 21 | OR | Claire Carpenter-Seguin |
| 22 | PA | Hoa Pham |
| 23 | RI | Kimberly Merolla-Brito |
| 24 | VT | Melissa Bocash |
| 25 | VA | Duke Storen |
| 26 | WA | Carla Reyes |
| 27 | WI | Patara Horn |