**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>ADMINISTRATION FOR CHILDREN AND<br>FAMILIES, *et al.*,<br><br>      *Defendants*. | Case No. 1:26-cv-02726-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**
**PRELIMINARY INJUNCTION AND STAY UNDER 5 U.S.C. § 705**

Upon consideration of Plaintiffs the State of New York, District of Columbia, State of California, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Hawai'i, State of Illinois, Office of the Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and State of Wisconsin's ("Plaintiff States") Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay under 5 U.S.C. § 705 and the memorandum, declarations, and exhibits submitted in support, it is hereby ORDERED that:

(1) Plaintiffs' Motion for a Preliminary Injunction and Stay under 5 U.S.C. § 705 is GRANTED;

(2) The effective date of the TANF System of Records Notice (91 Fed. Reg. 37,406, 37,406–37,410) is STAYED as to Plaintiff States under 5 U.S.C. § 705, including as to data reported to ACF by Plaintiff States or verification information obtained from Plaintiff States, pending a final ruling on the merits of this case;

(3) Defendants are ENJOINED from implementing the TANF System of Records Notice (91 Fed. Reg. 37,406, 37,406–37,410) and its revisions to the TANF System of Records as to Plaintiff States, including as to data reported to the Administration for Children and Families by Plaintiff States or verification information obtained from Plaintiff States, pending a final ruling on the merits of this case.

Dated: _____        _____

                                       Hon. James E. Boasberg
                                       United States District Judge