AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| State of New York, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-02726 |
| Administration for Children and Families, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the State of California                                                                                     .

Date:    08/06/2026

/s/ Camille Framroze
*Attorney's signature*

Camille Framroze - CA Bar No. 332075
*Printed name and bar number*

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

*Address*

Camille.Framroze@doj.ca.gov
*E-mail address*

(415) 510-3916
*Telephone number*

*FAX number*