AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of New York et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-02726 |
| Administration for Children and Families et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Vermont                                                    .

Date:    08/07/2026

/s/ Ryan P. Kane
*Attorney's signature*

Ryan P. Kane, Government Attorney
*Printed name and bar number*

Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609

*Address*

ryan.kane@vermont.gov
*E-mail address*

(802) 828-2153
*Telephone number*

(802) 828-3187
*FAX number*