AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-02726-JEB |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey                                                                      .

Date:   08/07/2026

/s/ Kashif T. Chand
*Attorney's signature*

Kashif T. Chand, 016752008
*Printed name and bar number*
124 Halsey Street, 5th Floor
Newark, NJ 07101

*Address*

kashif.chand@law.njoag.gov
*E-mail address*

(609) 696-5160
*Telephone number*

(973) 648-3879
*FAX number*