AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| State of New York, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26 cv 2726 |
| Administration for Children and Families, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia                                                                                          .

Date:      08/07/2026

_____
*Attorney's signature*

Megan C. Keenan (DC Bar #1672508)
_____
*Printed name and bar number*

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219

_____
*Address*

mkeenan@oag.state.va.us
_____
*E-mail address*

(804) 997 5222
_____
*Telephone number*

(804) 786 1991
_____
*FAX number*