**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*, <br><br> *Defendants.* | No. 1:26-cv-02726-JEB |

## AFFIDAVIT OF SERVICE

1.     In accordance with Fed. R. Civ. P. 4(l)(1) and LCvR 5.3, I make this declaration to establish that service of the complaint and summonses in the above-captioned matter was made on all relevant parties.

2.     On August 4, 2026, I sent copies of the complaint and summonses by certified mail, in accordance with Fed. R. Civ. P. 4(i)(2) and 45 C.F.R. § 4.1, to Defendant Administration for Children and Families; Defendant Alex J. Adams (in his official capacity as Assistant Secretary of the Administration of Children & Families); Defendant Office of Family Assistance; Defendant David Swegle (in his official capacity as the Director of the Office of Family Assistance); Defendant U.S. Department of Health and Human Services; and Defendant Robert F. Kennedy, Jr., (in his official capacity as the Secretary of Health and Human Services) at the following address:

> General Counsel
> Department of Health and Human Services
> 200 Independence Ave. SW
> Washington, DC 20201.

1

3.    True and accurate copies of the six certified mail receipts for these transmissions are attached as Exhibit A.  According to U.S. Postal Service electronic records accessed on August 10, 2026, and attached as Exhibit B, the complaint and the summonses were delivered to the above-listed Defendants on August 6, 2026.

4.    On August 4, 2026, I sent a copy of the complaint and summons by certified mail, in accordance with Fed. R. Civ. P. 4(i)(1)–(2), to the Office of the U.S. Attorney for the District of Columbia at the following address:

> Civil Process Clerk
> U.S. Attorney's Office for D.C.
> 601 D St. NW
> Washington, DC 20530.

5.    A true and accurate copy of the certified mail receipt for this transmission is attached as Exhibit C.  According to a U.S. Postal Service electronic record accessed on August 10, 2026, and attached as Exhibit D, the complaint and summons were delivered to and retrieved from the relevant postal facility on August 7, 2026.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

This the 11th day of August, 2026.

Respectfully submitted,

Sheila Jordan
Investigator
Office of the Attorney General for the District of Columbia

2