# Ex. A

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

8/4/2026

Postmark Here

Sent To General Counsel
Street, Apt. No.; or PO Box No. Dep't of Health + Human
City, State, ZIP+4 200 Independence Ave S.W WDC Service

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0008 7620 8016

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

8/4/2026

Postmark Here

Sent To General Counsel Dept of Health
Street, Apt. No.; or PO Box No. 200 Independence Av + Human
City, State, ZIP+4 WDC 20201

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0008 7620 8108

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

8/4/2026

Postmark Here

Sent To General Counsel Dept of Health
Street, Apt. No.; or PO Box No. 200 Independence Hman sur
City, State, ZIP+4 Ave S.W WDC 20201

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0008 7620 7903

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

8/4/2026

Postmark Here

Sent To General Counsel Dept of Health
Street, Apt. No.; or PO Box No. 200 Independence Av. + Human
City, State, ZIP+4 WDC 20201

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0008 7620 8092

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

8/4/2026

Postmark Here

Sent To General Counsel Dept of H+H
Street, Apt. No.; or PO Box No. 200 Independence Ave SW
City, State, ZIP+4 WDC 20201

PS Form 3800, June 2002    See Reverse for Instructions

7002 3150 0003 8011 6218

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

8/4/2026

Postmark Here

Sent To General Counsel Dept of H+HS
Street, Apt. No.; or PO Box No. 200 Independence Ave 3w
City, State, ZIP+4 WDC 20201

PS Form 3800, June 2002    See Reverse for Instructions

7002 3150 0003 8011 6171