Ex. B

**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …**

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

# 70012510000876208108

**Copy**        **Add to Informed Delivery**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:45 am on August 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
August 6, 2026 9:45 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**          ⌄

---

**USPS Tracking Plus®**          ⌄

---

**Product Information**          ⌄

**See Less ⌃**

**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70012510000876208092

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:45 am on August 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
August 6, 2026 9:45 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**                                               ⌄

---

**USPS Tracking Plus®**                                                ⌄

---

**Product Information**                                                ⌄

See Less ⌃

**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70012510000876208016

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:45 am on August 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
August 6, 2026 9:45 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

**See Less** ⌃

Feedback

**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70012510000876207903

Copy      Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:45 am on August 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
August 6, 2026 9:45 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

Feedback

**See Less** ⌃

**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70023150000380116218

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:45 am on August 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
August 6, 2026 9:45 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**                                      ⌄

---

**USPS Tracking Plus®**                                       ⌄

---

**Product Information**                                       ⌄

**See Less** ︿

**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70023150000380116171

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:45 am on August 6, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
August 6, 2026 9:45 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

**Product Information**                                      ⌄

**See Less** ⌃