Ex. C

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 8/ 4 /2026 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Civil Process Clerk u.s. Atton

Street, Apt. No.; or PO Box No.: 601 D. Street Nw wDC

City, State, ZIP+4: 20530

7001 2510 0008 7620 8115

PS Form 3800, January 2001                See Reverse for Instructions