Ex. D

ALERT: WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70012510000876208115

Copy          Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:30 am on August 7, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 7, 2026 4:30 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**                                                     ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌄

**See Less** ⌃