AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW YORK et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02726 |
| ADMINISTRATION FOR CHILDREN & FAMILIES et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware                                                                                       .

Date:     08/12/2026

/s/ Ian R. Liston
*Attorney's signature*

Ian R. Liston, DE Bar No. 5507
*Printed name and bar number*

Delaware Department of Justice
820 N. French Street
Wilmington, Delaware 19801

*Address*

ian.liston@delaware.gov
*E-mail address*

(302) 683-8800
*Telephone number*

(302) 577-6499
*FAX number*