AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| State of New York, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:26-cv-02726 |
| Administration for Children & Families, et. al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota                                                                                            .

Date:      08/12/2026                                        /s/ Lindsey E. Middlecamp
                                                                                *Attorney's signature*


                                                                Lindsey E. Middlecamp, 0392589
                                                                *Printed name and bar number*

                                                                445 Minnesota Street, Suite 600,
                                                                Saint Paul, MN 55101


                                                                                *Address*

                                                                lindsey.middlecamp@ag.state.mn.us
                                                                *E-mail address*

                                                                (651) 300-0711
                                                                *Telephone number*

                                                                (651) 282-5832
                                                                *FAX number*