AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

STATE OF NEW YORK et al.
*Plaintiff*
v.
ADMIN. FOR CHILDREN & FAMILIES et al.
*Defendant*

Case No. 1:26-cv-02726

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the State of California .

Date: 08/17/2026

/s/ William Bellamy
*Attorney's signature*

William Bellamy - CA Bar No. 347029
*Printed name and bar number*

1300 I Street, 16th Floor
Sacramento, CA 95814
*Address*

william.bellamy@doj.ca.gov
*E-mail address*

(916) 210-6086
*Telephone number*

(916) 324-8835
*FAX number*