AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

STATE OF NEW YORK, et al.,
*Plaintiff*
v.
ADMINISTRATION FOR CHILDREN AND FAMILIES, e
*Defendant*

Case No. 1:26-cv-02726-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington .

Date: 08/21/2026

s/William McGinty
*Attorney's signature*

William McGinty, WA Bar No. 41868
*Printed name and bar number*

1125 Washington Street SE
Olympia, WA 98504-0100
*Address*

william.mcginty@atg.wa.gov
*E-mail address*

(360) 753-6200
*Telephone number*

(360) 664-2963
*FAX number*