**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-02726-JEB |

**DECLARATION OF JESSICA RANUCCI**

I, JESSICA RANUCCI, an attorney authorized to practice before this Court under LCvR 83.2(e), do hereby state the following:

1. I am Special Counsel in the Office of the New York State Attorney General, which appears on behalf of the State of New York in this action.

2. I submit this declaration in support of Plaintiff States' Motion for Preliminary Injunction and Stay under 5 U.S.C. § 705, pursuant to Federal Rule of Civil Procedure 65. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3. On August 8, 2026, Counsel for Plaintiffs asked Counsel for Defendants via email to "provide a copy of any Information Exchange Agreement, Memorandum of Understanding, or other written documentation governing the data sharing between ACF and DHS." Plaintiffs reiterated this request on the morning of August 10 and again that evening. On August 11, Defendants' Counsel responded, "We will not be producing documents." Plaintiffs can provide a copy of the email chain to the Court upon the Court's or Defendants' request.

4. Exhibits 1 through 27 of this declaration are the same as Exhibits 1 through 27 that were filed in conjunction with Plaintiffs' prior Motion for Preliminary Injunction and Stay under 5 U.S.C. § 705, at ECF Nos. 31-3 through 31-29.

5. Attached as Exhibit 1 is a true and correct copy of the System of Records Notice ("2026 SORN") at issue in this action, published by the Administration for Children and Families ("ACF") in the Federal Register on June 23, 2026. *See* Privacy Act of 1974; System of Records, 91 Fed. Reg. 37,406 (June 23, 2026).

6. Attached as Exhibit 2 is a true and correct copy of the July 20, 2026, Federal Register notice published by ACF extending both the "comment period for and the effective date of the new routine use" in the 2026 SORN to August 11, 2026. *See* Privacy Act of 1974; System of Records, 91 Fed. Reg. 45,278 (July 20, 2026).

7. Attached as Exhibit 3 is a true and correct copy of the ACF-199 TANF and ACF-209 SSP-MOE Data Reporting Instructions, OMB Ctrl. No. 0970-0338.

8. Attached as Exhibit 4 a true and correct copy of the Office of Management and Budget's ("OMB") 2025 Compliance Supplement with respect to TANF, 2 C.F.R. Part 200, App. XI, § 93.558.

9. Attached as Exhibit 5 is the true and correct copy of the Declaration of Angela Rodgers of the Arizona Department of Economic Security.

10. Attached as Exhibit 6 is a true and correct copy of the Declaration of Lisa Witchey of the California Department of Social Services.

11. Attached as Exhibit 7 is a true and correct copy of the Declaration of Ian McMahon of the Colorado Department of Human Services.

12. Attached as Exhibit 8 is the true and correct copy of the Declaration of Peter Hadler of the Connecticut Department of Social Services.

13. Attached as Exhibit 9 is the true and correct copy of the Declaration of Jessica Horn of the Delaware Department of Health and Social Services.

14. Attached as Exhibit 10 is the true and correct copy of the Declaration of Brian Campbell of the District of Columbia Department of Human Services Economic Security Administration.

15. Attached as Exhibit 11 is the true and correct copy of the Declaration of Jill Outland of the Illinois Department of Human Services.

16. Attached as Exhibit 12 is the true and correct copy of the Declaration of Lesa Dennis of the Kentucky Department for Community Based Services.

17. Attached as Exhibit 13 is the true and correct copy of the Declaration of Ian Yaffe of the Maine Department of Health and Human Services.

18. Attached as Exhibit 14 is the true and correct copy of the Declaration of Stacy L. Rodgers of the Maryland Department of Human Services.

19. Attached as Exhibit 15 is the true and correct copy of the Declaration of Michael Cole of the Massachusetts Department of Transitional Assistance.

20. Attached as Exhibit 16 is the true and correct copy of the Declaration of Erin Frisch of the Michigan Department of Health and Human Services.

21. Attached as Exhibit 17 is the true and correct copy of the Declaration of Dr. Shaneen Moore of the Minnesota Department of Children, Youth, and Families.

22. Attached as Exhibit 18 is the true and correct copy of the Declaration of K. Brunetti Ireland of the Nevada Attorney General's Office.

23. Attached as Exhibit 19 is the true and correct copy of the Declaration of Stephen Cha of the New Jersey Department of Human Services.

24. Attached as Exhibit 20 is the true and correct copy of the Declaration of Rajni Chawla of the New York State Office of Temporary and Disability Assistance.

25. Attached as Exhibit 21 is the true and correct copy of the Declaration of Claire Carpenter-Seguin of the Oregon Department of Human Services.

26. Attached as Exhibit 22 is the true and correct copy of the Declaration of Hoa Pham of the Pennsylvania Department of Human Services.

27. Attached as Exhibit 23 is the true and correct copy of the Declaration of Kimberly Merolla-Brito of the Rhode Island Department of Human Services.

28. Attached as Exhibit 24 is the true and correct copy of the Declaration of Melissa Bocash of the Vermont Department for Children and Families.

29. Attached as Exhibit 25 is the true and correct copy of the Declaration of Duke Storen of the Virginia Department of Social Services.

30. Attached as Exhibit 26 is the true and correct copy of the Declaration of Carla Reyes of the Washington Department of Social and Health Services.

31. Attached as Exhibit 27 is the true and correct copy of the Declaration of Patara Horn of the Wisconsin Department of Children and Families.

32. Attached as Exhibit 28 is a true and correct copy of the Supplemental Declaration of Lisa Witchey of the California Department of Social Services.

33. Attached as Exhibit 29 is a true and correct copy of the Supplemental Declaration of Lesa Dennis of the Kentucky Department for Community Based Services.

34. Attached as Exhibit 30 is a true and correct copy of the Supplemental Declaration of Stacy L. Rodgers of the Maryland Department of Human Services.

35. Attached as Exhibit 31 is a true and correct copy of the Supplemental Declaration of Dr. Shaneen Moore of the Minnesota Department of Children, Youth, and Families.

36. Attached as Exhibit 32 is a true and correct copy of the Supplemental Declaration of Stephen Cha of the New Jersey Department of Human Services.

37. Attached as Exhibit 33 is a true and correct copy of the Declaration of Niki Kozlowski of the New Mexico Health Care Authority.

38. Attached as Exhibit 34 is a true and correct copy of the Supplemental Declaration of Rajni Chawla of the New York State Office of Temporary and Disability Assistance

39. Attached as Exhibit 35 is a true and correct copy of the Supplemental Declaration of Carla Reyes of the Washington Department of Social and Health Services.

40. Attached as Exhibit 36 is a true and correct copy of the System of Records Notice ("2024 SORN") published by ACF in the Federal Register on April 12, 2024. *See* Privacy Act of 1974; System of Records, 89 Fed. Reg. 25,880 (Apr. 12, 2024).

41. Attached as Exhibit 37 is a true and correct copy of the August 7, 2026, Federal Register notice published by ACF extending the "effective date of the new routine use" in the 2026 SORN to September 1, 2026. *See* Privacy Act of 1974; System of Records, 91 Fed. Reg. 51,174 (Aug. 7, 2026).

42. Attached as Exhibit 38 is a true and correct copy of the August 20, 2026, Federal Register notice published by ACF extending the "effective date of the new routine use" in the 2026 SORN to September 30, 2026. *See* Privacy Act of 1974; System of Records, 91 Fed. Reg. 53,876 (Aug. 20, 2026).

43. Attached as Exhibit 39 is a true and correct copy of an excerpt of the transcript of the August 19, 2026, proceedings in *Make the Road States et al., v. Department of Health and Human Services et al.*, No. 26-cv-04713-EK-CHK (E.D.N.Y Aug. 19, 2026). Plaintiffs can provide a copy of the full transcript to the Court upon the Court's or Defendants' request.

44. Attached as Exhibit 40 is a true and correct copy of the Fourth Declaration of Alberto V. Briseno, filed in *State of California, et al., v. U.S. Department of Health and Human Services, et al.*, No. 3:25-cv-05536-VC (N.D. Cal. July 8, 2026), Dkt. No. 181-1.

45. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
August 25, 2026

Jessica Ranucci

**Chart of Exhibits**

| Exhibit # | Document |
|---|---|
| 1 | 2026 SORN, 91 Fed. Reg. 37,406 (June 23, 2026) |
| 2 | 91 Fed. Reg. 45,278 (July 20, 2026) |
| 3 | ACF-199 TANF and ACF-209 SSP-MOE Data Reporting Instructions |
| 4 | OMB 2025 TANF Compliance Supplement with respect to TANF, 2 C.F.R. Part 200, App. XI, § 93.558 |
| 5 | Declaration of Angela Rodgers (AZ) |
| 6 | Declaration of Lisa Witchey (CA) |
| 7 | Declaration of Ian McMahon (CO) |
| 8 | Declaration of Peter Hadler (CT) |
| 9 | Declaration of Jessica Horn (DE) |
| 10 | Declaration of Brian Campbell (DC) |
| 11 | Declaration of Jill Outland (IL) |
| 12 | Declaration of Lesa Dennis (KY) |
| 13 | Declaration of Ian Yaffe (ME) |
| 14 | Declaration of Stacy L. Rodgers (MD) |
| 15 | Declaration of Michael Cole (MA) |
| 16 | Declaration of Erin Frisch (MI) |
| 17 | Declaration of Dr. Shaneen Moore (MN) |
| 18 | Declaration of K. Brunetti Ireland (NV) |
| 19 | Declaration of Stephen Cha (NJ) |
| 20 | Declaration of Rajni Chawla (NY) |
| 21 | Declaration of Claire Carpenter-Seguin (OR) |
| 22 | Declaration of Hoa Pham (PA) |
| 23 | Declaration of Kimberly Merolla-Brito (RI) |
| 24 | Declaration of Melissa Bocash (VT) |
| 25 | Declaration of Duke Storen (VA) |
| 26 | Declaration of Carla Reyes (WA) |
| 27 | Declaration of Patara Horn (WI) |
| 28 | Supplemental Declaration of Lisa Witchey (CA) |

| | |
|---|---|
| **29** | Supplemental Declaration of Lesa Dennis (KY) |
| **30** | Supplemental Declaration of Stacy L. Rodgers (MD) |
| **31** | Supplemental Declaration of Dr. Shaneen Moore (MN) |
| **32** | Supplemental Declaration of Stephen Cha (NJ) |
| **33** | Declaration of Niki Kozlowski (NM) |
| **34** | Supplemental Declaration of Rajni Chawla (NY) |
| **35** | Supplemental Declaration of Carla Reyes (WA) |
| **36** | 2024 SORN, 89 Fed. Reg. 25,880 (Apr. 12, 2024) |
| **37** | 91 Fed. Reg. 51,174 (Aug. 7, 2026) |
| **38** | 91 Fed. Reg. 53,876 (Aug. 20, 2026) |
| **39** | *Make the Road States et al., v. Department of Health and Human Services et al.*, No. 26-cv-04713-EK-CHK (E.D.N.Y.), August 19, 2026 Transcript Excerpt |
| **40** | Fourth Declaration of Alberto V. Briseno, filed in *State of California, et al., v. U.S. Department of Health and Human Services, et al.*, No. 3:25-cv-05536-VC (N.D. Cal. July 8, 2026), Dkt. No. 181-1 |