# EXHIBIT 2

of unsupported charges as a condition of release despite no contractual obligation, withholding shipping documentation, and other acts or omissions of Respondents.

Pursuant to the order issued by the presiding judge on June 30, 2026, titled "Order Denying Respondent Freightlead LLC's Motion to Dismiss Without Prejudice and Directing Complaint to File Amended Complaint," answers to the amended complaint must be filed with the Commission no later than July 28, 2026.

The full text of the amended complaint can be found in the Commission's electronic Reading Room at *https://www2.fmc.gov/readingroom/proceeding/26-02/.*

This proceeding has been assigned to the Office of Administrative Law Judges. The initial decision of the presiding judge shall be issued by January 14, 2027, and the final decision of the Commission shall be issued by July 28, 2027.

(Authority: 46 U.S.C. 41301; 46 CFR 502.61(c).)

Served: July 15, 2026.

**David Eng,**

*Secretary.*

[FR Doc. 2026–14541 Filed 7–17–26; 8:45 am]

**BILLING CODE 6730–02–P**

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Centers for Medicare & Medicaid Services

**[CMS–4219–N]**

### Medicare Program; Inflation Reduction Act of 2022 (IRA) Medicare Drug Price Negotiation Program Draft Guidance; Comment Request

**AGENCY:** Centers for Medicare & Medicaid Services (CMS), Department of Health and Human Services (HHS).

**ACTION:** Notice.

**SUMMARY:** The Centers for Medicare & Medicaid Services (CMS) is announcing an opportunity for the public to comment on CMS' draft guidance for the Medicare Drug Price Negotiation Program regarding manufacturer effectuation of the maximum fair price in 2028 for the implementation of the Inflation Reduction Act of 2022 (IRA) (Pub. L. 117–169). CMS' draft guidance and other IRA-related guidance can be viewed on the CMS website at *https://www.cms.gov/priorities/medicare-prescription-drug-affordability/medicare-prescription-drug-affordability.*

**DATES:** Comments must be received by September 18, 2026.

**ADDRESSES:** Written comments should be sent to *IRARebateandNegotiation@cms.hhs.gov* with the subject line, "Medicare Drug Price Negotiation Program Draft Guidance".

**FOR FURTHER INFORMATION CONTACT:** Elisabeth Daniel, *IRARebateandNegotiationprogram@cms.hhs.gov,* or (667) 290–8793.

**SUPPLEMENTARY INFORMATION:** The Inflation Reduction Act of 2022 (IRA) was signed into law on August 16, 2022. Sections 11001 and 11002 of the IRA established the Medicare Drug Price Negotiation Program (hereafter the "Negotiation Program") to negotiate maximum fair prices (MFPs) for certain high expenditure, single source drugs and biological products. The requirements for this program are described in sections 1191 through 1198 of the Social Security Act as added by sections 11001 and 11002 of the IRA. The draft guidance specifies the requirements for manufacturer effectuation of the MFPs in 2028.

To obtain copies of the draft guidance and other IRA-related documents, please access the CMS website by copying and pasting the following web address into your web browser: *https://www.cms.gov/inflation-reduction-act-and-medicare.* If interested in receiving CMS Inflation Reduction Act updates by email, individuals may sign up for CMS' IRA email updates at *https://www.cms.gov/priorities/medicare-prescription-drug-affordability/medicare-prescription-drug-affordability.*

The Administrator of the Centers for Medicare & Medicaid Services (CMS), Dr. Mehmet Oz, having reviewed and approved this document, authorizes Chyana Woodyard, who is the Federal Register Liaison, to electronically sign this document for purposes of publication in the **Federal Register**.

**Chyana Woodyard,**

*Federal Register Liaison, Centers for Medicare & Medicaid Services.*

[FR Doc. 2026–14583 Filed 7–16–26; 4:15 pm]

**BILLING CODE 4169–69–P**

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Administration for Children and Families

### Privacy Act of 1974; System of Records

**AGENCY:** Office of Family Assistance (OFA), Administration for Children and Families (ACF), Department of Health and Human Services (HHS).

**ACTION:** Extension of comment period for and the effective date of the new routine use under modified system of records.

**SUMMARY:** The Department of Health and Human Services (HHS) is extending the comment period for and the effective date of the new routine use under the modified system of records maintained by the Office of Family Assistance (OFA) within HHS' Administration for Children and Families (ACF), System No. 09–80–0375, Temporary Assistance for Needy Families (TANF) Data that appeared in the **Federal Register** of June 23, 2026. We are taking this action in response to an issue that prevented the public from commenting through the Federal eRulemaking Portal until July 10, 2026.

**DATES:** ACF is extending the comment period for and the effective date of the new routine use under the modified system of records published June 23, 2026 (91 FR 37406). In accordance with 5 U.S.C. 552a(e)(4) and (11), the notice was effective June 23, 2026, with the exception of subparagraph a under routine use 1 and the new routine use 10, which will be effective August 11, 2026. Please submit any comments on the notice by August 11, 2026.

**ADDRESSES:** Comments may be submitted to the Federal eRulemaking Portal electronically at *http://www.regulations.gov* or mailed to John Talieri, Senior Official for Privacy, Administration for Children and Families, 330 C Street SW, Washington DC 20201. Please include "09–80–0375" in the subject line or *regulations.gov* comment. Comments received will be available at *regulations.gov* for public viewing, inspection or copies. ACF does not edit personally identifiable information from submissions; therefore, commenters should submit only information that they wish to make publicly available.

**FOR FURTHER INFORMATION CONTACT:** General questions about the modified system of records may be submitted by mail or email to TANF Data Division, Office of Family Assistance, Administration for Children and Families, 330 C Street SW, Washington, DC 20201, or *tanfdata@acf.hhs.gov;* or may be submitted by telephone to John Talieri, Senior Official for Privacy, at (202) 969–3581.

Dated: July 16, 2026.

**David M. Swegle,**

*Director Office for Family Assistance, Administration for Children and Families.*

[FR Doc. 2026–14587 Filed 7–17–26; 8:45 am]

**BILLING CODE 4184–42–P**

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

**[Document Identifier: OS–0990–0279]**

### Agency Information Collection Request; 30-Day Public Comment Request

**AGENCY:** Office for Human Research Protections (OHRP), Office of the Assistant Secretary for Health (OASH), Office of the Secretary, HHS

**ACTION:** Notice.

**SUMMARY:** In compliance with the requirement of the Paperwork Reduction Act of 1995, the Office of the Secretary (OS), Department of Health and Human Services, submitted an Information Collection Request (ICR) to the Office of Management and Budget (OMB) for review and approval. OMB will accept further comments from the public during the review and approval period.

**DATES:** Comments on the ICR must be received on or before August 19, 2026.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice via *www.reginfo.gov/public/do/PRAMain*. Find this information collection by selecting ''Currently under Review'' and ''Select Agency: Department of Health and Human Services''.

**FOR FURTHER INFORMATION CONTACT:** Natalie Klein, *Natalie.Klein@hhs.gov* or (240) 453–6900. If requesting information, please include the document identifier 0990–0279–30D and project title (Department of Health and Human Services (HHS) Registration of an Institutional Review Board Form) for reference.

**SUPPLEMENTARY INFORMATION:** Interested persons are invited to send comments regarding this burden estimate or any other aspect of this collection of information, including any of the following subjects: (1) The necessity and utility of the proposed information collection for the proper performance of the agency's functions; (2) the accuracy of the estimated burden; (3) ways to enhance the quality, utility, and clarity of the information to be collected; and (4) the use of automated collection techniques or other forms of information technology to minimize the information collection burden.

*Title of the Collection:* Department of Health and Human Services (HHS) Registration of an Institutional Review Board Form.

*Type of Collection:* Reinstatement with changes OMB No. 0990–0279.

*Abstract:* The Office for Human Research Protections (OHRP) and the Food and Drug Administration (FDA) are requesting reinstatement with changes for the Office of Management and Budget (OMB) No. 0990–0279, Department of Health and Human Services (HHS) Institutional Review Board (IRB) Registration Form. The previous information collection was approved by OMB on June 27, 2022, and expired on June 30, 2025. The request for reinstatement with changes involves implementing a burden reducing change. Specifically, OHRP is seeking to remove the IRB membership roster information collection from the IRB registration form. This change will align the IRB registration form with the 2018 Requirements at 45 CFR 46.103. The change, when implemented, is anticipated to result in a shorter, simplified IRB registration process for respondents. Updates to the software applications OHRP uses to manage IRB registration will be deployed to enable such changes.

The purpose of the form is to provide a simplified procedure for: (1) IRBs to satisfy the requirements for IRB registration at 45 CFR part 46, subpart E; and (2) IRBs in the United States (US) to satisfy the FDA requirements for IRB registration at 21 CFR 56.106. Institutions engaged in nonexempt human subjects research conducted or supported by HHS, or another Common Rule department or agency, are required by the terms of the Federalwide Assurance (FWA) to rely upon only IRBs registered with OHRP for review of research to which the FWA applies. In this way, OHRP's FWA process, established pursuant to the requirements for assurances at 45 CFR 46.103, is linked to the regulatory requirements for IRB registration.

The respondents for this information collection are institutions or organizations operating IRBs that review human subjects research conducted or supported by HHS; or, in the case of FDA's requirements, each IRB in the United States that reviews clinical investigations regulated by FDA under sections 505(i) or 520(g) of the Federal Food, Drug and Cosmetic Act; and each IRB in the United States that reviews clinical investigations that are intended to support applications for research or marketing permits for FDA-regulated products. Many of the IRBs also review research conducted or supported by other Common Rule departments and agencies.

ANNUALIZED BURDEN HOUR TABLE

| Form | Respondents | Number of respondents | Number of responses per respondent | Average burden per response (in hours) | Total burden hours |
|---|---|---|---|---|---|
| IRB Registration Form 0990–0279 ... | Institutions or Organizations that operate IRBs. | 5,350 | 1 | 0.5 | 2,675 |
| Total .......................................... | .......................................................... | 5,350 | 1 | 0.5 | 2,675 |

The estimate of the number of respondents is based upon the current number of IRBs registered with HHS, approximately 4,988 (as of July 13, 2026), and projecting that the number of respondents may increase to 5,350. Of the approximately 4,988 registered IRBs, 100% submitted their registration information electronically.

Of the 5,350 projected respondent IRBs, approximately 350 institutions or organizations are expected to submit IRB registration information for the first time, and nearly 5,000 institutions or organizations are expected to update or renew their existing IRB registration once each year. The burden is estimated to average 0.5 hours for both an initial IRB registration and for updating or renewing the registration of a previously registered IRB. If on average 5,000