# EXHIBIT 3

OMB #0970-0338, expires 12/31/2028

# ACF-199 TANF and ACF-209 SSP-MOE Data Reporting Instructions

PAPERWORK REDUCTION ACT OF 1995 (Pub. L. No. 104-13) STATEMENT OF PUBLIC BURDEN: Through this information collection, ACF is gathering information to assess and evaluate whether a State TANF program meets statutorily required participation rates. Public reporting burden for this collection of information is estimated to average 8,400 hours for the TANF Data Report and 2,856 hours for the SSP-MOE Data Report per grantee per year, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. This is a mandatory collection of information (42 U.S.C. § 611). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0338 and the expiration date is 12/31/2028. If you have any comments on this collection of information, please contact the Office of Family Assistance by email at TANFdata@acf.hhs.gov.

## Contents

General Instructions ........ 2
**TANF Data Report | Section One** ........ 3
Disaggregated Data Collection for Families Receiving Assistance under the TANF Program ........ 3
FAMILY-LEVEL DATA ........ 4
PERSON-LEVEL DATA ........ 13
**TANF Data Report | Section Two** ........ 32
Disaggregated Data Collection for Families No Longer Receiving Assistance under the TANF Program ... 32
FAMILY-LEVEL DATA ........ 33
PERSON-LEVEL DATA ........ 35
**TANF Data Report | Section Three** ........ 43
Aggregated Data Collection for Families Applying for, Receiving, and No Longer Receiving Assistance under the TANF Program ........ 43
TANF APPLICATIONS ........ 44
ACTIVE CASES (FAMILIES RECEIVING ASSISTANCE) ........ 44
CLOSED CASES (FAMILIES NO LONGER RECEIVING ASSISTANCE) ........ 46
**TANF Data Report | Section Four** ........ 47
Number of Families by Stratum for States that Report Data Based on a Stratified Sample ........ 47
**SSP-MOE Data Report | Section One** ........ 49
Disaggregated Data Collection for Families Receiving Assistance under the TANF Program ........ 49
FAMILY-LEVEL DATA ........ 50
PERSON-LEVEL DATA ........ 57
**SSP-MOE Data Report | Section Two** ........ 76
Disaggregated Data Collection for Families No Longer Receiving Assistance under the Separate State Program(s) ........ 76

FAMILY-LEVEL DATA........ 77
PERSON-LEVEL DATA........ 80
**SSP-MOE Data Report | Section Three**........ 86
Aggregated Data Collection for Families Receiving Assistance under the Separate State Program(s)...... 86
ACTIVE CASES (FAMILIES RECEIVING ASSISTANCE)........ 86
CLOSED CASES (FAMILIES NO LONGER RECEIVING ASSISTANCE)........ 88
**SSP-MOE Data Report | Section Four**........ 89
Number of Families by Stratum for States that Report Disaggregated Data Based on a Stratified Sample........ 89
**TANF Data Report (TDR) and SSP-MOE Data Report (SDR) Appendix**........ 91

# General Instructions

This document includes instructions for the Temporary Assistance for Needy Families (TANF) Data Report (TDR), as well as the Separate State Program – Maintenance of Effort (SSP-MOE) Data Report (SDR). Each state must file the TANF Data Report within 45 days following the end of the quarter or be subject to a penalty. Each state that claims MOE expenditures for a separate state program(s) must file the SSP–MOE Data Report within 45 days following the end of the quarter or be subject to a penalty.

A state that fails to submit the reports within 45 days will be subject to a penalty unless the state files complete and accurate reports before the end of the fiscal quarter that immediately succeeds the quarter for which the reports were required to be submitted. (See 45 CFR Part 265 – Data Collection and Reporting Requirements).

Each item needs to hold a certain number of spaces in the flat file. If your system does not automatically hold the spaces, see the file layout for the number of spaces (length) that need to be held. If an element is not applicable or no longer in use, enter the number of digits (zeros or blanks) according to the file format. For example: Tribal Code is 3 digits but is not applicable to states and territories. Therefore, you would need to enter 000 to hold the correct number of spaces. Throughout these instructions you will see the direction “Enter 000.” This indicates that you must enter zeros to fill the correct amount of spaces as referenced in the Final TANF & SSP-MOE Data Reporting System Transmission Files Layouts and Edits. States that use an FTANF tool will need to continue to input legacy in-range values on some data items to avoid "fatal" errors and rejected cases while preparing their TANF or SSP-MOE data files. These items are marked in the instructions below with an asterisk (*). Legacy in-range values can be found under FTANF legacy edit codes here: https://www.acf.hhs.gov/ofa/policy-guidance/final-tanf-ssp-moe-data-reporting-system-transmission-files-layouts-and-edits.

Some code numbers are not consecutive because options are no longer in use.

Territories and the District of Columbia are referred to as “states.” Note: Tribes should use the Tribal TANF Data Coding Instructions.

OMB #0970-0338, expires 12/31/2028

# TANF Data Report | Section One

## Disaggregated Data Collection for Families Receiving Assistance under the TANF Program

### INSTRUCTIONS AND DEFINITIONS

The state agency should collect and report data for each item. The data must be complete and accurate (unless "unknown" is listed as an acceptable response or the item is marked as "optional").

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code in the header record. See the Appendix for FIPS codes.

2. County FIPS Code: Enter the three-digit code for the TANF family's county of residence; see a list of codes on the Census website: https://www.census.gov/library/reference/code-lists/ansi.html#county.

3. Tribal Code: Not applicable; enter 000 in the header record.

   Note: Tribes should use the Tribal TANF Data Coding Instructions.

4. Reporting Year and Month: Enter the four-digit year and two-digit month codes (YYYYMM) for the period for which the data are being reported.

5. Stratum: Enter the two-digit stratum code. A state that submits sample data must use the numeric character stratum codes from it sampling plan which was approved by ACF (from 00 to 99) for each stratum and submit section 4 of the TANF data report. A state that submits data for its entire caseload should enter 00 for each family.

# FAMILY-LEVEL DATA

For reporting purposes, the TANF family means: (a) all individuals receiving assistance as part of a family under the state's TANF program; and (b) the following additional persons living in the family, if not included under (a) above:

(1) Parent or caretaker relative of any minor child;

(2) A minor child; and

(3) Any person whose income or resources are counted in determining the family's eligibility for or amount of assistance.

6. Case Number: Enter the 11-character case number. If the case number is less than the allowable eleven characters, use lead zeros to fill in the number. Do not use the Social Security number as part of the case number.

7. ZIP Code: Enter the five-digit zip code for the TANF family's place of residence.

8. Funding Stream: Enter the one-digit code for the funding stream used to provide assistance to the family. Information on families who receive assistance under a separate state program should be reported on the ACF-209 SSP-MOE Data Report.

   1 = Funded, in whole or in part, with federal TANF block grant funds. This includes programs funded with commingled state and federal funds.

   2 = Funded entirely from segregated state maintenance-of-effort (MOE) funds

9. Disposition: Enter 1 to indicate that the data reported is complete and accurate. States that submit sample data should not report cases that are "listed-in-error".

10. Newly-Approved Applicant: A newly-approved applicant means the current reporting month is the first month in which the family receives TANF assistance. This may be either the first month that the family has ever received TANF assistance or the first month of a new spell on assistance.

See the Appendix for more about coding newly-approved applicants. Enter the one-digit code that indicates whether or not the TANF family is a newly-approved applicant.

1 = Yes, a newly-approved applicant

2 = No

11. Number of Family Members: Enter the two-digit code that represents the number of members in the family (i.e., include all individuals with family affiliation codes 1, 2, 3, 4, or 5 for items #30 and #67). Include in the number of family members, the noncustodial parent whom the state has opted to include as part of the TANF family, who is receiving assistance as defined in 45 CFR 260.31, or who is participating in work activities as defined in section 407(d) of the Social Security Act.

12. Type of Family for Work Participation:

To code this item, the state must first determine the number of work-eligible individuals. If there are two or more work-eligible individuals (see item #48, Work-eligible Individual Indicator) the state needs to determine if there are two parents that meet the definition of a two-parent family. Include all families in the appropriate category even if disregarded (see item #49, Work Participation Status).

For purposes of calculating the two-parent work participation rate, a two-parent family includes, at a minimum, all families with two natural or adoptive parents (of the same minor child) who are work-eligible individuals and living in the home, unless both are minors and neither is a head-of-household. A state may choose whether a two-parent family with a noncustodial parent as one of the two parents is a two-parent family for the purposes of calculating the two-parent work participation rate. The state may use a broader definition of two-parent family but must at least include these families. All such two-parent families must be included in the two-parent work participation rate unless the family is explicitly disregarded. The "Work Participation Status" (item #49) will be used to disregard families from the work participation rates, including a two-parent family with a disabled parent. See the Appendix for more about noncustodial parents.

Enter the one-digit code:

1 = Family included only in overall work participation rate (i.e., family includes one or more work-eligible individuals but does not meet definition of a two-parent family)

2 = Two-parent family included in both the overall and two-parent work participation rates (i.e., family includes two work-eligible parents and meets the definition of a two-parent family)

3 = Family with no work-eligible individual

## ASSISTANCE RECEIVED BY THE FAMILY

13. Receives Subsidized Housing: Subsidized housing refers to federal, state, or local government or private social service agency programs that reduce the cost of rent. Subsidized housing includes housing vouchers and public housing, Section 8, and more. Enter the one-digit code:

1 = Yes, receives subsidized housing

2 = No

14. Receives Medical Assistance: Medical assistance refers to aid provided under the state plan approved under Title XIX, including children served by the Child Health Insurance Program (CHIP) when it is a part of the Title XIX program. Enter the one-digit code:

1 = Yes, enrolled in Medicaid and/or CHIP

2 = No

15. Receives Assistance from the Supplemental Nutrition Assistance Program (SNAP):

Item no longer in use; enter 0.

16. Amount of Supplemental Nutrition Assistance Program (SNAP) Benefits: Enter the monthly amount of the TANF family's SNAP benefits. For situations in which the SNAP household differs from the TANF family, code this element in a manner that most accurately reflects the resources available to the TANF family. One acceptable method for calculating the amount of SNAP assistance available to the TANF family is to prorate the amount of SNAP benefits equally among each SNAP recipient then add together the amounts belonging to the TANF recipients. If the family did not receive any SNAP benefits, enter 0000.

17. Receives Subsidized Child Care: If the TANF family receives subsidized child care for the reporting month, enter code "1" or "2," whichever is appropriate. Otherwise, enter code "3."

1 = Yes, receives child care funded entirely or in part with federal funds (e.g., receives TANF, CCDF, SSBG, or other federally funded child care).

2 = Yes, receives child care funded entirely under a state, Tribal, and/or local program (i.e., no federal funds used).

3 = No subsidized child care received.

18. Amount of Subsidized Child Care: Subsidized child care means a grant funded in part or whole, by the federal, state or local government to or on behalf of a parent (or caretaker relative) to support the cost of child care services provided by an eligible provider to an eligible child. The grant may be paid directly to the parent (or caretaker relative) or to a child care provider on behalf of the parent (or caretaker relative). Enter the total dollar amount of subsidized child care from all sources that the TANF family received. If the family did not receive any subsidized child care for services, enter 0000.

19. Amount of Child Support: Enter the total dollar value of child support, received on behalf of the TANF family. This includes current payments, arrearages, recoupment, and pass-through amounts whether paid to the state or the family. If the family did not receive any child support, enter 0000.

20. Amount of the Family's Cash Resources: Enter the total dollar amount of the TANF family's cash resources as the state defines them for determining eligibility and/or computing benefits for the reporting month or for the month used to budget for the reporting month. If the family did not have any cash resources, enter 0000.

## AMOUNT AND DURATION OF ASSISTANCE

The term "assistance" includes cash, payments, vouchers, and other forms of benefits designed to meet a family's ongoing basic needs (i.e., for food, clothing, shelter, utilities, household goods, personal care items, and general incidental expenses). It also includes supportive services such as transportation and child care provided to families that are not employed. See the Appendix for more detail on what is and is not included in "assistance."

For each type of assistance provided under the state's TANF program, enter the dollar amount of assistance that the TANF family received or that was paid on behalf of the TANF family for the reporting month and the cumulative number of months that the TANF family has received the type of assistance under the state's TANF program. If, for a "type of assistance," no dollar amount of assistance was provided during the reporting month, enter 0000 as the amount. If, for a "type of assistance," the TANF-

eligible family has received no assistance (since the state began its TANF program), enter 000 as the number of months of assistance.

21. Cash and Cash Equivalents:

A. Amount B. Number of Months

22. TANF Child Care: A TANF child care benefit that is received by an ***employed*** family does not constitute assistance and should not be reported in this item.

For TANF Child Care, enter the dollar amount, the number of children covered by the dollar amount of child care, and the total number of months that the family has received TANF child care assistance for families not employed. Do not include child care funded under the Child Care and Development Fund, even though some of the funds may have been transferred to the CCDF from the TANF program.

A. Amount B. Number of Children Covered C. Number of Months

23. Transportation and Other Supportive Services: A TANF transportation benefit or other supportive service that is received by an ***employed*** family is not assistance and should not be reported in this item. Unless excluded as a non-recurring, short-term benefit, a transportation benefit that is received by a non-employed family is assistance and should be reported here.

A. Amount B. Number of Months

24. Transitional Services: Codes no longer in use. Enter 0000 for Amount and 000 for the number of months.

A. Amount B. Number of Months

25. Other: Codes no longer in use. Enter 0000 for Amount and 000 for the number of months.

A. Amount B. Number of Months

## REASON FOR AND AMOUNT OF REDUCTION IN ASSISTANCE

26. Reason for and Amount of Reductions in Assistance: For each reason listed, indicate whether the family received a reduction in assistance and enter the dollar value of the reduction.

A. Sanctions:

i. Total Dollar Amount of Reductions due to Sanctions: If there was no reduction in assistance, enter 0000.

ii. Work Requirements Sanction

1 = Yes

2 = No

iii. Code no longer in use; enter 0.

iv. Teen Parent not Attending School (or Alternative Training)

1 = Yes

2 = No

v. Non-Cooperation with Child Support

1 = Yes

2 = No

vi. Failure to Comply with an Individual Responsibility Plan

If an individual is sanctioned for failure to comply with work requirements, school attendance requirements, and/or cooperation with child support requirements, code the sanction in 26.A.ii., 26.A.iv., whichever is appropriate. Code other sanctions for failure to comply with an individual responsibility plan in 26.A.vi.

1 = Yes

2 = No

vii. Other Sanction

1 = Yes

2 = No

B. Recoupment of Prior Overpayment: Enter the total dollar value of reduction in assistance due to recoupment of a prior overpayment. If there was no reduction in assistance, enter 0000.

C. Other:

i. Total Dollar Amount of Reductions for Other Reasons (exclude amounts for sanctions and recoupment): Enter the total dollar value of reduction in assistance for reasons other than sanctions or recoupment of overpayments. If there was no reduction in assistance, enter 0000.

ii. Family Cap

1 = Yes

2 = No

iii. Reduction Based on Time Limit

1 = Yes

2 = No

iv. Other, Non-Sanction, Non-Recoupment

1 = Yes

2 = No

27. Waiver Evaluation Experimental and Control Groups: Item no longer in use; enter 0.

OMB #0970-0338, expires 12/31/2028

28. Federal Time Limit Exemptions:

Under TANF rules, an eligible family that does not include a recipient who is an adult head-of-household, a spouse of the head-of-household, or a minor child head-of-household who has received federally-funded assistance for 60 countable months may continue to receive assistance. A countable month is a month of assistance for which the head-of-household, the spouse of the head-of-household, or minor child head-of-household is not exempt from the federal time-limit provisions. A TANF family that includes an adult head-of-household, a spouse of the head-of-household, or a minor child head-of-household receiving federally-funded assistance is limited to 60 cumulative countable months of assistance. Any month when a pregnant minor or minor parent received assistance as the head-of-household or married to the head-of-household counts toward the five-year limit.

TANF rules provide for two categories of exceptions: exempt from the accrual of months of assistance and exempt from termination of assistance. Families that do not include an adult head-of household, spouse of a head-of-household, or minor child head-of-household who is receiving federally-funded assistance for the reporting month can be exempt from both categories of exceptions **(code 02).** Certain families with an adult head-of household, spouse of a head-of-household, or minor child head-of-household who has received 60 months or less of federally-funded assistance are **exempt from the accrual of months of assistance (codes 03-04)**. Families with an adult head-of household, spouse of a head-of-household, or minor child head-of-household who has received more than 60 months of federally-funded assistance may be **exempt from termination of assistance (codes 06-09)**. If there is more than one applicable exemption, the state should code the exemption it deems most appropriate.

Enter the two-digit code:

01 = Family is **not** exempt

02 = Family is **exempt from accrual** of months and **termination** of assistance because family **does not include** an adult head-of-household, spouse of the head-of-household, or minor child head-of-household receiving federally-funded assistance.

03 = Family includes an adult who has received federally-funded assistance with 60 months or less of assistance and is **exempt from accrual** of months toward the federal time limit because assistance is funded entirely from **state-only funds**. (See item #8, Funding Stream, code 2.)

04 = Family includes an adult who has received federally-funded assistance with 60 months or less of assistance and is **exempt from accrual** of months toward the federal time limit because the family is living in **Indian country or an Alaskan native village**, where at least 50 percent of the adults are not employed.

06 = Family includes an adult who has received federally-funded assistance **for more than 60 countable months** and is exempt from **termination** of assistance because assistance to the family is funded entirely from state-only funds. (See item #8, Funding Stream, code 2.)

07 = Family includes an adult who has received federally-funded assistance **for more than 60 countable months** and is exempt from **termination** of assistance due to the **20 percent hardship exemption**.

08 = Family includes an adult who has received federally-funded assistance **for more than 60 countable months** and is exempt from **termination** of assistance under state policy for the reporting month based on a federally recognized **good cause domestic violence waiver of time limits**.

09 = Family includes an adult who has received federally-funded assistance **for more than 60 countable months** and is exempt from **termination** of assistance for the reporting month because the adult is living in **Indian country or an Alaskan native village**, where at least 50 percent adults are not employed.

29. Is the TANF Family a New Child-Only Family?: Item no longer in use; enter 0.

OMB #0970-0338, expires 12/31/2028

## PERSON-LEVEL DATA

Person-level data is found in two sections: (1) the adult and minor child head-of-household characteristic section; and (2) the child characteristics section. Section 419 of the Social Security Act defines adult and minor child. A minor child is an individual who: (a) has not attained 18 years of age; or (b) has not attained 19 years of age and is a full-time student in a secondary school (or in the equivalent level of vocational or technical training). **A minor child who is either a head-of-household or married to the head-of-household should be coded as an adult, not as a minor child.**

## ADULT CHARACTERISTICS

This section allows for coding up to six adults in the TANF family.

If there are more than six adults in the TANF family, use the following order to identify the persons to be coded: (1) the head-of-household; (2) parents in the TANF family receiving assistance; (3) other adults in the TANF family receiving assistance; (4) parents in the TANF family, but not receiving assistance; (5) caretaker relatives in the TANF family, but not receiving assistance; and (6) other persons whose income or resources count in determining eligibility for or amount of assistance of the TANF family receiving assistance, in descending order from the person with the most income to the person with least income.

30. Family Affiliation:

See the Appendix for more about noncustodial parents. If the individual is both a parent and caretaker, then they should be coded as a parent. Enter the one-digit code:

1 = Receiving TANF assistance

Not receiving TANF assistance but in the family

2 = Parent of minor child in the TANF family receiving assistance

3 = Caretaker relative of minor child in the TANF family receiving assistance

5 = Person whose income or resources are considered in determining eligibility for or amount of assistance

31. Noncustodial Parent Indicator: See the Appendix for more about noncustodial parents. Enter the one-digit code:

1 = Yes, a noncustodial parent

2 = No

32. Date of Birth: Enter the eight-digit code for date of birth for the adult in the format YYYYMMDD.

33. Social Security Number: Enter the nine-digit Social Security Number (SSN) for the adult. If the family affiliation code (item #30) code is 1 or 2, the state must provide the SSN, unless family affiliation is 2 with no SSN due to immigration status. If the family affiliation code is not 1 or 2, enter 999999999.

34. Race/Ethnicity: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1, 2 or 3. To allow for the multiplicity of race/ethnicity, please enter a one-digit code for each race and for ethnicity of the TANF adult. Optional for individuals whose family affiliation code is 5; if so, enter 0*. Enter the one-digit code:

Ethnicity:

A. Hispanic or Latino

1 = Yes, Hispanic or Latino

2 = No

Race:

B. American Indian or Alaska Native

1 = Yes, American Indian or Alaska Native

2 = No

C. Asian

1 = Yes, Asian

2 = No

D. Black or African American

1 = Yes, Black or African American

2 = No

E. Native Hawaiian or Other Pacific Islander

1 = Yes, Native Hawaiian or Pacific Islander

2 = No

F. White

1 = Yes, White

2 = No

35. Sex: Enter the one-digit code:

1 = Male

2 = Female

36. Receives Disability Benefits: Enter the one-digit code:

A. Receives Federal Disability Insurance Benefits Under Title II of the Social Security Act (Social Security Disability Insurance [SSDI]):

1 = Yes, receives federal disability insurance

2 = No

B. Receives Benefits Based on Federal Disability Status Under Non-Social Security Act Programs: These programs include Veteran's disability benefits, Worker's disability compensation, and Black Lung Disease disability benefits.

1 = Yes, receives benefits based on federal disability status

2 = No

C. Receives Aid to Aged, Blind, and Disabled (AABD) Under Titles I, X, and XIV or Title XVI of the Social Security Act: Titles I, X, and XIV and Title XVI are applicable only in the territories. States should use code 2.

1 = Yes, receives AABD

2 = No

D. Code no longer in use. Enter 0.

E. Receives Supplemental Security Income (SSI) Under Title XVI of the Social Security Act: States must complete this item. The territories should use code 2.

1 = Yes, receives SSI

2 = No

37. Marital Status: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 5; if so, enter 0*. Enter the one-digit code for the adult's marital status. A noncustodial parent who is remarried should be coded as 2, regardless of whether they are living with their current spouse.

1 = Single, never married

2 = Married

4 = Widowed

5 = Divorced

38. Relationship to Head-of-Household: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1, 2, 3, or 5. Enter the two-digit code that shows the adult's relationship (including by marriage) to the head of the household.

01 = Head-of-household

02 = Spouse of head-of-household

03 = Other related person (e.g., parent, child, sibling, cousin, etc.)

10 = Unrelated adult

39. Parent with Minor Child in the Family:

A parent with a minor child in the family may be a natural parent, adoptive parent, or step-parent of a minor child in the family. Reporting of this item is required for individuals whose family affiliation (item #30) code is 1 or 2. Optional for individuals whose family affiliation code is 3 or 5; if so, enter 0*. Enter the one-digit code that indicates the adult's parental status.

This item is used in determining the two-parent work participation rate. If item #12, Type of Family for Work Participation, is coded "2", there should be two parents coded "1" for this item (regardless of whether the family is disregarded from the two-parent families participation rate via item #49, Work Participation Status). If a state chooses to exclude a two-parent family with a noncustodial parent as one of the parents from the two-parent work participation rate, the State must code the data element "Type of Family for Work Participation" with a "1."

**Instruction:** Enter the one-digit code that indicates the adult's (or minor child head-of-household's) parental status.

1 = Yes, a parent with a minor child in the family and used in two-parent participation rate

2 = Yes, a parent with a minor child in the family, but not used in two-parent participation rate

3 = No, not a parent with a minor child

40. Needs of a Pregnant Woman: Item no longer in use; enter 0.

41. Educational Level: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1, 2, or 3; code 99 is not an option. Optional for individuals whose family affiliation code is 5; if so, enter 99. Enter the two-digit code to indicate the highest level of education attained by the adult:

01-11 = Grade level completed in primary/secondary school including secondary level vocational school, adult high school, or homeschool

12 = 12th grade, high school diploma, GED, or National External Diploma Program

13 = Associate's Degree

14 = Bachelor's Degree

15 = Graduate degree (Master's or higher)

16 = Other credentials (degree, certificate, diploma, etc.)

98 = No formal education

99 = Unknown

42. Citizenship/Immigration Status: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1,2, or 3. Optional for individuals whose family affiliation code is 5; if so, enter 9. Enter the one-digit code*:

1 = U.S. citizen, including naturalized citizen

2 = Qualified alien

3 = Non-qualified alien (applies only to item #8, Funding Stream, code 2)

9 = Unknown

43. Cooperated with Child Support: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 5; if so, enter 9. Enter the one-digit code:

1 = Yes, has cooperated with child support

2 = No

9 = Not applicable

44. Number of Months Countable toward Federal Time Limit: A countable month is a month for which an adult head-of household, spouse of a head-of-household, or minor child head-of-household receives federally-funded assistance. Continue accumulating countable months beyond the 60 months as long as the head-of-household or the spouse of the head-of-household continues to receive federally-funded assistance. Reporting of this item is required for individuals whose family affiliation (item #30) code is 1. Optional for individuals whose family affiliation code is 2, 3 or 5; if so, may enter the number of months or 000.

45. Number of Countable Months Remaining Under State's Time Limit: Item no longer in use; enter 00.

46. Is Current Month Exempt from the State's Time Limit: Item no longer in use; enter 0*.

47. Employment Status: Reporting of this item is required for individuals whose family affiliation (item #30) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 5; if so, enter 0*.

1 = Employed

2 = Unemployed, looking for work

3 = Not in labor force (i.e., unemployed, not looking for work)

48. Work-Eligible Individual Indicator:

*Work-eligible individual (WEI)* means an adult receiving assistance under TANF or a non-recipient parent living with a child receiving such assistance unless the parent is: (1) a minor parent and not the head-of-household; (2) ineligible to receive assistance due to his or her immigration status; or (3) at state option on a case-by-case basis, a recipient of Supplemental Security Income (SSI) benefits or Aid to the Aged, Blind, or Disabled (AABD) in the territories. The term also excludes: (1) a parent providing care for a disabled family member living in the home, provided that there is medical documentation to support the need for the parent to remain in the home to care for the disabled family member; (2) at state option on a case-by-case basis, a parent who is a recipient of Social Security Disability Insurance (SSDI) benefits; and (3) an individual in a family receiving MOE-funded assistance under an approved Tribal TANF program, unless the state includes the Tribal family in calculating work participation rates, as permitted under section 45 CFR 261.25.

If an individual's status changes from work-eligible to non work-eligible or vice versa during the report month, see "Change in Circumstances" in the Appendix for coding instructions. Also see the Appendix for more on noncustodial parents.

Enter the two-digit code that indicates if the adult is a work-eligible individual (WEI).

01 = Yes, a WEI who is an adult receiving assistance

02 = Yes, a WEI who is a non-recipient parent due to a sanction

03 = Yes, a WEI who is a non-recipient parent due to a time limit

04 = Yes, a WEI who is a non-recipient parent receiving SSI, SSDI, or AABD or a recipient parent receiving SSDI; and state or territory opts to include (code consistently with response to item #36)

05 = Yes, a non-recipient parent due to other reasons

06 = No, not a WEI because not a parent (or a noncustodial parent) and not a recipient (code consistently with response to item #30 and #39)

07 = No, not a WEI due to immigration status (code consistently with response to item #42)

08 = No, not a WEI because a parent receiving SSI, SSDI, or AABD and state or territory opts to exclude (code consistently with response to item #36)

09 = No, not a WEI because a parent caring for a disabled family member in the home (code consistently with response to item #39 =1 or 2)

11 = No, not a WEI because a minor parent who is not head-of -household (code consistently with age <19 and item #38 not equal to 1)

12 = No, not a WEI because a deceased individual who died in a month preceding the report month and, due to state requirements to provide timely notification to the family before reducing the grant or other reasons (e.g., the family failed to report the death to the TANF agency), the family's grant for the report month included the deceased individual's needs

49. Work Participation Status:

*Disregarded* from the federal work participation rate calculation means the TANF family is not included in the calculation of the work participation rate.

*Exempt* means that the individual will not be penalized by the state for failure to engage in work (i.e., the individual has a good cause exception); however, the TANF family is included in the calculation of the work participation rate.

A state is not required to disregard all families that could be disregarded. This item is required for individuals whose family affiliation (item #30) code is 1 or 2. Enter the first code that applies. Optional for individuals whose family affiliation code is 3 or 5; if so, enter 99.

99 = Not applicable if not a work-eligible individual or living in an approved pilot state[1].

01 = Disregarded from participation rate, single custodial parent with child under 12 months. There is a 12-month lifetime limit on disregarding a family from the all families work participation rate (i.e., the overall work participation rate) for this reason.

[1] A pilot state is a state selected by the U.S. Department of Health and Human Services (HHS) to participate in new pilot projects for performance and accountability measures under the Fiscal Responsibility Act of 2023, Pub. L. No. 118-5, § 302, 137 Stat. 34 (2023).

02 = Disregarded from participation rate because both of the following apply: required to participate, but not participating and subject to sanction for refusing to participate in work activities for the reporting month, but not subject to sanction for more than 3 months within the preceding 12-month period.

05 = Disregarded from participation rate based on participation in a Tribal Work Program.

07 = Excluded from two-parent work participation rate, disabled (using the state's definition of "disabled").

09 = Exempt, under a federally recognized good cause domestic violence waiver.

15 = Deemed engaged in work -- single teen head-of-household or married teen who maintains satisfactory school attendance.

16 = Deemed engaged in work -- single teen head-of-household or married teen who participates in education directly related to employment for an average of at least 20 hours per week during the reporting month.

17 = Deemed engaged in work -- parent or relative (who is the only parent or caretaker relative in the family) with child under age 6 and parent engaged in core work activities for at least 20 hours per week.

18 = Required to participate and none of the above options apply.

## ADULT WORK PARTICIPATION ACTIVITIES

The TANF statute imposes some restrictions on when certain activities may count toward the state's work participation rate. Specifically, under the law, for a family to count in the state's overall work participation rate for a month, a WEI in the family must participate for an average of at least 30 hours per week (20 hours per week for single parents with children under age 6), of which at least an average of 20 hours per week must be in one or more of the nine "core" activities. The three other "non-core" activities may count for any remaining hours beyond the "core hours" requirement. For the two-parent rate, 30 of the 35 average weekly hours (or 50 of 55 hours for a family receiving federally subsidized child care) must come from the same nine "core" work activities.

Enter the actual (not scheduled) average weekly hours of participation by work-eligible individuals in a month by activity. For unpaid work activities, include hours counted due to excused absences and holidays, subject to the limits on counting such hours.

For the purposes of calculating the work participation rates for a month, actual hours may include the hours for which an individual was paid, including paid holidays and sick leave. For participation in unpaid work activities, it may include excused absences for hours missed due to a maximum of 10 holidays in

the preceding 12-month period and up to 80 hours of additional excused absences in the preceding 12-month period, no more than 16 hours of which may occur in a month, for each work-eligible individual. Each state must designate the days that it wishes to count as holidays for those in unpaid activities. It may designate no more than 10 such days. In order to count a holiday or an additional excused absence as actual hours of participation, the individual must have been scheduled to participate in a countable work activity for the period of the absence that the state reports as participation. A state must describe its holiday and additional excused absence policies and definitions as part of its Work Verification Plan, specified at 45 CFR 261.62.

During the first or last month of any spell of assistance, a family may receive assistance for only part of the month. If a family receives assistance for only part of a month, the state may count it as a month of participation if a work-eligible individual is engaged in work for the minimum average number of hours for any full week(s) that the family receives assistance in that month.

Each of the eight non-paid countable work activities has three components: Hours of (A) Participation; (B) Excused Absences; and (C) Holidays. For each non-paid, work activity in which the work eligible individual participated during the reporting month, enter in the “Hours of Participation” item the average number of hours per week of participation, except as noted for “Job Search and Job Readiness Assistance” and “Vocational Educational Training” below.

For each work activity in which the work-eligible individual did not participate, enter 00 as the average number of hours per week of participation. Approved pilot states may space-fill or input 00 for fields #50-64.

50. Unsubsidized Employment

Core activity. Unsubsidized employment means full- or part-time employment in the public or private sector that is not subsidized by TANF or any other public program.

Hours of unsubsidized employment.

51. Subsidized Private-Sector Employment

Core activity. Subsidized private sector employment means employment in the private sector for which the employer receives a subsidy from TANF or other public funds to offset some or all of the wages and costs of employing an individual.

Hours of subsidized private-sector employment.

52. Subsidized Public-Sector Employment

Core activity. Subsidized public sector employment means employment in the public sector for which an employer receives a subsidy from TANF or other public funds to offset some or all the wages and costs of employing an individual.

Hours of subsidized public-sector employment.

53. Work Experience

Core activity. Work experience (including work associated with the refurbishing of publicly assisted housing) if sufficient private sector employment is not available means a work activity, performed in return for welfare, that provides an individual with an opportunity to acquire the general skills, knowledge, and work habits necessary to obtain employment.

Hours of:

A. Participation B. Excused Absences C. Holidays

54. On-the-job Training

Core activity. On-the-job training means training in the public or private sector that is given to a paid employee while engaged in productive work and that provides knowledge and skills essential to the full and adequate performance of the job.

Hours of on-the-job training.

55. Job Search and Job Readiness Assistance

Core activity. Job search and job readiness assistance means the act of seeking or obtaining employment, preparation to seek or obtain employment, including life skills training, and substance abuse treatment, mental health treatment, or rehabilitation activities. The statute limits the counting of participation in job search and job readiness training in four ways; see the Appendix. Enter the average number of hours per week of participation in job search and job readiness assistance that are within the statutory limitations. Count any hours of participation beyond the statutory limits in the item "Other Work Activities."

Hours of:

A. Participation B. Excused Absences C. Holidays

56. Community Service Programs

Core activity. Community service programs mean structured programs and embedded activities in which individuals perform work for the direct benefit of the community under the auspices of public or nonprofit organizations. Community service programs must be limited to projects that serve a useful community purpose in fields such as health, social service, environmental protection, education, urban and rural redevelopment, welfare, recreation, public facilities, public safety, and child care.

Hours of:

A. Participation B. Excused Absences C. Holidays

57. Vocational Educational Training

Core activity. Vocational educational training (not to exceed 12 months with respect to any individual) means organized educational programs that are directly related to the preparation of individuals for employment in current or emerging occupations. Do not count hours of participation in vocational educational training beyond the TANF 12-month life-time limit in this item. Instead, count the hours of participation beyond the TANF limit item #62 “Other Work Activities.” See the Appendix for special rules.

Hours of:

A. Participation B. Excused Absences C. Holidays

58. Job Skills Training Directly Related to Employment

Non-core activity. Job skills training directly related to employment means training or education for job skills required by an employer to provide an individual with the ability to obtain employment or to advance or adapt to the changing demands of the workplace. Job skills training must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Hours of:

A. Participation B. Excused Absences C. Holidays

59. Education Directly Related to Employment for an Individual with NO High School Diploma or Certificate of High School Equivalency

Non-core activity. Education directly related to employment, in the case of a recipient who has not received a high school diploma or a certificate of high school equivalency, means education related to a specific occupation, job, or job offer.

Hours of:

A. Participation B. Excused Absences C. Holidays

60. Satisfactory School Attendance for Individuals with No High School Diploma or Certificate of High School Equivalency

Non-core activity. Satisfactory school attendance at secondary school or in a course of study leading to a certificate of general equivalence, in the case of a recipient who has not completed secondary school or received such a certificate means regular attendance, in accordance with the requirements of the secondary school or course of study, at a secondary school or in a course of study leading to a certificate of general equivalence, in the case of a work-eligible individual who has not completed secondary school or received such a certificate. This activity must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Hours of:

A. Participation B. Excused Absences C. Holidays

61. Providing Child Care Services to an Individual Who Is Participating in a Community Service Program

Core activity. Providing child care services to an individual who is participating in a community service program means providing child care to enable another TANF or SSP recipient to participate in a community service program. It does not include providing child care to enable a TANF or SSP-MOE recipient to participate in any of the other eleven allowable work activities. This activity must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Hours of:

A. Participation B. Excused Absences C. Holidays

62. Hours of Other Work Activities

This item collects information on participation in work activities that do not count toward the work participation rates. Reporting on this item is optional, in which case enter 00.

Hours of Other Work Activities

63. Number of Deemed Core Hours for Overall Rate: States no longer need to report this, the number of deemed core hours for overall rate will be automatically calculated and added if a work-eligible individual participates in these activities the maximum number of hours permitted under the minimum wage provision of the Fair Labor Standards Act (FLSA) and the maximum hours do not fulfill the "core" hour participation requirement, we will "deem" the core hour requirement to be met.

This policy is limited to states that combine their TANF and SNAP benefit amounts when calculating maximum hours. This can be done by adopting the mini-Simplified SNAP Program option that simply permits states (see the Appendix for the list of states) to count the value of SNAP in determining maximum hours. Enter 00.

64. Number of Deemed Core Hours for the Two-Parent Rate: States no longer need to report this; the number of deemed core hours for the two-parent rate will be automatically calculated and added if these two-parent work-eligible individuals participate in these activities the maximum number of hours permitted under the minimum wage provision of the Fair Labor Standards Act (FLSA) and the maximum hours do not fulfill the "core" hour participation requirement, we will "deem" the core hour requirement met. Enter 00.

## AMOUNT OF INCOME, BY TYPE

65. Amount of Earned Income:

Enter the dollar amount of the adult's earned income for the reporting month or for the month used to budget for the reporting month. Include wages, salaries, and other earned income in this item.

66. Amount of Unearned Income

For each category of unearned income used to determine amount of or eligibility for benefits, enter the dollar amount of the adult's unearned income for the reporting month or for the month used to budget for the reporting month. Do not report unearned income that is *not* used to determine eligibility for or amount of benefits.

a. Code no longer in use. Enter 0000.

b. Social Security: Enter the dollar amount of Social Security benefits (Retirement, Survivors, and Disability Insurance (RSDI)) that the adult in the TANF family received.

c. Supplemental Security Income (SSI): Enter the dollar amount of SSI or AABD (for territories) that the adult in the TANF family received. Include the federal payment plus any state supplemental payment.

d. Worker's Compensation: Enter the dollar amount of Worker's Compensation that the adult in the TANF family received.

e. Other Unearned Income: Enter the dollar amount of other unearned income that the adult in the TANF family received.

## MINOR CHILD CHARACTERISTICS

This section allows for coding the child characteristics for up to ten children in the TANF family. **A minor child who is either head-of-household or married to the head-of-household should be coded as an adult, not as a minor child.** The youngest child should be coded as the first child in the family, the second youngest child as the second child, and so on.

If there are more than ten children in the TANF family, use the following order to identify the persons to be coded: (1) children in the TANF family receiving assistance in order from youngest to oldest; (2) minor siblings of child in the TANF family receiving assistance from youngest to oldest; and (3) any other children.

67. Family Affiliation: Enter the one-digit code that shows the child's relation to the family receiving assistance.

1 = Minor child receiving assistance

2 = Parent of minor child but not head-of-household or spouse of head-of-household, not receiving assistance

4 = Minor child not receiving assistance and not a parent

68. Date of Birth: Enter the eight-digit code for date of birth for this child under the state TANF Program in the format YYYYMMDD.

69. Social Security Number: Enter the nine-digit Social Security Number (SSN) for the child. If the family affiliation (item #67) code is 1, the state must provide the SSN. If the SSN is unknown and the family affiliation code is not 1, enter 999999999.

70. Race/Ethnicity: Reporting of this item is required for children whose family affiliation (item #67) code is 1 or 2. To allow for the multiplicity of race/ethnicity, please enter a one-digit code for each race and for ethnicity of the TANF child. Optional for children whose family affiliation code is 4; if so, enter 0*.

Ethnicity

A. Hispanic or Latino

1 = Yes, Hispanic or Latino

2 = No

Race:

B. American Indian or Alaska Native

1 = Yes, American Indian or Alaska Native

2 = No

C. Asian

1 = Yes, Asian

2 = No

D. Black or African American

1 = Yes, Black or African American

2 = No

E. Native Hawaiian or Other Pacific Islander

1 = Yes, Native Hawaiian or Pacific Islander

2 = No

F. White

1 = Yes

2 = No

71. Sex: Enter the one-digit code:

1 = Male

2 = Female

72. Receives Disability Benefits

a. Receives Benefits Based on Federal Disability Status Under Non-Social Security Act Programs:

1 = Yes

2 = No

b. Receives Supplemental Security Income (SSI) or Aid to Aged, Blind, and Disabled (AABD) Under Title XVI or Titles I, X, and XIV or Title XVI of the Social Security Act:

1 = Yes

2 = No

73. Relationship to Head-of-Household: Reporting of this item is required for children whose family affiliation (item #67) code is 1 or 2. Optional for children whose family affiliation code is 4; if so, enter 00*. Enter two-digit code:

04 = Child

05 = Stepchild

06 = Grandchild or great grandchild

07 = Other relative (e.g., sibling, cousin, etc.)

08 = Foster child

09 = Unrelated child

74. Parental status of minor who is not a head-of-household or spouse of the head-of-household: Reporting of this item is required for children whose family affiliation (item #67) code is 1 or 2. Optional for children whose family affiliation code is 4; if so, enter 0. Enter the one-digit code:

2 = Yes, a parent with a minor child in the family, but not a head-of-household or spouse of head-of-household

3 = No, not a parent with a minor child in the family

75. Educational Level: Enter the two-digit code to indicate the highest level of education attained by the child. Code 99 is not an option for children whose family affiliation (item #67) code is 1.

01-11 = Grade level completed in primary/secondary school including secondary level vocational school, adult high school, or homeschool

12 = 12th grade, High school diploma, GED, or National External Diploma Program

13 = Associate's Degree

14 = Bachelor's Degree

15 = Graduate degree (Master's or higher)

16 = Other credentials (degree, certificate, diploma, etc.)

98 = No formal education

99 = Unknown

76. Citizenship/Immigration Status: Reporting of this item is required for children whose family affiliation (item #67) code is 1 or 2. Optional for children whose family affiliation code is 4; if so, enter 9. Enter the one-digit code*:

1 = U.S. citizen, including naturalized citizen

2 = Qualified alien

3 = Non-qualified alien (applies only to item #8, Funding Stream, code 2)

9 = Unknown

77. Amount of Unearned Income

Unearned income has two categories. For each category of unearned income, enter the dollar amount of the child's unearned income for the reporting month or the month used to budget for the reporting month.

a. SSI: Enter the dollar amount of SSI that the child in the TANF family has received for the reporting month or for the month used to budget for the reporting month.

b. Other Unearned Income: Enter the dollar amount of other unearned income that the child in the TANF family has received for the reporting month or for the month used to budget for the reporting month.

# TANF Data Report | Section Two

## Disaggregated Data Collection for Families No Longer Receiving Assistance under the TANF Program

### INSTRUCTIONS AND DEFINITIONS

The state agency should collect and report data for each item. The data must be complete and accurate (unless "unknown" is listed as an acceptable response or the item is marked as "optional").

A closed case is a family who is no longer receiving assistance, but received assistance under the state's TANF Program in the prior month. States do not need to collect information on families after they no longer receive assistance. Rather, **states are to report based on the last month of assistance.**

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code in the header record. See the Appendix for FIPS codes.

2. County FIPS Code: Enter the three-digit code; see a list of codes on the Census website: https://www.census.gov/library/reference/code-lists/ansi.html#county.

3. Tribal Code: Not applicable; enter 000 in the header record.

4. Reporting Year and Month: Enter the four-digit year and two-digit month (YYYYMM) code for the period for which the data are being reported.

5. Stratum: A state that submits sample data must provide the ACF Regional Office with a listing of the numeric stratum codes (from 00 to 99) for each stratum and submit section 4 of the TANF data report. A state that submits data for its entire caseload should enter 00 for each family.

## FAMILY-LEVEL DATA

**Definition:** For reporting purposes, the TANF family means (a) all individuals receiving assistance as part of a family under the state's TANF Program; and (b) the following additional persons living in the family, if not included under (a) above:

(1) Parent(s) or caretaker relative(s) of any minor child receiving assistance;

(2) Minor child(ren); and

(3) Any persons whose income or resources would be counted in determining the family's eligibility for or amount of assistance.

6. Case Number: Enter the 11-character case number. If the case number is less than the allowable eleven characters, use lead zeros to fill in the number. Do not use the Social Security number as part of the case number.

7. ZIP Code: Enter the five-digit ZIP code for the TANF family's place of residence.

8. Disposition: Enter 1 to indicate that the data reported is complete and accurate. States that submit sample data should not report cases that are "Listed-in-error".

9. Reason for Closure: A closed case is a family whose assistance was tended for the reporting month, but received assistance under the state's TANF Program in the prior month. A temporarily suspended case is not a closed case. If there is more than one applicable reason for closure, determine the principal (i.e., most relevant) reason. If two or more reasons are equally relevant, use the reason with the lowest numeric code. Enter the two-digit code:

   01 = Employment and/or excess earnings

   02 = Marriage

   03 = Federal five-year time limit

   Sanctions

   04 = Work-related sanction

05 = Child support sanction

06 = Teen parent failing to meet school attendance requirement

07 = Teen parent failing to live in an adult setting

08 = Failure to finalize an individual responsibility plan (e.g., did not sign plan)

09 = Failure to meet individual responsibility plan provision or other behavioral requirements (e.g., immunize a minor child, attend parenting classes)

State Policies

10 = State time limit, if different than federal

11 = Child support collected

12 = Excess unearned income (exclusive of child support collected)

13 = Excess resources

14 = Youngest child too old to qualify for assistance

15 = Minor child absent from the home for a significant time period

16 = Failure to appear at eligibility/redetermination appointment, submit required verification materials, and/or cooperate with eligibility requirements

17 = Transfer to separate state MOE program or non-MOE state-funded program

18 = Family served by a Tribal TANF program or Tribal New program

Other

19 = Family voluntarily closes the case

99 = Other/Unknown

## ASSISTANCE RECEIVED BY THE FAMILY

10. Received Subsidized Housing: Subsidized housing refers to federal, state, or local government or private social service agency programs that reduce the cost of rent. Subsidized housing includes housing vouchers, public housing, Section 8, and more. Enter the one-digit code:

1 = Yes, received subsidized housing

2 = No

11. Received Medical Assistance: Medical assistance refers to aid provided under the state plan approved under Title XIX, including children served by the Child Health Insurance Program (CHIP) when it is a part of the Title XIX program. Enter the one-digit code:

    1 = Yes, enrolled in Medicaid and/or CHIP

    2 = No

12. Received Assistance from the Supplemental Nutrition Assistance Program (SNAP): Enter the one-digit code:

    1 = Yes, received SNAP

    2 = No

13. Received Subsidized Child Care:

    Subsidized child care means a grant by the federal, state or local government to or on behalf of a parent (or caretaker relative) to support, in part or whole, the cost of child care services provided by an eligible provider to an eligible child. The grant may be paid directly to the parent (or caretaker relative) or to a child care provider on behalf of the parent (or caretaker relative). Enter the one-digit code:

    1 = Yes, received subsidized child care

    2 = No

## PERSON-LEVEL DATA

This section allows for coding up to sixteen persons in the TANF family. If there are more than sixteen persons in the TANF family, use the following order to identify the persons to be coded: (1) the head-of-household; (2) parents in the TANF family receiving assistance; (3) children in the TANF family receiving

assistance; (4) other adults in the TANF family receiving assistance; (5) parents in the TANF family, but not receiving assistance; (6) caretaker relatives in the TANF family, but not receiving assistance; (7) minor siblings of a child in the TANF family; and (8) other persons, whose income or resources count in determining eligibility for or amount of assistance of the TANF family receiving assistance, in descending order from the person with the most income to the person with the least income.

14. Family Affiliation: Enter the one-digit code:

1 = Received assistance

Did not receive TANF assistance, but in the family

2 = Parent of minor child in the TANF family that received assistance

3 = Caretaker relative of minor child in the TANF family that received assistance

4 = Minor child

5 = Person whose income or resources are considered in determining eligibility for or amount of assistance

15. Date of Birth: Enter the eight-digit code for date of birth in the format YYYYMMDD.

16. Social Security Number:

Enter the nine-digit Social Security Number (SSN) for the individual. If the family affiliation (item #14) code is 1 or 2, the state must provide the SSN, unless family affiliation code is 2 with no SSN due to immigration status. If the SSN is unknown and the family affiliation code is not 1 or 2, enter 999999999.

17. Race/Ethnicity: Reporting of this item is required for individuals whose family affiliation (item #14) code is 1, 2, or 3. To allow for the multiplicity of race/ethnicity, please enter a one-digit code for each race and for ethnicity of the TANF individual. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 0*. Enter the one-digit code:

Ethnicity:

A. Hispanic or Latino

1 = Yes, Hispanic or Latino

2 = No

Race:

B. American Indian or Alaska Native

1 = Yes, American Indian or Alaska Native

2 = No

C. Asian

1 = Yes, Asian

2 = No

D. Black or African American

1 = Yes, Black or African American

2 = No

E. Native Hawaiian or Other Pacific Islander

1 = Yes, Native Hawaiian or Pacific Islander

2 = No

F. White

1 = Yes, White

2 = No

18. Sex: Enter the one-digit code:

1 = Male

2 = Female

19. Received Disability Benefits

Enter the one-digit code:

A. Received Federal Disability Insurance Benefits Under Title II of the Social Security Act (Social Security Disability Insurance [SSDI]):

This item is not required to be coded for a child.

1 = Yes, received federal disability insurance

2 = No

B. Received Benefits Based on Federal Disability Status Under Non-Social Security Act Programs:

These programs include Veteran's disability benefits, Worker's disability compensation, and Black Lung Disease disability benefits.

This item should be coded for each adult and child with family affiliation (item #14) code 1.

1 = Yes, received benefits based on federal disability status

2 = No

C. Received Aid to the Aged, Blind, and Disabled (AABD) Under Titles I, X, and XIV or Title XVI of the Social Security Act:

Titles I, X, and XIV and Title XVI are applicable only in the territories. States should use code 2. This item is not required to be coded for a child.

1 = Yes, received AABD

2 = No

D. Code no longer in use. Enter 0.

E. Received Supplemental Security Income (SSI) Under Title XVI of the Social Security Act:

States must complete this item. The territories should use code 2.

This item should be coded for each adult and child with family affiliation (item #14) code 1.

1 = Yes, received SSI

2 = No

20. Marital Status:

Reporting of this item is required for individuals whose family affiliation (item# 14) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 0*.

Enter the one-digit code for the marital status of the individuals. A noncustodial parent who is remarried should be coded as 2, regardless of whether they are living with their current spouse.

1 = Single, never married

2 = Married

4 = Widowed

5 = Divorced

21. Relationship to Head-of-Household:

Enter the two-digit code that shows the individual's relationship (including by marriage) to the head of the household. If a minor child head-of-household, enter code 01.

01 = Head-of-household

02 = Spouse

03 = Parent

04 = Child

05 = Stepchild

06 = Grandchild or great grandchild

07 = Other related person (e.g. sibling or cousin)

08 = Foster child

09 = Unrelated child

10 = Unrelated adult

22. Parent with Minor Child in the Family:

A parent with a minor child in the family may be a natural parent, adoptive parent, or step-parent of a minor child in the family. Reporting of this item is required for individuals whose family affiliation (item #14) code is 1 or 2. Optional for individuals whose family affiliation code is 3, 4 or 5; if so, enter 0*. Enter the one-digit code that indicates the individual's parental status.

1 = Yes, a parent with a minor child in the family

2 = Not a parent

23. Needs of a Pregnant Woman: Item no longer in use; enter 0.

24. Educational Level: Reporting of this item is required for individuals whose family affiliation (item #14) code is 1, 2, or 3. Code 99 is not an option for individuals whose family affiliation code is 1. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 99. Enter the two-digit code to indicate the highest level of education attained by the individual.

01-11 = Grade level completed in primary/secondary school including secondary level vocational school, adult high school, or homeschool

12 = 12th grade, High school diploma, GED, or National External Diploma Program

13 = Associate's Degree

14 = Bachelor's Degree

15 = Graduate degree (Master's or higher)

16 = Other credentials (degree, certificate, diploma, etc.)

98 = No formal education

99 = Unknown

25. Citizenship/Immigration Status:

Reporting of this item is required for individuals whose family affiliation (item #14) code is 1, 2, or 3. Code 9 is not an option for individuals whose family affiliation code is 1. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 9. Enter the one-digit code*:

1 = U.S. citizen, including naturalized citizens

2 = Qualified alien

3 = Non-qualified alien

9 = Unknown

26. Number of Months Countable toward Federal Time Limit:

Enter the number of months countable toward the adult's (or minor child head-of-household's) federal five-year time limit based on the cumulative amount of time the individual has been either the head-of-household or the spouse of the head-of-household and has received federal TANF assistance. Reporting of this item is required for individuals whose family affiliation (item #14) code is 1. Optional for individuals whose family affiliation code is 2, 3, 4 or 5; if so, enter 000.

27. Number of Countable Months Remaining under State's Time Limit:

Item no longer in use; enter 00.

28. Employment Status: An employed adult (or minor child head-of-household) should have earned income (item #29 > 0). Reporting of this item is required for individuals whose family affiliation (item #14) code is not 4 or 5. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 0*.

1 = Employed

2 = Unemployed, looking for work

3 = Not in labor force (i.e., unemployed, not looking for work)

## AMOUNT OF INCOME, BY TYPE

29. Amount of Earned Income: Enter the dollar amount of the individual's earned income for the last month on assistance or for the month used to budget for the last month on assistance. Include wages, salaries, and other earned income in this item.

30. Amount of Unearned Income: Enter the dollar amount of the individual's unearned income for the last month on assistance or for the month used to budget for the last month on assistance.

OMB #0970-0338, expires 12/31/2028

# TANF Data Report | Section Three

## Aggregated Data Collection for Families Applying for, Receiving, and No Longer Receiving Assistance under the TANF Program

### INSTRUCTIONS AND DEFINITIONS

The state agency must collect and report data for each item, unless explicitly instructed to leave the field blank. Monthly caseload counts (e.g., number of families, number of two-parent families, and number of closed cases) and number of recipients must be unduplicated monthly totals.

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code in the header record. See Appendix for FIPS codes.

2. Tribal Code: Not applicable; enter 000 in the header record.

3. Calendar Quarter: The four calendar quarters are as follows:

| | |
|---|---|
| **First quarter** | January - March |
| **Second quarter** | April - June |
| **Third quarter** | July - September |
| **Fourth quarter** | October - December |

Enter the four-digit year and one-digit quarter code (in the format YYYYQ) that identifies the calendar year and quarter for which the data are being reported (e.g., first quarter of 2021 is entered as 20211).

## TANF APPLICATIONS

The term "application" means the action by which an individual indicates in writing or through other formal means permitted by the state to the agency administering the state TANF program a desire to receive assistance.

4. Total Number of Applications: Enter the total number of approved and denied applications received for each month. The total in this item should equal the sum of the number of approved applications (in item #5) and the number of denied applications (in item #6).

   A. First Month: B. Second Month: C. Third Month:

5. Total Number of Approved Applications: Enter the number of applications approved during each month.

   A. First Month: B. Second Month: C. Third Month:

6. Total Number of Denied Applications: Enter the number of applications denied (or otherwise disposed of) during each month.

   A. First Month: B. Second Month: C. Third Month:

## ACTIVE CASES (FAMILIES RECEIVING ASSISTANCE)

For purposes of completing this report, include all TANF-eligible families receiving assistance (i.e., families funded under the TANF block grant and state MOE funded TANF families). All counts of families and recipients should be unduplicated monthly totals.

7. Total Amount of Cash Assistance: Enter the dollar value of all assistance (cash and cash-equivalents) provided to TANF families under the state TANF program for each month of the quarter. Round the amount of assistance to the nearest dollar.

   A. First Month: B. Second Month: C. Third Month:

8. Total Number of Families:

The total in this item should equal the sum of the number of two-parent families (in item #9), the number of one-parent families (in item #10) and the number of no-parent families (in item #11). Enter the number of families receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

9. Total Number of Two-parent Families:

There is no definition of a two-parent family in statute. The TANF rules allow states to define a two-parent family as long as their definition includes the following minimum definition. For purposes of calculating the two-parent families work participation rate, a two-parent family includes, at a minimum, all families with two natural or adoptive parents (of the same minor child) who are work-eligible individuals and living in the home, unless both are minors and neither is a head-of-household. States may expand on this definition.

Include in the count of two-parent families, all families that meet the state's definition of a two-parent family. Also, include all families with a noncustodial parent (as the second parent) that the state opted to include in the two-parent families work participation rate. Enter the total number of two-parent families receiving assistance for each month.

A. First Month: B. Second Month: C. Third Month:

10. Total Number of One-Parent Families: Enter the total number of one-parent families receiving assistance for each month.

A. First Month: B. Second Month: C. Third Month:

11. Total Number of No-Parent Families:

The count of no-parent families includes child-only families and families with a caretaker relative as the head-of-household. Enter the total number of no-parent families receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

12. Total Number of Recipients: Enter the total number of recipients receiving assistance under the state TANF program for each month of the quarter. The total in this item should equal the sum of the number of adult recipients (in item #13) and the number of child recipients (in item #14).

A. First Month: B. Second Month: C. Third Month:

13. Total Number of Adult Recipients: Enter the total number of adult recipients receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

14. Total Number of Child Recipients: Enter the total number of child recipients receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

15. Total Number of Noncustodial Parents Participating in Work Activities: Enter the total number of noncustodial parents participating in work activities (even if not receiving assistance) under the state TANF Program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

16. Total Number of Births: Enter the total number of newborns eligible for assistance in families receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

17. Total Number of Non-Marital Births: Enter the total number of non-marital births in families receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

## CLOSED CASES (FAMILIES NO LONGER RECEIVING ASSISTANCE)

18. Total Number of Closed Cases: Enter the total number of closed cases for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

OMB #0970-0338, expires 12/31/2028

# TANF Data Report | Section Four

## Number of Families by Stratum for States that Report Data Based on a Stratified Sample

### INSTRUCTIONS AND DEFINITIONS

The state agency must collect disaggregated data (TANF Data Report - Sections One and Two) monthly and report the data quarterly. At state option, a state may report the disaggregated data in the TANF Data Report for its entire caseload or for a sample of families. If a state submits the quarterly data based on a stratified sample, the state must also submit the total number of families by stratum for each month of the quarter. The total number of families by stratum is needed for estimating purposes (i.e., to weight disaggregated data in estimating totals, averages, percentages, etc.).

This report is not required from a state that reports the disaggregated data (in TDR – Sections One and Two) for its entire caseload or reports the disaggregated data based on a non-stratified sample.

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code in the header record. See the Appendix for FIPS codes.

2. Tribal Code: Not applicable; enter 000 in the header record.

3. Calendar Quarter: The four calendar quarters are as follows:

| | |
|---|---|
| **First quarter** | January - March |
| **Second quarter** | April - June |
| **Third quarter** | July - September |
| **Fourth quarter** | October - December |

Enter the four-digit year and one-digit quarter code (in the format YYYYQ) that identifies the calendar year and quarter for which the data are being reported (e.g., first quarter of 2021 is entered as 20211).

## INFORMATION FOR EACH STRATA

The information for items #4 through #6 is required for each stratum that the state uses in its stratified TANF sample(s) for TANF Data Report (TDR) – Sections One and Two.

4. TDR Section Indicator: Enter the one-digit code that indicates whether the caseload data by stratum is for active case sample (TDR – Section One) or for the closed case sample (TDR – Section Two).

   1 = Active Case Sample

   2 = Closed Case Sample

5. Stratum:

   In designing a stratified sample, a state divides its universe of families into groups such that every family is in one and only one of the two or more groups. These groups are referred to as strata. Sampling occurs within each stratum. Valid stratum codes may range from 00 to 99. A state with a stratified sample must complete item #6, Total Number of Families, for each stratum for each reporting month.

   Enter the two-digit stratum code.

6. Total Number of Families: Enter the number of families receiving assistance for stratum coded in item #5 under the state TANF program for each month of the quarter.

   A. First Month: B. Second Month: C. Third Month:

OMB #0970-0338, expires 12/31/2028

# SSP-MOE Data Report | Section One

## Disaggregated Data Collection for Families Receiving Assistance under the TANF Program

### INSTRUCTIONS AND DEFINITIONS

If a state claims maintenance-of-effort expenditures for separate state programs (SSP-MOEs) and for persons served by those programs, it must collect and report this information on the SSP-MOE Data Report on SSP-MOE families receiving assistance. The state agency should collect and report data for each item. The data must be complete and accurate (unless “unknown” is listed as an acceptable response or the item is marked as “optional”).

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code. See the Appendix for FIPS codes.

2. County FIPS Code: Enter the three-digit code for the SSP-MOE family’s county of residence; see a list of codes on the Census website: https://www.census.gov/library/reference/code-lists/ansi.html#county.

3. Reporting Year and Month: Enter the four-digit year and two-digit month codes (YYYYMM) for the period for which the data are being reported.

4. Stratum: Enter the two-digit stratum code. A state that submits sample data must use the numeric character stratum codes from it sampling plan which was approved by ACF (from 00 to 99) for each stratum and submit section 4 of the SSP-MOE data report. A state that submits data for its entire caseload should enter 00 for each family.

# FAMILY-LEVEL DATA

For reporting purposes, the SSP-MOE family means: (a) all individuals receiving assistance as part of a family under the separate state program(s); and (b) the following additional persons living in the family, if not included under (a) above:

(1) Parent or caretaker relative of any minor child;

(2) A minor child; and

(3) Any person whose income or resources are counted in determining the family's eligibility for or amount of assistance.

5. Case Number: Enter the 11-character case number. If the case number is less than the allowable eleven characters, use lead zeros to fill in the number. Do not use the Social Security number as part of the case number.

6. ZIP Code: Enter the five-digit zip code for the SSP-MOE family's place of residence.

7. Disposition: Enter 1 to indicate that the data reported is complete and accurate. States that submit sample data should not report cases that are "listed-in-error".

8. Number of Family Members: Enter two digits that represent the number of members in the family (include all individuals with Family Affiliation codes 1, 2, 3, 4, and 5 for item #26 and #60) under the separate state program(s). Include in the number of family members, the noncustodial parent whom the State has opted to include as part of the eligible family, who is receiving assistance as defined in §260.31, or who is participating in work activities as defined in section 407(d) of the Act.

9. Type of Family for Work Participation:

   To code this item, the state must first determine the number of work-eligible individuals. If there are two or more work-eligible individuals the state needs to determine if there are two parents that meet the definition of a two-parent family. The correct coding for this item is as follows: Use code 3 to identify families with no work-eligible individuals (see item #41, Work-eligible Individual Indicator.) Use code 2 to identify two-parent families where both parents are

work-eligible individuals. Use code 1 to identify all remaining families (i.e., families with one or more work-eligible individuals that are not two-parent families.) Include all families in the appropriate category even if disregarded (see item #42, Work Participation Status).

For purposes of calculating the two-parent work participation rate, a two-parent family includes, at a minimum, all families with two natural or adoptive parents (of the same minor child) who are work-eligible individuals and living in the home, unless both are minors and neither is a head-of-household. A state may choose whether a two-parent family with a noncustodial parent as one of the two parents is a two-parent family for the purposes of calculating the two-parent work participation rate. The state may use a broader definition of two-parent family but must at least include these families. All such two-parent families must be included in the two-parent work participation rate unless the family is explicitly disregarded. The "Work Participation Status" (item #42) will be used to disregard families from the work participation rates, including a two-parent family with a disabled parent. See the Appendix for more about noncustodial parents and step-parents.

Enter the one-digit code:

1 = Family included only in overall work participation rate (i.e., family includes one or more work-eligible individuals but does not meet definition of a two-parent family)

2 = Two-parent family included in both the overall and two-parent work participation rates (i.e., family includes two work-eligible parents and meets the definition of a two-parent family)

3 = Family with no work-eligible individual

## ASSISTANCE RECEIVED BY THE FAMILY

10. <u>Has the Family Received Assistance Under a State (Tribal) TANF Program Within the Past Six Months:</u> If the SSP-MOE family has received assistance under a state (tribal) TANF Program within the past six months, enter code "1" or "2." Otherwise, enter "3."

1 = Yes, family is received assistance under a state (tribal) TANF program for the report month.

2 = Yes, family has received assistance under a state (Tribal) TANF program within the past six months, but not for the report month.

3 = No

11. Receives Subsidized Housing: Subsidized housing refers to federal, state, or local government or private social service agency programs that reduce the cost of rent. Subsidized housing includes housing vouchers and public housing, Section 8, and more. Enter the one-digit code:

1 = Yes, receives subsidized housing

2 = No

12. Received Medical Assistance: Medical assistance refers to aid provided under the state plan approved under Title XIX, including children served by the Child Health Insurance Program (CHIP) when it is a part of the Title XIX program. Enter the one-digit code:

1 = Yes, enrolled in Medicaid and/or CHIP

2 = No

13. Receives Assistance from the Supplemental Nutrition Assistance Program (SNAP):

Item no longer in use; enter 0.

14. Amount of Supplemental Nutrition Assistance Program (SNAP) Benefits: Enter the monthly amount of the SSP-MOE family's SNAP benefits. For situations in which the SNAP household differs from the SSP-MOE family, code this element in a manner that most accurately reflects the resources available to the SSP-MOE family. One acceptable method for calculating the amount of SNAP assistance available to the SSP-MOE family is to prorate the amount of SNAP benefits equally among each SNAP recipient then add together the amounts belonging to the TANF recipients. If the family did not receive any SNAP benefits (i.e., item#13=2), enter 0000.

15. Receives Subsidized Child Care: If the SSP-MOE family receives subsidized child care for the reporting month, enter code ''1'' or ''2,'' whichever is appropriate. Otherwise, enter code ''3.''

1 = Yes, receives child care funded entirely or in part with federal funds (e.g., receives TANF, CCDF, SSBG, or other federally funded child care).

2 = Yes, receives child care funded entirely under a state, Tribal, and/or local program (i.e., no federal funds used).

3 = No subsidized child care received.

16. Amount of Subsidized Child Care: Subsidized child care means a grant funded in part or whole, by the federal, state or local government to or on behalf of a parent (or caretaker relative) to support the cost of child care services provided by an eligible provider to an eligible child. The grant may be paid directly to the parent (or caretaker relative) or to a child care provider on behalf of the parent (or caretaker relative).

    Enter the total dollar amount of subsidized child care from all sources that the SSP-MOE family received. If the family did not receive any subsidized child care for services, enter 0000.

17. Amount of Child Support: Enter the total dollar value of child support, received on behalf of the SSP-MOE family. This includes current payments, arrearages, recoupment, and pass-through amounts whether paid to the state or the family. If the family did not receive any child support, enter 0000.

18. Amount of the Family's Cash Resources: Enter the total dollar amount of the SSP-MOE family's cash resources as the state defines them for determining eligibility and/or computing benefits for the reporting month or for the month used to budget for the reporting month. If the family did not have any cash resources, enter 0000.

## AMOUNT AND DURATION OF ASSISTANCE

The term "assistance" includes cash, payments, vouchers, and other forms of benefits designed to meet a family's ongoing basic needs (i.e., for food, clothing, shelter, utilities, household goods, personal care items, and general incidental expenses). It also includes supportive services such as transportation and child care provided to families that are not employed. See Appendix for more detail on what is and is not included in "assistance."

For each type of assistance provided under the state's SSP-MOE program, enter the dollar amount of assistance that the SSP-MOE family received or that was paid on behalf of the SSP-MOE family for the reporting month and the cumulative number of months that the SSP-MOE family has received the type of assistance under the state's SSP-MOE program. If, for a "type of assistance," no dollar amount of assistance was provided during the reporting month, enter 0000 as the amount. If, for a "type of assistance," the SSP-MOE-eligible family has received no assistance (since the state began its SSP-MOE program), enter 000 as the number of months of assistance.

19. Cash and Cash Equivalents: cash (and cash equivalents) assistance provided under the SSP-MOE program.

A. Amount B. Number of Months

20. SSP-MOE Child Care: A SSP-MOE child care benefit that is received by an ***employed*** family does not constitute assistance and should not be reported in this item.

For SSP-MOE Child Care, enter the dollar amount, the number of children covered by the dollar amount of child care, and the total number of months that the family has received SP-MOE child care assistance for families not employed. Include only the child care funded directly by the separate state programs. Do not include child care funded under the TANF Program or the Child Care and Development Fund.

A. Amount B. Number of Children Covered ............C. Number of Months

21. Transportation and Other Supportive Services: A SSP-MOE transportation benefit or other supportive service that is received by an ***employed*** family is not assistance and should not be reported in this item. Unless excluded as a non-recurring, short-term benefit, a transportation benefit that is received by a non-employed family is assistance and should be reported here.

A. Amount B. Number of Months

22. Transitional Services: Codes no longer in use. Enter 0000 for Amount and 000 for the number of months.

A. Amount B. Number of Months

23. Other: Codes no longer in use. Enter 0000 for Amount and 000 for the number of months.

A. Amount B. Number of Months

## REASON FOR AND AMOUNT OF REDUCTION IN ASSISTANCE

24. Reason for and Amount of Reductions in Assistance: For each reason listed, indicate whether the family received a reduction in assistance and enter the dollar value of the reduction.

A. Sanctions:

i. Total Dollar Amount of Reductions due to Sanctions: If there was no reduction in assistance, enter 0000.

ii. Work Requirements Sanction

1 = Yes

2 = No

iii. Code no longer in use; enter 0.

iv. Teen Parent not Attending School (or Alternative Training)

1 = Yes

2 = No

v. Non-Cooperation with Child Support

1 = Yes

2 = No

vi. Failure to Comply with an Individual Responsibility Plan

If an individual is sanctioned for failure to comply with work requirements, school attendance requirements, and/or cooperation with child support requirements, code the sanction in 24.A.ii., 24.A.iv, whichever is appropriate. Code other sanctions for failure to comply with an individual responsibility plan in 24.A.vi.

1 = Yes

2 = No

vii. Other Sanction

1 = Yes

2 = No

B. Recoupment of Prior Overpayment: Enter the total dollar value of reduction in assistance due to recoupment of a prior overpayment. If there was no reduction in assistance, enter 0000.

C. Other:

i. Total Dollar Amount of Reductions for Other Reasons (exclude amounts for sanctions and recoupment): Enter the total dollar value of reduction in assistance for reasons other than sanctions or recoupment of overpayments. If there was no reduction in assistance, enter 0000.

ii. Family Cap

1 = Yes

2 = No

iii. Reduction Based on Time Limit

1 = Yes

2 = No

iv. Other, Non-Sanction, Non-Recoupment

1 = Yes

2 = No

25. Waiver Evaluation Experimental and Control Groups: Item no longer in use; enter 0.

# PERSON-LEVEL DATA

Person-level data is found in two sections: (1) the adult and minor child head-of-household characteristic section; and (2) the child characteristics section. Section 419 of the Social Security Act defines adult and minor child. A minor child is an individual who: (a) has not attained 18 years of age; or (b) has not attained 19 years of age and is a full-time student in a secondary school (or in the equivalent level of vocational or technical training). **A minor child who is either a head-of-household or married to the head-of-household should be coded as an adult, not as a minor child.**

## ADULT CHARACTERISTICS

This section allows for coding up to six adults (or a minor child who is either a head-of-household or married to the head-of-household and up to five adults) in the SSP-MOE family. A minor child who is either a head-of-household or married to the head-of-household should be coded as an adult.

If there are more than six adults in the SSP-MOE family, use the following order to identify the persons to be coded: (1) the head-of-household; (2) parents in the eligible family receiving assistance; (3) other adults in the eligible family receiving assistance; (4) parents not in the eligible family receiving assistance; (5) caretaker relatives not in the eligible family receiving assistance; and (6) other persons whose income or resources count in determining eligibility for or amount of assistance of the eligible family receiving assistance, in descending order from the person with the most income to the person with least income.

26. Family Affiliation: Enter the one-digit code:

See Appendix for more about noncustodial parents. If the individual is both a parent and caretaker, then they should be coded as a parent.

1 = Receiving SSP-MOE assistance

Not receiving SSP-MOE assistance but in the family

2 = Parent of minor child in the eligible family receiving assistance

3 = Caretaker relative of minor child in the eligible family receiving assistance

5 = Person whose income or resources are considered in determining eligibility for or amount of assistance

27. Noncustodial Parent Indicator: See Appendix for more about noncustodial parents. Enter the one-digit code:

1 = Yes, a noncustodial parent

2 = No

28. Date of Birth: Enter the eight-digit code for date of birth for the adult in the format YYYYMMDD.

29. Social Security Number: Enter the nine-digit Social Security Number (SSN) for the adult. If the family affiliation (item #26) code is 1 or 2, the state must provide the SSN, unless family affiliation is 2 with no SSN due to immigration status. If the family affiliation code is not 1 or 2, enter 999999999.

30. Race/Ethnicity: To allow for the multiplicity of race/ethnicity, please enter a one-digit code for each race and for ethnicity of the SSP-MOE adult. Reporting of this item is required for individuals whose family affiliation (item #26) code is 1, 2 or 3. Optional for individuals whose family affiliation code is 5; if so, enter 0*. Enter the one-digit code:

Ethnicity:

A. Hispanic or Latino

1 = Yes, Hispanic or Latino

2 = No

Race:

B. American Indian or Alaska Native

1 = Yes, American Indian or Alaska Native

2 = No

C. Asian

1 = Yes, Asian

2 = No

D. Black or African American

1 = Yes, Black or African American

2 = No

E. Native Hawaiian or Other Pacific Islander

1 = Yes, Native Hawaiian or Pacific Islander

2 = No

F. White

1 = Yes, White

2 = No

31. Sex: Enter the one-digit code:

1 = Male

2 = Female

32. Receives Disability Benefits: Enter the one-digit code:

A. Receives Federal Disability Insurance Benefits Under Title II of the Social Security Act (Social Security Disability Insurance [SSDI]).

1 = Yes, receives federal disability insurance

2 = No

B. Receives Benefits Based on Federal Disability Status Under Non-Social Security Act Programs: These programs include Veteran's disability benefits, Worker's disability compensation, and Black Lung Disease disability benefits.

1 = Yes, receives benefits based on federal disability status

2 = No

C. Receives Aid to Aged, Blind, and Disabled (AABD) Under Titles I, X, and XIV or Title XVI of the Social Security Act: Titles I, X, and XIV and Title XVI are applicable only in the territories. States should use code 2.

1 = Yes, receives AABD

2 = No

D. Code no longer in use. Enter 0.

E. Receives Supplemental Security Income (SSI) Under Title XVI of the Social Security Act: States must complete this item. The territories should use code 2.

1 = Yes, receives SSI

2 = No

33. Marital Status: Reporting of this item is required for individuals whose family affiliation (item #26) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 5; if so, enter 0*. Enter the one-digit code for the adult's marital status. A noncustodial parent who is remarried should be coded as 2, regardless of whether they are living with their current spouse.

1 = Single, never married

2 = Married

4 = Widowed

5 = Divorced

34. Relationship to Head-of-Household: Reporting of this item is required for all family affiliations (item #26) is 1, 2, 3, or 5. Enter the two-digit code that shows the adult's relationship (including by marriage) to the head of the household.

01 = Head-of-household

02 = Spouse of head-of-household

03 = Other related person (e.g., parent, child, sibling, cousin, etc.)

10 = Unrelated adult

35. Parent with Minor Child in the Family:

A parent with a minor child in the family may be a natural parent, adoptive parent, or step-parent of a minor child in the family. Reporting of this item is required for individuals whose family affiliation (item #26) code is 1 or 2. Optional for individuals whose family affiliation code is 3 or 5; if so, enter 0*. Enter the one-digit code that indicates the adult's parental status.

This item is used in determining the two-parent work participation rate. If item #9, Type of Family for Work Participation, is coded "2", there should be two parents coded "1" for this item (regardless of whether the family is disregarded from the two-parent families participation rate via item #42, Work Participation Status). If a state chooses to exclude a two-parent family with a noncustodial parent as one of the parents from the two-parent work participation rate, the State must code the data element "Type of Family for Work Participation" with a "1."

1 = Yes, a parent with a minor child in the family and used in two-parent participation rate

2 = Yes, a parent with a minor child in the family, but not used in two-parent participation rate

3 = No, not a parent with a minor child

36. Needs of a Pregnant Woman: Item no longer in use; enter 0.

37. Educational Level: Reporting of this item is required for individuals whose family affiliation (item #26) code is 1, 2, or 3; code 99 is not an option. Optional for individuals whose family affiliation code is 5; if so, enter 99. Enter the two-digit code to indicate the highest level of education attained by the adult:

01-11 = Grade level completed in primary/secondary school including secondary level vocational school, adult high school, or homeschool

12 = 12th grade, high school diploma, GED, or National External Diploma Program

13 = Associate's Degree

14 = Bachelor's Degree

15 = Graduate degree (Master's or higher)

16 = Other credentials (degree, certificate, diploma, etc.)

98 = No formal education

99 = Unknown

38. Citizenship/Immigration Status: Reporting of this item is required for individuals whose family affiliation (item #26) code is 1, 2, or 3. Code 9 is not an option for individuals whose family affiliation code is 1. Optional for individuals whose family affiliation code is 5; if so, enter 9. Enter the one-digit code:

1 = U.S. citizen, including naturalized citizen

2 = Qualified alien

3 = Non-qualified alien

9 = Unknown

39. Cooperated with Child Support: Reporting of this item is required for individuals whose family affiliation (item #26) code is 1, 2, or 3; code 9 is not an option. Optional for individuals whose family affiliation code is 5; if so, enter 9. Enter the one-digit code:

1 = Yes, has cooperated with child support

2 = No

9 = Not applicable

40. Employment Status: Reporting of this item is required for individuals whose family affiliation (item #26) code is 1, 2, 3. Optional for individuals whose family affiliation code is 5; if so, enter 0*. Enter the one-digit code:

1 = Employed

2 = Unemployed, looking for work

3 = Not in labor force (i.e., unemployed, not looking for work)

41. Work-Eligible Individual Indicator:

*Work-eligible individual (WEI)* means an adult receiving assistance under a separate state program or a non-recipient parent living with a child receiving such assistance unless the parent is: (1) a minor parent and not the head-of-household; (2) ineligible to receive assistance due to his or her immigration status; or (3) at state option on a case-by-case basis, a recipient of Supplemental Security Income (SSI) benefits or Aid to the Aged, Blind, or Disabled (AABD) in the territories. The term also excludes: (1) a parent providing care for a disabled family member living in the home, provided that there is medical documentation to support the need for the parent to remain in the home to care for the disabled family member; (2) at state option on a case-by-case basis, a parent who is a recipient of Social Security Disability Insurance (SSDI) benefits; and (3) an individual in a family receiving MOE-funded assistance under an approved Tribal TANF program, unless the state includes the Tribal family in calculating work participation rates, as permitted under section 45 CFR 261.25.

If an individual's status changes from work-eligible to non work-eligible or vice versa during the report month, see "Change in Circumstances" in the Appendix for coding instructions. Also see the Appendix for more on noncustodial parents.

Enter the two-digit code that indicates if the adult is a work-eligible individual (WEI).

01 = Yes, a WEI who is an adult receiving assistance

02 = Yes, a WEI who is a non-recipient parent due to a sanction

03 = Yes, a WEI who is a non-recipient parent due to a time limit

04 = Yes, a WEI who is a non-recipient parent receiving SSI, SSDI, or AABD or a recipient parent receiving SSDI; and state or territory opts to include (code consistently with response to item #32)

05 = Yes, a non-recipient parent due to other reasons

06 = No, not a WEI because not a parent (or a noncustodial parent) and not a recipient (code consistently with responses to item #26 and #35)

07 = No, not a WEI due to immigration status (code consistently with response to item #38)

08 = No, not a WEI because a parent receiving SSI, SSDI, or AABD and state or territory opts to exclude (code consistently with response to item #32)

09 = No, not a WEI because a parent caring for a disabled family member in the home (code consistently with response to item #35 =1 or 2)

11 = No, not a WEI because a minor parent who is not head-of-household (code consistently with age <19 and item #34 not equals to 1)

12 = No, not a WEI because a deceased individual who died in a month preceding the report month and, due to state requirements to provide timely notification to the family before reducing the grant or other reasons (e.g., the family failed to report the death to the TANF agency), the family's grant for the report month included the deceased individual's needs

42. Work Participation Status:

*Disregarded* from the federal work participation rate calculation means the SSP-MOE family is not included in the calculation of the work participation rate.

*Exempt* means that the individual will not be penalized by the state for failure to engage in work (i.e., the individual has a good cause exception); however, the SSP-MOE family is included in the calculation of the work participation rate.

A state is not required to disregard all families that could be disregarded. This item is required for individuals whose family affiliation (item #26) code is 1 or 2. Optional for individuals whose family affiliation code is 3 or 5; if so, enter 99. Enter the first 2-digit code that applies.

99 = Not applicable if not a work-eligible individual or living in an approved pilot state[2].

01 = Disregarded from participation rate, single custodial parent with child under 12 months. There is a 12-month lifetime limit on disregarding a family from the all families work participation rate (i.e., the overall work participation rate) for this reason.

02 = Disregarded from participation rate because both of the following apply: required to participate, but not participating and subject to sanction for refusing to participate in work

[2] A pilot state is a state selected by the U.S. Department of Health and Human Services (HHS) to participate in new pilot projects for performance and accountability measures under the Fiscal Responsibility Act of 2023, Pub. L. No. 118-5, § 302, 137 Stat. 34 (2023).

activities for the reporting month, but not subject to sanction for more than 3 months within the preceding 12-month period.

05 = Disregarded from participation rate based on participation in a Tribal Work Program.

07 = Excluded from two-parent work participation rate, disabled (using the state's definition of "disabled").

09 = Exempt, under a federally recognized good cause domestic violence waiver.

15 = Deemed engaged in work -- single teen head-of-household or married teen who maintains satisfactory school attendance.

16 = Deemed engaged in work -- single teen head-of-household or married teen who participates in education directly related to employment for an average of at least 20 hours per week during the reporting month.

17 = Deemed engaged in work -- parent or relative (who is the only parent or caretaker relative in the family) with child under age 6 and parent engaged in core work activities for at least 20 hours per week.

18 = Required to participate and none of the above options applied

## ADULT WORK PARTICIPATION ACTIVITIES

The TANF statute imposes some restrictions on when certain activities may count toward the state's work participation rate. Specifically, under the law, for a family to count in the state's overall work participation rate for a month, a WEI in the family must participate for an average of 30 hours per week, of which at least an average of 20 hours per week must be in one or more of the nine "core" activities. The three other "non-core" activities may count for any remaining hours beyond the "core hours" requirement. For the two-parent rate, 30 of the 35 average weekly hours (or 50 of 55 hours for a family receiving federally subsidized child care) must come from the same nine "core" work activities.

Enter the actual (not scheduled) average weekly hours of participation by work-eligible individuals in a month by activity. For unpaid work activities, include hours counted due to excused absences and holidays, subject to the limits on counting such hours.

For the purposes of calculating the work participation rates for a month, actual hours may include the hours for which an individual was paid, including paid holidays and sick leave. For participation in unpaid work activities, it may include excused absences for hours missed due to a maximum of 10 holidays in the preceding 12-month period and up to 80 hours of additional excused absences in the preceding 12-

month period, no more than 16 hours of which may occur in a month, for each work-eligible individual. Each state must designate the days that it wishes to count as holidays for those in unpaid activities. It may designate no more than 10 such days. In order to count a holiday or an additional excused absence as actual hours of participation, the individual must have been scheduled to participate in a countable work activity for the period of the absence that the state reports as participation. A state must describe its holiday and additional excused absence policies and definitions as part of its Work Verification Plan, specified at 45 CFR 261.62.

During the first or last month of any spell of assistance, a family may receive assistance for only part of the month. If a family receives assistance for only part of a month, the state may count it as a month of participation if a work-eligible individual is engaged in work for the minimum average number of hours for any full week(s) that the family receives assistance in that month.

Each of the eight non-paid countable work activities has three components: Hours of (A) Participation; (B) Excused Absences; and (C) Holidays. For each non-paid, work activity in which the work eligible individual participated during the reporting month, enter in the "Hours of Participation" item the average number of hours per week of participation, except as noted for "Job Search and Job Readiness Assistance" and "Vocational Educational Training" below.

For each work activity in which the work-eligible individual did not participate, enter 00 as the average number of hours per week of participation. Approved pilot states may space-fill or input 00 for fields #43-57.

43. Unsubsidized Employment

Unsubsidized employment means full- or part-time employment in the public or private sector that is not subsidized by TANF or any other public program.

Hours of unsubsidized employment.

44. Subsidized Private-Sector Employment

Core activity. Subsidized private sector employment means employment in the private sector for which the employer receives a subsidy from SSP-MOE or other public funds to offset some or all of the wages and costs of employing an individual.

Hours of subsidized private-sector employment.

45. Subsidized Public-Sector Employment

Subsidized public sector employment means employment in the public sector for which an employer receives a subsidy from SSP-MOE or other public funds to offset some or all the wages and costs of employing an individual.

Hours of subsidized public-sector employment.

46. Work Experience

Work experience (including work associated with the refurbishing of publicly assisted housing) if sufficient private sector employment is not available means a work activity, performed in return for welfare, that provides an individual with an opportunity to acquire the general skills, knowledge, and work habits necessary to obtain employment.

Hours of:

A. Participation B. Excused Absences C. Holidays

47. On-the-job Training

On-the-job training means training in the public or private sector that is given to a paid employee while engaged in productive work and that provides knowledge and skills essential to the full and adequate performance of the job.

Hours of on-the-job training.

48. Job Search and Job Readiness Assistance

Job search and job readiness assistance means the act of seeking or obtaining employment, preparation to seek or obtain employment, including life skills training, and substance abuse treatment, mental health treatment, or rehabilitation activities. The statute limits the counting of participation in job search and job readiness training in four ways; see the Appendix. Enter, in this item, the average number of hours per week of participation in job search and job readiness assistance that are within the statutory limitations. Count any hours of participation beyond the statutory limits in the item “Other Work Activities.”

Hours of:

A. Participation B. Excused Absences C. Holidays

49. Community Service Programs

Community service programs mean structured programs and embedded activities in which individuals perform work for the direct benefit of the community under the auspices of public or nonprofit organizations. Community service programs must be limited to projects that serve a useful community purpose in fields such as health, social service, environmental protection, education, urban and rural redevelopment, welfare, recreation, public facilities, public safety, and child care.

Hours of:

A. Participation B. Excused Absences C. Holidays

50. Vocational Educational Training

Vocational educational training (not to exceed 12 months with respect to any individual) means organized educational programs that are directly related to the preparation of individuals for employment in current or emerging occupations. Do not count hours of participation in vocational educational training beyond the TANF 12-month life-time limit in this item. Instead, count the hours of participation beyond the TANF limit in the item “Other Work Activities.” See appendix for special rules.

Hours of:

A. Participation B. Excused Absences C. Holidays

51. Job Skills Training Directly Related to Employment

Job skills training directly related to employment means training or education for job skills required by an employer to provide an individual with the ability to obtain employment or to advance or adapt to the changing demands of the workplace. Job skills training must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Hours of:

A. Participation B. Excused Absences C. Holidays

52. Education Directly Related to Employment for an Individual with NO High School Diploma or Certificate of High School Equivalency

Education directly related to employment, in the case of a recipient who has not received a high school diploma or a certificate of high school equivalency, means education related to a specific occupation, job, or job offer.

Hours of:

A. Participation B. Excused Absences C. Holidays

53. Satisfactory School Attendance for Individuals with No High School Diploma or Certificate of High School Equivalency

Satisfactory school attendance at secondary school or in a course of study leading to a certificate of general equivalence, in the case of a recipient who has not completed secondary school or received such a certificate means regular attendance, in accordance with the requirements of the secondary school or course of study, at a secondary school or in a course of study leading to a certificate of general equivalence, in the case of a work-eligible individual who has not completed secondary school or received such a certificate. This activity must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Hours of:

A. Participation B. Excused Absences C. Holidays

54. Providing Child Care Services to an Individual Who Is Participating in a Community Service Program

Providing child care services to an individual who is participating in a community service program means providing child care to enable another TANF or SSP recipient to participate in a community service program. It does not include providing child care to enable a TANF or SSP-MOE recipient to participate in any of the other eleven allowable work activities. This activity must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Hours of:

A. Participation B. Excused Absences C. Holidays

55. Hours of Other Work Activities

This item collects information on work activities that are beyond the statutory limits for counting toward the work participation rates. Reporting on this item is optional, in which case enter 00.

Hours of Other Work Activities

56. Number of Deemed Core Hours for Overall Rate: States no longer need to report this, the number of deemed core hours for overall rate will be automatically calculated and added if a work-eligible individual participates in these activities the maximum number of hours permitted under the minimum wage provision of the Fair Labor Standards Act (FLSA) and the maximum hours do not fulfill the “core” hour participation requirement, we will “deem” the core hour requirement to be met.

This policy is limited to States that combine their SSP and SNAP benefit amounts when calculating maximum hours. This can be done by adopting the mini-Simplified SNAP Program option that simply permits states (see Appendix for the list of states) to count the value of SNAP in determining maximum hours. Enter 00.

57. Number of Deemed Core Hours for the Two-Parent Rate: States no longer need to report this; the number of deemed core hours for the two-parent rate will be automatically calculated and added if these two-parent work-eligible individuals participate in these activities the maximum number of hours permitted under the minimum wage provision of the Fair Labor Standards Act (FLSA) and the maximum hours do not fulfill the “core” hour participation requirement, we will “deem” the core hour requirement met. Enter 00.

## AMOUNT OF INCOME, BY TYPE

58. Amount of Earned Income:

Enter the dollar amount of the adult's earned income for the reporting month or for the month used to budget for the reporting month. Include wages, salaries, and other earned income in this item.

59. Amount of Unearned Income

For each category of unearned income used to determine amount of or eligibility for benefits, enter the dollar amount of the adult's unearned income for the reporting month or for the month used to budget for the reporting month. Do not report unearned income that is *not* used to determine eligibility for or amount of benefits.

a. Code no longer in use. Enter 0000.

b. Social Security: Enter the dollar amount of Social Security benefits (Retirement, Survivors, and Disability Insurance (RSDI)) that the adult in the TANF family received.

c. SSI (Supplemental Security Income): Enter the dollar amount of SSI that the adult in the TANF family received. Include the federal payment plus any state supplemental payment.

d. Worker's Compensation: Enter the dollar amount of Worker's Compensation that the adult in the TANF family received.

e. Other Unearned Income: Enter the dollar amount of other unearned income that the adult in the TANF family received that is used to determine amount of or eligibility for benefits.

## MINOR CHILD CHARACTERISTICS

This section allows for coding the child characteristics for up to ten children in the SSP-MOE family. **A minor child who is either head-of-household or married to the head-of-household should be coded as an adult, not as a minor child.** The youngest child should be coded as the first child in the family, the second youngest child as the second child, and so on.

If there are more than ten children in the SSP-MOE family, use the following order to identify the persons to be coded: (1) children in the SSP family receiving assistance in order from youngest to oldest; (2) minor siblings of child in the SSP-MOE family receiving assistance from youngest to oldest; and (3) any other children.

60. Family Affiliation: Enter the one-digit code that shows the child's relation to the family receiving assistance.

1 = Minor child receiving assistance

2 = Parent of minor child but not head-of-household or spouse of head-of-household, not receiving assistance

4 = Minor child not receiving assistance and not a parent

61. Date of Birth: Enter the eight-digit code for date of birth for this child under the Separate State Program in the format YYYYMMDD.

62. Social Security Number: Enter the nine-digit Social Security Number (SSN) for the child. If the Family Affiliation code is 1, the state must provide the SSN. If the SSN is unknown and the family affiliation code is not 1, enter 999999999.

63. Race/Ethnicity: Reporting of this item is required for children whose family affiliation (item #60) code is 1 or 2. To allow for the multiplicity of race/ethnicity, please enter a one-digit code for each race and for ethnicity of the SSP child. Optional for children whose family affiliation code is 4; if so, enter 0*. Enter the one-digit code

Ethnicity

A. Hispanic or Latino

1 = Yes, Hispanic or Latino

2 = No

Race:

B. American Indian or Alaska Native

1 = Yes, American Indian or Alaska Native

2 = No

C. Asian

1 = Yes, Asian

2 = No

D. Black or African American

1 = Yes, Black or African American

2 = No

E. Native Hawaiian or Other Pacific Islander

1 = Yes, Native Hawaiian or Pacific Islander

2 = No

F. White

1 = Yes

2 = No

64. Sex: Enter the one-digit code:

1 = Male

2 = Female

65. Receives Disability Benefits

a. Receives Benefits Based on Federal Disability Status Under Non-Social Security Act Programs:

1 = Yes

2 = No

b. Receives Supplemental Security Income (SSI) or Aid to Aged, Blind, and Disabled (AABD) Under Title XVI or Titles I, X, and XIV or Title XVI of the Social Security Act:

1 = Yes

2 = No

66. Relationship to Head-of-Household: Reporting of this item is required for children whose family affiliation (item #60) code is 1 or 2. Optional for children whose family affiliation code is 4; if so, enter 00*. Enter two-digit code:

04 = Child

05 = Stepchild

06 = Grandchild or great grandchild

07 = Other relative (e.g., sibling, cousin, etc.)

08 = Foster child

09 = Unrelated child

67. Parental status of minor who is not a head-of-household or spouse of the head-of-household: Reporting of this item is required for children whose family affiliation (item #60) code is 1 or 2. Optional for children whose family affiliation code is 4; if so, enter 0. Enter the one-digit code:

2 = Yes, a parent with a minor child in the family, but not a head-of-household or spouse of head-of-household

3 = No, not a parent with a minor child in the family

68. Educational Level: Enter the two-digit code to indicate the highest level of education attained by the child. Code 99 is not an option for children whose family affiliation (item #60) code is 1.

01-11 = Grade level completed in primary/secondary school including secondary level vocational school, adult high school, or homeschool

12 = 12th grade, High school diploma, GED, or National External Diploma Program

13 = Associate's Degree

14 = Bachelor's Degree

15 = Graduate degree (Master's or higher)

16 = Other credentials (degree, certificate, diploma, etc.)

98 = No formal education

99 = Unknown

69. Citizenship/Immigration Status: Enter the one-digit code that indicates the child's citizenship status. Reporting of this item is required for children whose family affiliation (item #60) code is 1 or 2. Optional for children whose family affiliation code is 4; if so, enter 9.

1 = U.S. citizen, including naturalized citizen

2 = Qualified alien

3 = Non-qualified alien

9 = Unknown

70. Amount of Unearned Income

Unearned income has two categories. For each category of unearned income, enter the dollar amount of the child's unearned income for the reporting month or the month used to budget for the reporting month.

a. SSI: Enter the dollar amount of SSI that the child in the SSP-MOE family has received for the reporting month or for the month used to budget for the reporting month.

b. Other Unearned Income: Enter the dollar amount of other unearned income that the child in the SSP-MOE family has received for the reporting month or for the month used to budget for the reporting month.

OMB #0970-0338, expires 12/31/2028

# SSP-MOE Data Report | Section Two

## Disaggregated Data Collection for Families No Longer Receiving Assistance under the Separate State Program(s)

### INSTRUCTIONS AND DEFINITIONS

The state agency should collect and report data for each item. The data must be complete and accurate (unless "unknown" is listed as an acceptable response or the item is marked as "optional").

A closed case is a family whose assistance was terminated for the reporting month, but received assistance under the state's SSP-MOE Program in the prior month. States are not expected to track closed cases in order to collect information on families for months after the family has left the rolls. Rather, states are to report based on the last month of assistance.

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code. See Appendix for FIPS codes.

2. County FIPS Code: Enter the three-digit code; see a list of codes on the Census website: https://www.census.gov/library/reference/code-lists/ansi.html#county.

3. Reporting Year and Month: Enter the four-digit year and two-digit month (YYYYMM) code for the period for which the data are being reported.

4. Stratum: A state that submits sample data must provide the ACF Regional Office with a listing of the numeric stratum codes (from 00 to 99) for each stratum and submit section 4 of the SSP-MOE data report. A state that submits data for its entire caseload should enter 00 for each family.

# FAMILY-LEVEL DATA

For reporting purposes, the SSP-MOE family means (a) all individuals receiving assistance as part of a family under the state's SSP-MOE Program; and (b) the following additional persons living in the family, if not included under (a) above:

(1) Parent(s) or caretaker relative(s) of any minor child receiving assistance;

(2) Minor child; and

(3) Any person whose income or resources would be counted in determining the family's eligibility for or amount of assistance.

5. Case Number: Enter the eleven-character case number. If the case number is less than the allowable eleven characters, use lead zeros to fill in the number. Do not use the Social Security number as part of the case number.

6. ZIP Code: Enter the five-digit ZIP code for the family's place of residence.

7. Disposition: Enter 1 to indicate that the data reported is complete and accurate. States that submit sample data should not report cases that are "listed-in-error".

8. Reason for Closure: A closed case is a family whose assistance was terminated for the reporting month but received assistance under the state's SSP-MOE Program in the prior month. A temporarily suspended case is not a closed case. If there is more than one applicable reason for closure, determine the principal (i.e., most relevant) reason. If two or more reasons are equally relevant, use the reason with the lowest numeric code. Enter the two-digit code:

   01 = Employment and/or excess earnings

   02 = Marriage

   03 = Federal five-year time limit

   Sanctions

04 = Work-related sanction

05 = Child support sanction

06 = Teen parent failing to meet school attendance requirement

07 = Teen parent failing to live in an adult setting

08 = Failure to finalize an individual responsibility plan (e.g., did not sign plan)

09 = Failure to meet individual responsibility plan provision or other behavioral requirements (e.g., immunize a minor child, attend parenting classes)

State Policies

10 = State time limit, if different than Federal

11 = Child support collected

12 = Excess unearned income (exclusive of child support collected)

13 = Excess resources

14 = Youngest child too old to qualify for assistance

15 = Minor child absent from the home for a significant time period

16 = Failure to appear at eligibility/redetermination appointment, submit required verification materials, and/or cooperate with eligibility requirements

17 = Transfer to state TANF program

18 = Family served by a Tribal TANF program or Tribal New program

Other

19 = Family voluntarily closes the case

99 = Other/Unknown

## ASSISTANCE RECEIVED BY THE FAMILY

9. Received Subsidized Housing: Subsidized housing refers to federal, state, or local government or private social service agency programs that reduce the cost of rent. Subsidized housing includes housing vouchers, public housing, Section 8, and more. Enter the one-digit code:

   1 = Yes, received subsidized housing

   2 = No

10. Received Medical Assistance: Medical assistance refers to aid provided under the state plan approved under Title XIX, including children served by the Child Health Insurance Program (CHIP) when it is a part of the Title XIX program. Enter the one-digit code:

   1 = Yes, enrolled in Medicaid and/or CHIP

   2 = No

11. Received Assistance from the Supplemental Nutrition Assistance Program (SNAP): Enter the one-digit code:

   1 = Yes, received SNAP

   2 = No

12. Received Subsidized Child Care:

   Subsidized child care means a grant by the federal, state or local government to or on behalf of a parent (or caretaker relative) to support, in part or whole, the cost of child care services provided by an eligible provider to an eligible child. The grant may be paid directly to the parent (or caretaker relative) or to a child care provider on behalf of the parent (or caretaker relative). Enter the one-digit code:

   1 = Yes, received subsidized child care

   2 = No

# PERSON-LEVEL DATA

This section allows for coding up to sixteen persons in the SSP-MOE family. If there are more than sixteen persons in the family, use the following order to identify the persons to be coded: (1) the head-of-household; (2) parents in the eligible family receiving assistance; (3) children in the eligible family receiving assistance; (4) other adults in the eligible family receiving assistance; (5) parents not in the eligible family receiving assistance; (6) caretaker relatives not in the eligible family receiving assistance; (7) minor siblings of a child in the eligible family; and (8) other persons, whose income or resources count in determining eligibility for or amount of assistance of the eligible family receiving assistance, in descending order from the person with the most income to the person with the least income.

13. <u>Family Affiliation:</u> Enter the one-digit code:

    1 = Received assistance

    <u>Did not receive assistance, but in the family</u>

    2 = Parent of minor child in the eligible family that received assistance

    3 = Caretaker relative of minor child in the eligible family that received assistance

    4 = Minor child

    5 = Person whose income or resources are considered in determining eligibility for or amount of assistance

14. <u>Date of Birth:</u> Enter the eight-digit code for date of birth in the format YYYYMMDD.

15. <u>Social Security Number:</u>

    Enter the nine-digit Social Security Number (SSN) for the individual. If the family affiliation (item #13) code is 1 or 2, the state must provide the SSN, unless family affiliation code is 2 with no SSN due to immigration status. If the SSN is unknown and the family affiliation code is not 1 or 2, enter 999999999.

16. <u>Race/Ethnicity:</u> Reporting of this item is required for individuals whose family affiliation (item #13) code is 1, 2, or 3. To allow for the multiplicity of race/ethnicity, please enter a one-digit

code for each race and for ethnicity of the SSP individual. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 0*. Enter the one-digit code:

Ethnicity:

A. Hispanic or Latino

1 = Yes, Hispanic or Latino

2 = No

Race:

B. American Indian or Alaska Native

1 = Yes, American Indian or Alaska Native

2 = No

C. Asian

1 = Yes, Asian

2 = No

D. Black or African American

1 = Yes, Black or African American

2 = No

E. Native Hawaiian or Other Pacific Islander

1 = Yes, Native Hawaiian or Pacific Islander

2 = No

F. White

1 = Yes, White

2 = No

17. Sex: Enter the one-digit code:

1 = Male

2 = Female

18. Received Disability Benefits

Enter the one-digit code:

A. Received Federal Disability Insurance Benefits Under Title II of the Social Security Act (the OASDI Program):

This item is not required to be coded for a child.

1 = Yes, received federal disability insurance

2 = No

B. Received Benefits Based on Federal Disability Status Under Non-Social Security Act Programs:

These programs include Veteran's disability benefits, Worker's disability compensation, and Black Lung Disease disability benefits.

This item should be coded for each adult and child with family affiliation code 1.

1 = Yes, received benefits based on Federal disability status

2 = No

C. Received Aid to the Aged, Blind, and Disabled (AABD) Under Titles I, X, and XIV or Title XVI of the Social Security Act:

Titles I, X, and XIV and Title XVI are applicable only in the territories. States should use code 2. This item is not required to be coded for a child.

1 = Yes, received AABD

2 = No

D. Code no longer in use. Enter 0.

E. Received Supplemental Security Income (SSI) Under Title XVI of the Social Security Act:

States must complete this item. The territories should use code 2.

This item should be coded for each adult and child with family affiliation (item #13) code 1.

1 = Yes, received SSI

2 = No

19. Marital Status:

Reporting of this item is required for individuals whose family affiliation (item# 13) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 0*.

Enter the one-digit code for the marital status of the individuals. A noncustodial parent who is remarried should be coded as 2, regardless of whether they are living with their current spouse.

1 = Single, never married

2 = Married

4 = Widowed

5 = Divorced

20. Relationship to Head-of-Household:

Enter the two-digit code that shows the individual's relationship (including by marriage) to the head of the household. If a minor child head-of-household, enter code 01.

01 = Head-of-household

02 = Spouse

03 = Parent

04 = Child

05 =Stepchild

06 = Grandchild or great grandchild

07 = Other related person (e.g. sibling or cousin)

08 = Foster child

09 = Unrelated child

10 = Unrelated adult

21. Parent with Minor Child in the Family:

A parent with a minor child in the family may be a natural parent, adoptive parent, or step-parent of a minor child in the family. Reporting of this item is required for individuals whose family affiliation (item #13) code is 1 or 2. Optional for individuals whose family affiliation code is 3, 4 or 5; if so, enter 0*. Enter the one-digit code that indicates the individual's parental status.

1 = Yes, a parent with a minor child in the family

2 = Not a parent

22. Needs of a Pregnant Woman: Item no longer in use; enter 0.

23. Educational Level: Reporting of this item is required for individuals whose family affiliation (item #13) code is 1, 2, or 3. Code 99 is not an option for individuals whose family affiliation code is 1. Enter the two-digit code to indicate the highest level of education attained by the individual. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 99.

01-11 = Grade level completed in primary/secondary school including secondary level vocational school, adult high school, or homeschool

12 = 12th grade, High school diploma, GED, or National External Diploma Program

13 = Associate's Degree

14 = Bachelor's Degree

15 = Graduate degree (Master's or higher)

16 = Other credentials (degree, certificate, diploma, etc.)

98 = No formal education

99 = Unknown

24. Citizenship/Immigration Status:

Reporting of this item is required for individuals whose family affiliation (item #13) code is 1, 2, or 3. Optional for individuals whose family affiliation code is 4 or 5; if so, enter 9. Enter the one-digit code:

1 = U.S. citizen, including naturalized citizens

2 = Qualified alien

3 = Non-qualified alien

9 = Unknown

25. Employment Status: An employed adult (or minor child head-of-household) should have earned income (item #26 > 0). Reporting of this item is required for individuals whose family affiliation (item #13) code is not 5. Optional for individuals whose family affiliation is 4 or 5; if so, enter 0*.

1 = Employed

2 = Unemployed, looking for work

3 = Not in labor force (i.e., unemployed, not looking for work)

## AMOUNT OF INCOME, BY TYPE

26. Amount of Earned Income: Enter the dollar amount of the individual's earned income for the last month on assistance or for the month used to budget for the last month on assistance. Include wages, salaries, and other earned income in this item

27. Amount of Unearned Income: Enter the dollar amount of the individual's unearned income for the last month on assistance or for the month used to budget for the last month on assistance.

OMB #0970-0338, expires 12/31/2028

# SSP-MOE Data Report | Section Three

## Aggregated Data Collection for Families Receiving Assistance under the Separate State Program(s)

### INSTRUCTIONS AND DEFINITIONS

The state agency must collect and report data for each item, unless explicitly instructed to leave the field blank. Monthly caseload counts (e.g., number of families, number of two-parent families, and number of closed cases) and number of recipients must be unduplicated monthly totals.

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code. See Appendix for FIPS codes.

2. Calendar Quarter: The four calendar quarters are as follows:

| | |
|---|---|
| **First quarter** | January - March |
| **Second quarter** | April - June |
| **Third quarter** | July - September |
| **Fourth quarter** | October - December |

Enter the four-digit year and one-digit quarter code (in the format YYYYQ) that identifies the calendar year and quarter for which the data are being reported (e.g., first quarter of 2021 is entered as 20211).

## ACTIVE CASES (FAMILIES RECEIVING ASSISTANCE)

For purposes of completing this report, include all eligible families receiving assistance under the separate State programs, i.e., SSP-MOE families. All counts of families and recipients should be unduplicated monthly totals.

3. Total Number of Families:

The total in this item should equal the sum of the number of two-parent families (in item #4), the number of one-parent families (in item #5) and the number of no-parent families (in item #6). Enter the number of families receiving assistance under the state TANF program for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

4. Total Number of Two-parent Families:

There is no definition of a two-parent family in statute. The TANF rules allow states to define a two-parent family as long as their definition includes the following minimum definition. For purposes of calculating the two-parent families work participation rate, a two-parent family includes, at a minimum, all families with two natural or adoptive parents (of the same minor child) who are work-eligible individuals and living in the home, unless both are minors and neither is a head-of-household. States may expand on this definition.

Include in the count of two-parent families, all families that meet the state's definition of a two-parent family. Also, included all families with a noncustodial parent (as the second parent) that the state opted to include in the two-parent families work participation rate. Enter the total number of two-parent families receiving assistance for each month.

A. First Month: B. Second Month: C. Third Month

5. Total Number of One-Parent Families: Enter the total number of one-parent families receiving assistance for each month.

A. First Month: B. Second Month: C. Third Month:

6. Total Number of No-Parent Families:

The count of no-parent families includes child-only families and families with a caretaker relative as the head-of-household. Enter the total number of no-parent families receiving assistance under the separate State programs for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

7. Total Number of Recipients: Enter the total number of recipients receiving assistance under the separate state programs for each month of the quarter. The total in this item should equal the sum of the number of adult recipients (in item #8) and the number of child recipients (in item #9).

A. First Month: B. Second Month: C. Third Month:

8. Total Number of Adult Recipients: Enter the total number of adult recipients receiving assistance under the separate State programs for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

9. Total Number of Child Recipients: Enter the total number of child recipients receiving assistance under the separate State programs for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

10. Total Number of Noncustodial Parents Participating in Work Activities:

Enter the total number of noncustodial parents participating in work activities under the separate State programs for each month of the quarter. The monthly totals for this element may be estimated from samples.

A. First Month: B. Second Month: C. Third Month:

11. Total Amount of Assistance: Enter the dollar value of all SSP-MOE assistance (cash and non-cash) provided to families under the separate State programs for each month of the quarter. Round the amount of assistance to the nearest dollar.

A. First Month: B. Second Month: C. Third Month:

## CLOSED CASES (FAMILIES NO LONGER RECEIVING ASSISTANCE)

12. Total Number of Closed Cases: Enter the total number of closed cases for each month of the quarter.

A. First Month: B. Second Month: C. Third Month:

# SSP-MOE Data Report | Section Four

## Number of Families by Stratum for States that Report Disaggregated Data Based on a Stratified Sample

### INSTRUCTIONS AND DEFINITIONS

The state agencies are to collect disaggregated data (SDR - Sections One and Two) monthly and report the data quarterly. At state option, a state may report the disaggregated data in the SDR for its entire caseload or for a sample of families. If a state submits the quarterly data based on a stratified sample, the state must also submit the total number of families by stratum for each month of the quarter. The total number of families by stratum is needed for estimating purposes (i.e., to weight disaggregated data in estimating totals, averages, percentages, etc.).

This report is not required from a state that reports the disaggregated data (in SDR – Sections One and Two) for its entire caseload or reports the disaggregated data based on a non-stratified sample.

### GENERAL INFORMATION

1. State FIPS Code: Enter your two-digit state code in the header record. See the Appendix for FIPS codes.

2. Calendar Quarter: The four calendar quarters are as follows:

| | |
|---|---|
| **First quarter** | January - March |
| **Second quarter** | April - June |
| **Third quarter** | July - September |
| **Fourth quarter** | October - December |

Enter the four-digit year and one-digit quarter code (in the format YYYYQ) that identifies the calendar year and quarter for which the data are being reported (e.g., first quarter of 2021 is entered as 20211).

## INFORMATION FOR EACH STRATA

The information for items #4 through #6 is required for each stratum that the state uses in its stratified SSP sample(s) for SDR - Sections One and Two .

3. SDR Section Indicator: Enter the one-digit code that indicates whether the caseload data by stratum is for active case sample (SDR – Section one) or for the closed case sample (SDR – Section two).

   1. = Active Case Sample

   2. = Closed Case Sample

4. Stratum:

   In designing a stratified sample, a state divides its universe of families into groups such that every family is in one and only one of the two or more groups. These groups are referred to as strata. Sampling occurs within each stratum. Valid stratum codes may range from 00 to 99. A state with a stratified sample must complete item six, Total Number of Families, for each stratum for each reporting month.

   Enter the two-digit stratum code.

5. Total Number of Families: Enter the number of families receiving assistance for stratum coded in item 5 under the SSP-MOE for each month of the quarter.

   A. First Month: B. Second Month: C. Third Month:

OMB #0970-0338, expires 12/31/2028

# TANF Data Report (TDR) and SSP-MOE Data Report (SDR) Appendix

State FIPS Codes ........ 91
Newly Approved Applicant ........ 92
Noncustodial Parents ........ 92
Assistance ........ 93
Work-Eligible Individual ........ 94
Adult Work Participation Activities ........ 95
Job Search & Job Readiness ........ 97
Vocational Educational Training ........ 98
Mini-Simplified SNAP Program ........ 98

## State FIPS Codes

(Applies to TDR, SDR Section I - IV)

| State | Code | State | Code |
|---|---|---|---|
| Alabama | 01 | Montana | 30 |
| Alaska | 02 | Nebraska | 31 |
| Arizona | 04 | Nevada | 32 |
| Arkansas | 05 | New Hampshire | 33 |
| California | 06 | New Jersey | 34 |
| Colorado | 08 | New Mexico | 35 |
| Connecticut | 09 | New York | 36 |
| Delaware | 10 | North Carolina | 37 |
| District of Columbia | 11 | North Dakota | 38 |
| Florida | 12 | Ohio | 39 |
| Georgia | 13 | Oklahoma | 40 |
| Guam | 66 | Oregon | 41 |
| Hawaii | 15 | Pennsylvania | 42 |
| Idaho | 16 | Puerto Rico | 72 |
| Illinois | 17 | Rhode Island | 44 |
| Indiana | 18 | South Carolina | 45 |
| Iowa | 19 | South Dakota | 46 |
| Kansas | 20 | Tennessee | 47 |
| Kentucky | 21 | Texas | 48 |
| Louisiana | 22 | Utah | 49 |

| | | | |
|---|---|---|---|
| Maine | 23 | Vermont | 50 |
| Maryland | 24 | Virgin Islands | 78 |
| Massachusetts | 25 | Virginia | 51 |
| Michigan | 26 | Washington | 53 |
| Minnesota | 27 | West Virginia | 54 |
| Mississippi | 28 | Wisconsin | 55 |
| Missouri | 29 | Wyoming | 56 |

## Newly Approved Applicant

(TDR Section 1: item #10)

In forming the monthly frame for data collection and reporting, a state must include all families that receive assistance for the month through the end of the month. We do this because states have only 45 days after the close of the quarter to report the data. For a state that provides assistance to newly-approved applicants back to the date of application, the initial assistance issued may include assistance for one or more prior months. However, the month in which the state issued the initial assistance is the first month the state is required to include the family on the monthly frame. Thus, it is the month in which the family is a newly-approved applicant.

At state option, the family could be included on a prior monthly frame for a month that assistance was issued retroactively. If the state included the family on a prior month frame, then the prior month would be the month in which the family is a newly-approved applicant. For example, a family applies for assistance on March 25 and is approved to receive assistance on May 10. The state provides cash assistance back to date of application and issues a check for March, April, and May on May 11. The state must include the family on the May frame, but is not required to include the family on the March or April frames. If the family is not on the March or April frame, the family is a newly-approved applicant for May. However, if the state opts to include the family on the April frame, the family is a newly-approved applicant for April, not May.

## Noncustodial Parents

(TDR Section 1: items #12, #30, #31, and #48; SDR Section 1: items #9, 26, 27 and #41)

A noncustodial parent is defined in 45 CFR 260.30 as a parent of a minor child who: (1) lives in the state and (2) does not live in the same household as the minor child. The state must report information on the noncustodial parent if the noncustodial parent: (1) is receiving assistance as defined in 45 CFR 260.31; (2) is participating in work activities as defined in section 407(d) of the Act; or (3) has been designated by the State as a member of a family receiving assistance. If the noncustodial parent is the only member of the family receiving assistance, the state must report the disaggregated and aggregated information on the entire family. If the noncustodial parent is only participating in work activities and the other members of the family are not receiving assistance, the state must report only the aggregated information on the noncustodial parent.

A noncustodial parent, who is receiving assistance, is a work-eligible individual and a non-recipient, noncustodial parent is not. A family with two parents, who are work-eligible individuals, one of whom is a noncustodial parent, does not meet the minimum definition of a two-parent family. However, the state may use an expanded definition of two-parent family which could include this family within the definition and thus, choose whether a two-parent family with a noncustodial parent (who is receiving assistance) as one of the two parents is a two-parent family for the purposes of calculating the two-parent work participation rate. If a state chooses to exclude such a family with a noncustodial parent as one of the parents from the two-parent work participation rate, the State must code the item “Type of Family for Work Participation” with a 1.

## Assistance

The term “assistance” includes cash, payments, vouchers, and other forms of benefits designed to meet a family's ongoing basic needs (i.e., for food, clothing, shelter, utilities, household goods, personal care items, and general incidental expenses). It includes such benefits even when they are provided in the form of payments by a TANF agency, or other agency on its behalf, to individual recipients and are conditioned on their participation in work experience or community service (or any other work activity (i.e., under 45 CFR 261.30). It also includes supportive services such as transportation and child care provided to families who are not employed.

The term "assistance" excludes:

(1) Nonrecurrent, short-term benefits (such as payments for rent deposits or appliance repairs) that:

  (i) Are designed to deal with a specific crisis situation or episode of need;

  (ii) Are not intended to meet recurrent or ongoing needs; and

  (iii) Will not extend beyond four months.

(2) Work subsidies (i.e., payments to employers or third parties to help cover the costs of employee wages, benefits, supervision, and training);

(3) Supportive services such as child care and transportation provided to families who are employed;

(4) Refundable earned income tax credits;

(5) Contributions to, and distributions from, Individual Development Accounts;

(6) Services such as counseling, case management, peer support, child care information and referral, transitional services, job retention, job advancement, and other employment-related services that do not provide basic income support; and

(7) Transportation benefits provided under an Access to Jobs or Reverse Commute project, pursuant to section 404(k) of the Act, to an individual who is not otherwise receiving assistance.

The exclusion of nonrecurrent, short-term benefits under (1) of this paragraph also covers supportive services for recently employed families, for temporary periods of unemployment, in order to enable continuity in their service arrangements.

## Work-Eligible Individual

(TDR Section 1 item #48; SDR Section 1 item #41)

*Change in Circumstance:* If an individual's status changes from work-eligible to non work-eligible or vice versa during the report month, the state must code the individual as a work-eligible individual for the report month and the family will be included in the denominator of the work participation rate. However, in determining the average number of hours of participation per week for the report month, State may apply the same approach we use for partial months of receipt of assistance. The preamble to the original TANF rule stated that "the participation rates are based on monthly data of families receiving assistance that include an adult. Therefore, a family that receives assistance for even one day contributes to the total number of families receiving assistance in that month." Under the new rules, the rates are based on monthly data of families that include a work-eligible individual, so the same discussion applies to families with a work-eligible individual that applied before to families receiving assistance that include an adult.

Although the family will be in the denominator for the month if an adult is "work-eligible" for any time in that month, it may also be possible to include the family in the numerator that month and count it toward the participation rate even if the work-eligible status of the adult changes in the course of the month. 45 CFR 261.22(d)(1) says "If a family receives assistance for only part of a month, we will count it as a month of participation if a work-eligible individual is engaged in work for the minimum average number of hours in each full week that the family receives assistance in that month." Similarly, if a family includes a work-eligible individual for only part of a month, we will consider the family to have met the participation standard for the month and include it in the numerator if the adult engaged in work for the minimum average hours required in each full week that he or she was a work-eligible individual in that month.

In some cases, there may have been a change in circumstances that took place prior to the report month, but the State did not learn of the change until a subsequent month. In such a situation, the State should revise its data to the extent possible. For example, the definition of a work-eligible individual does not explicitly refer to a deceased individual, but it is clear that such an individual cannot meet the work requirements and is not "work-eligible." If an adult (or minor child head-of-household) who was receiving assistance died prior to the report month, the deceased individual is not a work-eligible individual for the report month. This is true even if the family's grant for the report month included the needs of the deceased individual, for example because the State must provide timely notification to a family before reducing the grant or the family failed to report the death to the TANF agency. However, if

a work-eligible individual died in the report month, the State should treat it as it would any other change in circumstances, following the guidance above.

## Adult Work Participation Activities

A State must report the actual hours that an individual participates in an activity, subject to the qualifications in 45 CFR **261.60** paragraphs (b) and (c) and § 261.61(c). It is not sufficient to report the hours an individual is scheduled to participate in an activity.

45 CFR 261.60 paragraph (b) reads as follows: For the purposes of calculating the work participation rates for a month, actual hours may include the hours for which an individual was paid, including paid holidays and sick leave. For participation in unpaid work activities, it may include excused absences for hours missed due to a maximum of 10 holidays in the preceding 12-month period and up to 80 hours of additional excused absences in the preceding 12-month period, no more than 16 hours of which may occur in a month, for each work-eligible individual. Each state must designate the days that it wishes to count as holidays for those in unpaid activities. It may designate no more than 10 such days. In order to count a holiday or an additional excused absence as actual hours of participation, the individual must have been scheduled to participate in a countable work activity for the period of the absence that the State reports as participation. A state must describe its holiday and additional excused absence policies and definitions as part of its Work Verification Plan, specified at 45 CFR 261.62.

45 CFR 261.60 paragraph (c) reads as follows: For unsubsidized employment, subsidized employment, and OJT, a State may report projected actual hours of employment participation for up to six months based on current, documented actual hours of work. Any time a State receives information that the client's actual hours of work have changed, or no later than the end of any six-month period, the State must re-verify the client's current actual average hours of work, and may report these projected actual hours of participation for another six-month period.

A State may not count more hours toward the participation rate for a self-employed individual than the number derived by dividing the individual's self-employment income (gross income less business expenses) by the Federal minimum wage. A State may propose an alternative method of determining self-employment hours as part of its Work Verification Plan.

A State may count supervised homework time and up to one hour of unsupervised homework time for each hour of class time. Total homework time counted for participation cannot exceed the hours required or advised by a particular educational program.

A State must support each individual's hours of participation through documentation in the case file. In accordance with 45 CFR 261.62, a State must describe in its Work Verification Plan the documentation it uses to verify hours of participation in each activity.

For an employed individual, the documentation may consist of, but is not limited to pay stubs, employer reports, or time and attendance records substantiating hours of participation. A State may presume that an employed individual participated for the total number of hours for which that individual was paid.

The State must document all hours of participation in an activity; however, if a State is reporting projected hours of actual employment in accordance with 45 CFR 261.60(c), it need only document the hours on which it bases the projection.

For an individual who is self-employed, the documentation must comport with standards set forth in the State's approved Work Verification Plan. Self-reporting by a participant without additional verification is not sufficient documentation.

For an individual who is not employed, the documentation for substantiating hours of participation may consist of, but is not limited to, time sheets, service provider attendance records, or school attendance records. For homework time, the state must also document the homework or study expectations of the educational program.

To ensure accuracy in the reporting of work activities by work-eligible individuals on the TANF Data Report and, if applicable, the SSP-MOE Data Report, each state must:

(1) Establish and employ procedures for determining whether its work activities may count for participation rate purposes; (2) Establish and employ procedures for determining how to count and verify reported hours of work; (3) Establish and employ procedures for identifying who is a work-eligible individual; (4) Establish and employ internal controls to ensure compliance with the procedures; and (5) Submit to the Secretary for approval the State's Work Verification Plan in accordance with 45 CFR 261.62 (b).

To calculate the average number of hours per week of participation in a work activity, add the number of hours of participation across all weeks in the month and divide by the number of weeks in the month. Round the result to the nearest whole number.

Some weeks have days in more than one month. Include such a week in the calculation for the month that contains the most days of the week (e.g., the week of August 27 - September 2, 2006 would be included in the August calculation). Acceptable alternatives to this approach must account for all weeks in the fiscal year. One acceptable alternative is to include the week in the calculation for the month in which the Friday falls (i.e., the JOBS approach). A second acceptable alternative is to count each month as having 4.33 weeks. States may propose an alternative method for calculating the average number of hours of participation per week, but need to have approval of their method before implementation. The same method of calculating the average number of hours per week of participation for the report month must be used for each month in the fiscal year.

During the first or last month of any spell of assistance, a family may receive assistance for only part of the month. If a family receives assistance for only part of a month, the state (Tribe) may count it as a month of participation if an adult (or minor child head-of-household) in the family (both adults, if they

are both required to work) is engaged in work for the minimum average number of hours for any full week(s) that the family receives assistance in that month.

For the four paid countable work activities (i.e., Unsubsidized Employment, Subsidized Private-Sector Employment, Subsidized Public-Sector Employment, and On-the–Job Training) enter the average number of hours of participation per week for the report month. If the adult (or minor child head-of-household) did not participate in the paid work activity, enter zero. Each of the eight non-paid countable work activities has three components: (A) Hours of Participation; (B) Excused Absences; and (C) Holidays. For each non-paid, work activity in which the adult (or minor child head-of-household) participated during the reporting month, enter in the "Hours of Participation" component the average number of hours per week of participation, except as noted for "Job Search and Job Readiness Assistance" and "Vocational Educational Training" below. For each non-paid, work activity in which the adult (or minor child head-of-household) did not participate, enter zero as the average number of hours per week of participation.

For each non-paid, work activity in which the adult (or minor child head-of-household) was given an excused absence, enter in the "Excused Absences" component the average number of hours per week for the reporting month of excused absences. Otherwise, enter zero for this component.

For each non-paid, work activity in which the adult (or minor child head-of-household) is excused from participation in schedule hours due to a holiday, specified in the State's Work Verification Plan, enter in the "Holidays" component the average number of hours per week of scheduled participation that was excused due to holidays in the reporting month. Otherwise, enter zero for this component.

These work activity items are applicable only for individuals whose family affiliation code is 1 or 2.

## Job Search & Job Readiness

(TDR Section 1: item #55; SDR Section 1: item #48)

**Limitations:** The four limitations concerning job search and job readiness are: (1) Job search and job readiness assistance only counts for 6 weeks in the preceding 12-month period; (2) A work eligible individual's participation in job search and job readiness assistance counts for no more than 4 consecutive weeks; (3) If the state's total unemployment rate is at least 50 percent greater than the United States' total unemployment rate or the state is a needy state (within the meaning of section 403 (b)(6)), then an individual's participation in job search and job readiness assistance counts for up to 12 weeks in the 12-month period; and (4) A state may count 3 or 4 days of job search and job readiness assistance during a week as a full week of participation, but only once for any individual in a 12-month period.

An work-eligible individual's participation in job search and job readiness assistance counts for a maximum of six weeks in the preceding 12-month period. The 6-week limit is converted to hours and operates like an accrual system. A week equals 20 hours for a work-eligible individual who is a single

custodial parent with a child under six years of age and equals 30 hours for all other work-eligible individuals. Thus, for 6 weeks, these limits are 120 hours and 180 hours, respectively. For those months in which a state can count 12 weeks of this activity, these limits are 240 hours and 360 hours, respectively.

The 4-consecutive-week limitation operates differently. Reporting any hours in a week uses a week of participation, that is, every 5th consecutive week it cannot count hours in this activity.

For each week in which a work eligible individual exceeds any of these limitations, use "0" as the number of hours in calculating the average number of hours per week of job search and job readiness, even if (s)he may be engaged in job search or job readiness activities.

States may report the hours of work participation that are beyond the statutory limits on job search and job readiness assistance under the work activity "Other Work Activities."

## Vocational Educational Training

(TDR Section 1: item #57; SDR Section 1: item #50)

Vocational educational training must be supervised on an ongoing basis no less frequently than once each day in which the individual is scheduled to participate.

Each work-eligible individual has a life-time limit for vocational educational training. Vocational educational training may only count as a work activity for a total of 12 months. For any work-eligible individual that has exceeded this limit, enter 0 as the average number of hours per week of participation in vocational education training, even if (s)he is engaged in vocational education training. The additional participation in vocational education training may be coded under "Other Work Activities."

## Mini-Simplified SNAP Program

(TDR Section 1: item #63 and #64; SDR Section 1: item #56)

States can adopt the mini-Simplified SNAP Program  option that simply allows them to count the value of SNAP in determining maximum hours.

**States that adopted Mini–Simplified SNAP Program as of February 2023**

| | | |
|---|---|---|
| Alabama | Louisiana | North Dakota |
| Arizona | Maine | Ohio |
| California | Maryland | Oregon |

| | | |
|---|---|---|
| Colorado | Massachusetts | Pennsylvania |
| Delaware | Michigan | Puerto Rico |
| District of Columbia | Minnesota | Rhode Island |
| Florida | Mississippi | South Carolina |
| Georgia | Missouri | Tennessee |
| Hawaii | Nebraska | Texas |
| Idaho | Nevada | Utah |
| Illinois | New Hampshire | Vermont |
| Indiana | New Jersey | Virgin Islands |
| Iowa | New Mexico | Virginia |
| Kansas | New York | Washington |
| Kentucky | North Carolina | West Virginia |