# EXHIBIT 18

**DECLARATION OF K. BRUNETTI IRELAND**

I, K. Brunetti Ireland, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of Nevada. I am over the age of 18 and have personal knowledge of the matters set forth below.

2. I am Chief of Special Litigation at the Nevada Attorney General's Office, counsel of record for Plaintiff State of Nevada in this action.

3. Attached as Exhibit 1 is a true and correct copy of the Nevada Division of Social Services' Temporary Aid for Needy Families (TANF) Application for Assistance, available at https://www.dss.nv.gov/siteassets/dwss.nv.gov/content/access-nv/dss-application-and-forms/application-for-assistance-2905-e/.

4. Attached as Exhibit 2 is a true and correct copy of the Administration for Children and Families' (ACF) December 2025 TANF caseload data, available at https://acf.gov/ofa/data/tanf-caseload-data-2025.

5. Attached as Exhibit 3 is a true and correct copy of ACF's fiscal year 2024 Nevada spending table, available at https://acf.gov/ofa/data/tanf-financial-data-fy-2024.

6. Attached as Exhibit 4 is a true and correct copy of budget no. 3230 of the Nevada Legislature's 83d regular session, available at https://www.leg.state.nv.us/App/NELIS/REL/83rd2025/Budget/10403/Overview.

7. Attached as Exhibit 5 is a true and correct copy of Assembly Bill 591 of the Nevada Legislature's 83d regular session, as enrolled, which appropriated funds for the 2025–2027 biennium, available at https://www.leg.state.nv.us/App/NELIS/REL/83rd2025/Bill/12954/Text#.

I declare under penalty of perjury under the laws of the United States that, to the best of

my knowledge, the foregoing is true and correct.

Executed this 30th day of July, 2026.

K. Brunetti Ireland Digitally signed by K. Brunetti Ireland
Date: 2026.07.30 12:52:30 -07'00'

K. Brunetti Ireland

# EXHIBIT 1

Division of Welfare and Supportive Services

# Application for Assistance

*"Working for the Welfare of ALL Nevadans"*

**Programs You May Apply For:**

**Food Assistance** from the Supplemental Nutrition Assistance Program **(SNAP)** helps people buy food.
**Temporary Assistance for Needy Families (TANF)** helps families with children meet their basic needs with cash assistance.

**Time Frames**

- **SNAP** benefits are processed within 30 days from the date of the application. If your household has little or no income, you could receive SNAP benefits within 7 days from the date of your application. SNAP benefits are paid from the date of the application.
- **TANF** benefits are paid from the date of approval or 30 days from the date of the application, whichever is sooner. TANF applications are processed within 45 days from the application date unless there are unusual circumstances.

Denial of benefits for one program does not automatically affect the decision on another program you may be applying for.

**SNAP Expedite Rules**

The following households are entitled to expedited service and should receive SNAP benefits within 7 days:

- Households with less than $150 in monthly gross income and no more than $100 in liquid resources;
- Migrant or seasonal farm worker households who are destitute, provided their liquid resources do not exceed $100;
- Households with combined monthly gross income and liquid resources less than the household's monthly rent or mortgage and utilities.

**Social Security Numbers**

You will be asked to provide Social Security Numbers (SSN) for all persons (including yourself) **who are applying for assistance**, pursuant to Title 42 USC 1320b-7 and is authorized under the Food and Nutrition Act of 2008 (formerly the Food Stamp Act), as amended 7 U.S.C. 2011-2036. Providing or applying for a SSN is voluntary. For SNAP, any person who wants assistance but does not want to give information about his or her SSN will not be eligible for benefits. Other family or household members may still get benefits if they are otherwise eligible. For TANF, if a required household member fails or refuses to provide an SSN without good cause, the entire household will be ineligible for TANF benefits. This includes all individuals whose income and needs are used to determine eligibility for the TANF program.

SSNs are used to verify your household's income and resources and to conduct computer matching with other agencies such as the Social Security Administration, Employment Security Division, Child Support Enforcement Programs and the Internal Revenue Service. It is also used to gather workforce information, investigations, recover overpaid benefits and to ensure duplicate benefits are not received.

**Citizenship/Immigration Status**

You will be required to provide information about the citizenship and/or immigration status for all persons (including yourself) **who are applying for assistance**. For SNAP, if any of these persons do not want to give us information about his/her citizenship and/or immigration status, he/she will not be eligible for benefits. Other family or household members may still receive benefits if they are otherwise eligible. For TANF, if a required household member fails or refuses to provide verification of their status, the entire household will be ineligible for TANF benefits. Qualified Non-Citizen status is verified with the United States Citizenship and Immigration Service (USCIS) for eligibility purposes. Information on non-applicants or non-qualified non-citizens will not be shared with USCIS.

**Where do I mail my completed application?**

Send or submit your complete, signed application to the address below. Eligibility determinations will be based on rules and requirements which pertain to the program you are applying for. We will notify you if you are eligible or not, or give you further instructions for completing your application.

**What if I need help with this application?**

| Email | Mail | Apply Online | Fax | In Person |
|---|---|---|---|---|
| welfare@dwss.nv.gov | State of Nevada<br>DWSS<br>P.O. Box 15400<br>Las Vegas, NV<br>89114-5400 | accessnevada.dwss.nv.gov | Visit the website below to find fax number for all local offices.<br><br>https://dwss.nv.gov/Contact/Welfare/ | Visit our website or call 1-800-992-0900 to find a local DWSS office. |

*Applicant information, please keep this page for your records.*

**Non-Discrimination**

## Do Not Send Applications Here

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.
Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

1. **mail:**
   Food and Nutrition Service, USDA
   1320 Braddock Place, Room 334
   Alexandria, VA 22314; or

2. **fax:**
   (833) 256-1665 or (202) 690-7442; or

3. **email:**
   FNSCIVILRIGHTSCOMPLAINTS@usda.gov

This institution is an equal opportunity provider.

For any other information dealing with Supplemental Nutrition Assistance Program (SNAP) issues, persons should either contact the USDA SNAP Hotline Number at (800) 221-5689, which is also in Spanish or call the State Information/Hotline Numbers (click the link for a listing of hotline numbers by State); found online at: http://www.fns.usda.gov/snap/contact_info/hotlines.htm.

## Do Not Send Applications Here

To file a complaint of discrimination regarding a program receiving Federal financial assistance through the U.S. Department of Health and Human Services (HHS), such as TANF,

write: Centralized Case Management Operations
US Department of Health and Human Services
200 Independence Avenue, S.W. Room 509F, HHH Building
Washington, D.C. 20201

or call: (202) 619-0403, (800) 368-1019 (voice) or (800) 537-7697 (TTY).

This institution is an equal opportunity provider.

***Applicant information, please keep this page for your records.***

JOE LOMBARDO
*Governor*

RICHARD WHITLEY, MS
Director

ROBERT THOMPSON
Administrator

STATE OF NEVADA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
**DIVISION OF WELFARE AND SUPPORTIVE SERVICES**

**Notice of Required Verification**

You may be required to provide proof of your household's circumstances to determine which benefits your household will receive. This proof will be required for all people in your household. It will help the application process if you provide the needed proof prior to or at your interview. The information below are examples of items you may be required to provide to meet this requirement.

The documents you provide to us should cover a 30-60-day period prior to your date of application for benefits. Your worker will provide you with more information regarding time periods.

If you are having trouble getting the required information, we can assist you. Please contact us at 702-486-1646 or 775-684-7200, if you need assistance. You can also refer to our website, https://dwss.nv.gov/, for general information.

**Identification/Citizenship**
- United States Passport
- Government Issued Driver's License/Identification Card
- U.S. Military ID (active, dependent, retired)
- USCIS Verification of Citizenship
- Certified United States Birth Certificate

**Unearned & Other Income**
Copy of award letter or other statement/verification for:

- Social Security Benefits (RSDI)
- Supplemental Security Income (SSI)
- Worker's Compensation
- Unemployment Benefits
- Veteran's Benefits (retirement, disability, educational)
- Retirement Pensions/Benefits
- Child Support Payments - Copy of Court Order
- Alimony
- Cash Contributions/Loans
- TANF or other Government Payment
- County or Indian General Assistance
- Educational Income (Government Grants, Student Loans, Scholarships, etc.)
- Any other income received by any household member

**Earned Income**
- Paycheck Stubs or Employer
- Statement
- If employment has ended in the last 90 days, proof of termination and final pay
- If unable to work, doctor's statement
- Self-Employment Records/Tax
- Returns

**Nevada Residency**
- Current Lease or Rental Agreement
- Nevada Driver's License
- Statement regarding homeless situation

**Out of State Benefits**
- Proof of any benefits received from another state
- Verification out-of-state benefits
- have been terminated

**Resources**
- Bank or Credit Union Statement
- Savings Bonds
- Vehicle Registration
- Life Insurance Policies
- Retirement Account Statements
- Trust Documents
- Proof of Stocks and Bonds
- Proof of Home or Property Ownership

**Expenses**

**Shelter Expenses**
- Rent or Mortgage Receipt
- Current Utility Bill
- Signed & Dated Landlord Statement
- Proof of Home Taxes & Insurance

**Educational Expenses**
- Financial Aid Statement from School
- Receipts

**Dependent Care**
Receipt/Statement from sitter or daycare center with the following information:

- Name of Sitter or Center
- Monthly Payment
- Names and ages of persons cared for
- Reason for Care

**Court Ordered Child Support Paid**
- Copy of Court Order
- Verification of Payments Made

# APPLICATION FOR ASSISTANCE

Please list everyone who lives in the home with you, whether you consider them household members or not. If someone is pregnant, please list the unborn child(ren) as household members as well. Please list the head of household first; you may choose who this individual will be. The person chosen as the head of household will be the case name. Fill out as much of the application as you can; you may ask for help if you need it. **You may complete only your name, address and signature in order to start the application process for Food Assistance. The remainder of the application may be submitted at or prior to your interview. You only need to answer the questions designated for the programs for which you are applying.** The remaining pages may be turned in, mailed or faxed to the district office.

| Last Name | First Name | Middle Initial | Modifier Jr. Sr. | Relation to You | Gender | Date of Birth | Age | Marital Status ** | Social Security Number | State or Country of Birth | U.S. Citizen Y/N | *Race/Ethnicity | Last Grade Completed | Month/Year Completed | FOOD | TANF | NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *SELF* | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Are there additional people in your home? YES NO If "YES", list them on a separate sheet of paper.

*Race - Please check one of the boxes that best describes your household - Hispanic/Latino or Non-Hispanic or Latino*

***Ethnicity (Optional) -** Please choose one of the following ethnicity codes for each household member: A-Asian; B-African American or Black; G – Middle Eastern or North African I-American Indian or Alaska Native; J-American Indian or Alaska Native and White; L-Asian and White; M-Black or African American and White; N-American Indian or Alaska Native and Black or African American; U-Native Hawaiian or Other Pacific Islander; W-White; Z-2 or more combinations not listed above.*

*****Marital Status** – Please choose one of the following marital status codes for each household member: D-Divorced; L-Legally Separated; M-Married; N-Never Married; P-Separated; W-Widowed*

| Home Address (*Give directions if you do not have an address.*) | City | State | Zip Code |
|---|---|---|---|
| Mailing Address (*If different from your home address.)* | City | State | Zip Code |

| Home Phone | Cell/Message/Daytime Phone | E-mail Address |
|---|---|---|

**If you are applying for Food Assistance, please answer questions 1 through 6 about your household. A Food Assistance household includes all people who live and share food with you. Based on your answers below, you may qualify for expedited service.**

1. Do you usually buy, prepare and eat with others you live with? YES NO
   If "NO", list who buys their food separately ______________________________
2. List the total gross amount of money your household received or expects to receive this month. $______________
3. How much do all persons have in cash, checking and savings accounts? $______________
4. How much is your current monthly cost for housing (rent/mortgage) and utilities? $______________
5. Are you or any person(s) in your household a migrant or seasonal farm worker? YES NO
6. Have you or any person in your household received TANF, Food Assistance or Indian Commodities in Nevada or any other state? YES NO
   If "YES", who? ______________________ What benefits? ______________________
   Where? ______________________ Last month and year benefits were received ______________

**I certify under penalty of perjury, my answers are correct and complete to the best of my knowledge and ability. I swear I have honestly reported the citizenship of myself and anyone I am applying for.**

Your Signature Date

**FOR OFFICE USE ONLY** – EXPEDITED SERVICE SCREENING: HOUSEHOLD ELIGIBLE FOR EXPEDITED SERVICE?
__ YES __ NO Expedited service screener signature: ______________________________ DATE: ______________

| FOOD & TANF | SPECIAL ACCOMMODATIONS |
|---|---|

To get SNAP (food assistance) and/or TANF (cash assistance), most people are required to come into the office for a face-to-face interview; you need to bring identification with you.

Do you have a physical or mental condition that requires special accommodations during your interview? YES NO

If "YES", what do you need? ______ (Most services are free to you.)

Do you speak English? YES NO If "NO", what language do you speak? ______

Do you need an interpreter for your interview? YES NO (This service is free to you.)

| FOOD & TANF | AUTHORIZED REPRESENTATIVE | AREP |
|---|---|---|

You have the right to assign up to two individuals to act on your behalf either to apply for benefits or to use your benefits for the household.

7. Do you want someone other than yourself, age 18 or older, to apply for benefits or act on your behalf? YES NO
   If "YES" who? ______ Age? ______ Telephone # ( ) ______
   Address ______
   Is this individual currently serving a disqualification for an Intentional Program Violation? YES NO
   Do you want an additional person to apply for benefits or act on your behalf? YES NO
   If "YES", who? ______ Age? ______ Telephone# ( ) ______
   Address ______
   Is this individual currently serving a disqualification for an Intentional Program Violation? YES NO
8. In case of emergency, who would you like us to contact? Name ______ Relationship ______
   Daytime Telephone # ( ) Address

| FOOD & TANF | ADDITIONAL HOUSEHOLD INFORMATION |
|---|---|

9. Do you plan to continue living in Nevada? YES NO
   If "NO", explain: ______
10. List the most recent date you started living in Nevada. ______ (MM/YYYY)
11. Are you or any person(s) in your household a member of an American Indian or Alaska Native Tribe? YES NO
    If "YES," who? ______ What tribe? ______
12. Are you or any person(s) in your household currently disqualified for an Intentional Program Violation (IPV)? YES NO
    If "YES", who? ______ What state? ______
13.
   a. Have you or any person(s) in your household been convicted of trading SNAP benefits for drugs after September 22, 1996? YES NO
      If "YES", who? ______ When? ______ Where? ______
   b. Have you or any person(s) in your household been convicted of buying or selling SNAP benefits over $500 after September 22, 1996? YES NO
      If "YES", who? ______ When? ______ Where? ______
   c. Have you or any person(s) in your household been convicted of fraudulently receiving duplicate SNAP benefits in any State after September 22, 1996? YES NO
      If "YES", who? When? Where?
   d. Have you or any person(s) in your household been convicted of trading SNAP benefits for guns, ammunition or explosives after September 22, 1996? YES NO
      If "YES", Who? ______ When? ______ Where? ______
14. Are you or any person(s) in your household currently participating in or have participated in a Drug Addiction or Alcohol Treatment Program? YES NO
    If "YES", who? ______ Date entered ______ Date completed ______
    Facility Name: ______ Facility Address ______
15. Are you or any person(s) in your household hiding or running from the law to avoid prosecution, being taken into custody, or going to jail for a felony crime or attempted felony crime, or violating a condition of parole or probation? YES NO
    If "YES", who? ______ Why?
16. Have you or any person(s) in your household ever served in a branch of the United States Armed Forces?
    If "YES", who? YES NO

If there are any additional household members who have served in a branch of the United States Armed Forces, please include them on a separate sheet of paper.

17. Were you or any person(s) in your household in foster care when they turned 18? YES NO
    If "YES", who? ______ Date of Birth ______ What State? ______

If there are any additional household members that turned 18 while in foster care, please include them on a separate sheet of paper.

| FOOD & TANF | PREGNANCY | PREG |
|---|---|---|

18. Are you or any person(s) in your household pregnant? YES NO
If "YES", who? Expected due date? (MM/DD/YYYY)

| FOOD & TANF | DISABILITY | DISA |
|---|---|---|

19. Are you or any person(s) in your household blind, disabled or unable to work due to illness or injury? YES NO
If "YES", who? ____________ When did this condition begin? ____________ (MM/DD/YYYY)
What is the disability?

| FOOD & TANF | NON-CITIZEN INFORMATION | ALIE |
|---|---|---|

20. Are you or any person(s) in your household **NOT** a U.S. Citizen? YES NO
If "YES", who? ____________ Alien Registration # ____________
When did this person enter the United States? ____________ (MM/DD/YYYY)
If "YES", who? ____________ Alien Registration # ____________
When did this person enter the United States? (MM/DD/YYYY)

| SCHOOL ATTENDANCE (TANF) | SCHL |
|---|---|

21.
a. Are you or any person(s) in your household between the ages of 7 and 11 or over 16 attending school? YES NO
If "YES", who? ____________ School name? ____________
If additional persons "YES", who? School name?

| SCHOOL ATTENDANCE (FOOD) | SCHL/EDIN |
|---|---|

b. Are you or any person(s) in your home between the ages of 18 and 49 attending school above the high school level? __ YES __ NO
If "YES", who? ____________ School name? ____________ Hours per week? ____________
If additional persons "YES"?
Who? ____________ School name? ____________ Hours per week? ____________

| FOOD & TANF | EARNED INCOME/WORK HISTORY | JINC/SELF/OINC/QUIT/STRK |
|---|---|---|

22. Are you or any person(s) in your household **currently** working, including self-employment? YES NO
If "YES", who is employed? ____________ Hourly wage? $ ______ Hours worked per week? ______
How often are they paid? ____________ Tips paid per month? $ ____________
Start date? ____________
Employer's name? ____________ Employer's telephone? ____________
Employer's address? ____________
If self-employed, please list any business related expenses. ____________

If "YES", for additional household members:
Who is employed? ____________ Hourly wage? $ ______ Hours worked per week? ______
How often are they paid? ____________ Tips paid per month? $ ____________
Start date? ____________
Employer's name? ____________ Employer's telephone? ____________
Employer's address?
If self-employed, please list any business related expenses. ____________

***If more than two persons are currently working, please attach an additional sheet of paper.***

23. Have you or any persons(s) in your household had a job that ended in the **last 60 days**? YES NO
Who was employed? ____________ Hourly wage? $ ______ Hours worked per week? ______
How often were they paid? ____________ Tips received per month? $ ____________
Employer's name? ____________ Start date? ____________ When did the job end? ____________
Employer's address ____________ Employer's telephone? ( )
Reason for leaving? Quit Fired Leave of Absence Applied Worker's Compensation Other
If "YES" for additional household members:
Who was employed? ____________ Hourly wage? $ ______ Hours worked per week? ______
How often where they paid? ____________ Tips received per month? $ ____________
Employer's name? ____________ Start date? ____________ When did the job end? ____________
Employer's address ____________ Employer's telephone? ( )
Reason for leaving? Quit Fired Leave of Absence Applied Worker's Compensation Other

24. Are you or any person(s) in your household currently registered with or working for a temporary employment service/agency? YES NO
If "YES", who? ______________________ Which service/agency? ______________________

25. Are you or any person(s) in your household currently on strike? YES NO
If "YES", who? ______________________

26. Do you or any person(s) in your household work in exchange for food, shelter or something else? YES NO
If "YES", who? ______________________ What do they receive for their work? ______________________
What is the value of this exchange? $ When did this begin?

| FOOD & TANF | UNEARNED/OTHER INCOME | UNIN/GAGA/LSUM/RINC/RBIN/EDIN |
|---|---|---|

27. Please check the "YES" box for each of the types of the unearned income you or any person(s) in your household receives or has applied for. If you do not check the "yes" box for any of the unearned income below you are acknowledging neither you or any person(s) in your household have any unearned or other income.

| YES | SOURCE | Person Applied/Receiving | Gross Amount Per Month |
|---|---|---|---|
| | Alimony | | $ |
| | Boarder/Roomer Income | | $ |
| | Child Support (Voluntary or Court Ordered) | | $ |
| | Contributions/Gifts | | $ |
| | Educational Assistance/Student Loans | | $ |
| | Foster Care | | $ |
| | General Assistance | | $ |
| | Insurance Settlements | | $ |
| | Interest/Dividends | | $ |
| | Loans | | $ |
| | Military Allotment | | $ |
| | Mining Claims | | $ |
| | Panhandling | | $ |
| | Pensions/Retirement | | $ |
| | Property Rentals | | $ |
| | Railroad Retirement | | $ |
| | Royalties | | $ |
| | Social Security Benefits (RSDI) | | $ |
| | Strike Benefits | | $ |
| | Subsidized Housing | | $ |
| | Supplemental Security Income (SSI) | | $ |
| | Supported Living Arrangement (SLA) | | $ |
| | TANF Assistance | | $ |
| | Trust Income | | $ |
| | Unemployment Insurance | | $ |
| | Utility Allowance/Rebate Check | | $ |
| | Veteran's Benefits | | $ |
| | Gambling Winnings | | $ |
| | Worker's Compensation or Temporary Disability | | $ |
| | Other: (please list) ______________________ | | $ |

| FOOD & TANF | INCOME MANAGEMENT |
|---|---|

28. If you do not have any income, please explain how you are paying your bills and buying personal items for your household?

| FOOD & TANF | RESOURCES | BANK/LIFE/PROP |
|---|---|---|

29. Please mark the "YES" box for each types of resources you or any person(s) in your household has, even if jointly owned with someone outside the household. If you do not check the "YES" for any of the resources below you are acknowledging neither you or any person(s) in your household have any resources:

**BANK ACCOUNTS**

| YES | TYPE OF ACCOUNT | OWNER(S) | NAME OF BANK | VALUE | ACCOUNT NUMBER (Please list the last 4 numbers only) |
|---|---|---|---|---|---|
| | Savings Account | | | $ | |
| | Checking Account | | | $ | |
| | Credit Union Account | | | $ | |
| | Minor Savings | | | $ | |
| | Business Account | | | $ | |
| | Christmas Club Account | | | $ | |
| | Educational Savings Account | | | $ | |
| | Patient Trust Fund | | | $ | |
| | Individual Indian Money Account | | | $ | |

**LIFE INSURANCE/TRUSTS/BURIALS**

| YES | TYPE OF ACCOUNT | OWNER(S) | NAME OF COMPANY OR BANK | FACE VALUE | POLICY OR ACCOUNT NUMBER (Please list the last 4 numbers only) |
|---|---|---|---|---|---|
| | Life Insurance | | | $ /csv$ | |
| | Available Trusts | | | $ | |
| | Unavailable Trusts | | | $ | |
| | Burial Funds/Plans | | | $ /csv$ | |
| | Life Estates | | | | |

| FOOD & TANF | RESOURCES (CONT) | BANK/LIFE/PROP |
|---|---|---|

**INVESTMENT & RETIREMENT ACCOUNTS**

| YES | TYPE OF ACCOUNT | OWNER(S) | NAME OF BANK OR COMPANY | VALUE | ACCOUNT NUMBER (Please list the last 4 numbers only) |
|---|---|---|---|---|---|
| | Savings Bonds | | | | |
| | Stocks or Bonds | | | | |
| | Certificates of Deposit | | | | |
| | Individual Retirement Accounts (IRA) | | | | |
| | Keogh Account (401K) | | | | |
| | Annuities | | | | |

| PERSONAL PROPERTY | | | | | |
|---|---|---|---|---|---|
| YES | TYPE OF PROPERTY | OWNER(S) | LOCATION | CONTENTS OR TYPE OF RESOURCE | CURRENT OR MARKET VALUE |
| | Safe Deposit Box | | | | $ |
| | Livestock | | | | $ |
| | Land Mineral Rights | | | | $ |
| | Mining Claims | | | | $ |
| | Business Equipment/ Inventory | | | | $ |
| | Houses/Land or Buildings | | | *Is this property currently for sale?* Yes No | $ |

| MISCELLANEOUS | | | |
|---|---|---|---|
| YES | TYPE OF RESOURCE | OWNER(S) | CURRENT VALUE |
| | Promissory Notes | | $ |
| | Cash on Hand | | $ |
| | Other: (please list) | | $ |

30. Are any of the resources in question 29 designated as money for burial? YES NO

If "YES", which resources?

| FOOD & TANF | VEHICLES | CARS |
|---|---|---|

31. Do you or any person(s) in your household own, or are they buying, a car, motorcycle, trailer, truck, camper, boat, ATV, etc.? (Please include any vehicles that are not currently working.) YES NO

If "YES", please complete the information below.

| OWNER | TYPE OF VEHICLE | YEAR, MAKE & MODEL | IS THE VEHICLE REGISTERED | FAIR MARKET VALUE | AMOUNT OWED |
|---|---|---|---|---|---|
| | | | YES NO | $ | $ |
| | | | YES NO | $ | $ |
| | | | YES NO | $ | $ |

| FOOD | TRANSFERRED RESOURCE | TRAN |
|---|---|---|

32. Have you or any person(s) in your household sold, traded or given away any money, vehicles, property or other resources, or closed any bank accounts in the last 3 months? YES NO

| | | | |
|---|---|---|---|
| If "YES", who? | | What resource was transferred? | |
| When? | (MM/YYYY) | What was the value of this resource when it was transferred? $ | |
| Who was the resource transferred to? | | Relationship to you? | |

Why was the resource transferred?

| FOOD | HOUSING EXPENSES | RENT/HOME/UTIL |
|---|---|---|

33. Please choose which of the following housing costs that you or any person(s) in your household pays.

☐ RENT ☐ MORTGAGE/RELATED EXPENSES ☐ NONE

34. If you are **renting** your home, how much is the monthly rent? (Including space/lot rent) $

35. What is your landlord's name? Landlord's telephone number? ( )

36. What is your landlord's address?

37. Is your rent subsidized by any agency? YES NO

38. If "YES," by which agency? How much is subsidized? $

39. If you are **buying** your home, please complete the areas with the current expenses:

| | | | |
|---|---|---|---|
| Mortgage Amount (including second) $ | | How Often Paid? | |
| Taxes (if paid separately) $ | | How Often Paid? | |
| Homeowners Insurance (if paid separately) $ | | How Often Paid? | |
| Association Fees (if paid separately) $ | | How Often Paid? | |
| Lot/Space Rent $ | | How Often Paid? | |

40. Does anyone outside the home pay any of your rent or mortgage expenses? YES NO

| | | | | |
|---|---|---|---|---|
| If "YES", who? | Telephone? | How much? $ | How often? | |
| 41. Are you or any person(s) in your household responsible for paying any utility expenses? | | | YES | NO |
| If "YES", does this utility expense include costs for heating or cooling? | | | YES | NO |
| If "NO", please choose the utilities your household is responsible for paying: Electricity / Natural Gas; Wood / Propane; Water / Garbage; Sewer / Telephone; Other | | | | |
| 42. a. Does anyone outside your household pay a portion of your utility expenses? | | | YES | NO |
| If "YES", who? | Telephone? | How much? $ | How often? | |
| b. Does your household receive or expect to receive assistance from the Energy Assistance Program? | | | YES | NO |
| **FOOD & TANF** | **OTHER EXPENSES** | | **SUDE/MEDX/DCEX** | |
| 43. Do you or any person(s) in your household pay court ordered child support to someone outside the household? | | | YES | NO |
| If "YES", who? | How much do they pay per month? $ | | | |
| 44. Do you or any person(s) in your household pay child care or for the care of a disabled adult? | | | YES | NO |
| If "YES", who? | For whom? | | | |
| How much per month? $ | | | | |
| 45. Does any agency or anyone outside your home pay a portion of your daycare costs? | | | YES | NO |
| If "YES", who? | How much per month? $ | | | |
| 46. Does anyone age 60 or over, or any person(s) who is disabled have out-of-pocket medical expenses including costs for Medicare or medical insurance? | | | YES | NO |
| If "YES", who? | How much per month? $ | | | |
| 47. Does anyone outside the household pay for any of these medical expenses? | | | YES | NO |
| If "YES", who? | How much per month? $ | | | |
| **TANF** | **INJURIES/ACCIDENTS** | | **SETT** | |
| 48. Have you or anyone in your household been injured or in an accident in the last 12 months? | | | YES | NO |
| If "YES", who? | When? | | | |
| 49. Is there a pending lawsuit because of the injury or accident? | | | YES | NO |
| If "YES", what is the attorney's name? | | | | |
| Attorney's address? | | | | |
| 50. Have you or anyone in your household received or expect to receive an insurance reimbursement, payment or legal settlement? | | | YES | NO |
| If "YES", who? | when? | How much $ | From where? | |
| **TANF** | **ABSENT PARENT INFORMATION** | | **NCPM** | |
| 51. Is the parent(s) of the child(ren) you are applying for: (Check one) ☐ living somewhere else ☐ disabled or ☐ deceased | | | | |
| 52. If anyone in your home is pregnant, is the father of the unborn in the home? | | | YES | NO |
| If "YES", who is the father? | | | | |
| Complete the following form with information about the absent parent of your child(ren) who is not living with you (including the parent of an unborn child). If there is more than one possible parent, complete a form for each one. Please provide as much information as possible. | | | | |
| ***Please make copies or request additional copies of this page for additional parents.** | | | | |

Blank page

STATE OF NEVADA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF WELFARE AND SUPPORTIVE SERVICES

## NON-CUSTODIAL PARENT (NCP) FORM

When applying for TANF the law requires you to cooperate with Child Support Enforcement (CSE) to establish paternity to get child support owed to you and/or any child(ren) that you are applying for. This may include genetic testing. If the test proves the person you named is not the father, you may be required to pay the cost of the test. You are also responsible for providing all available information requested by the CSE Program such as certified copies of divorce decrees and/or support orders, birth certificates and photographs of the absent parent.

The CSE Program locates absent parents and/or sources of income and assets, establishes and enforces financial support, reviews and adjusts existing child support orders, and collects and distributes financial payments.

The CSE Program has sole discretion in determining which legal remedies are used in pursuing support and cannot guarantee success. CSE may request assistance of another state, and thereby, be subject to the laws of that state. CSE does not provide services involving custody or visitation. CSE may close your case when your case meets closure rules established by federal and state regulation.

The CSE Program represents the State of Nevada when providing services and no attorney-client privilege exists. CSE is authorized to endorse and cash payments made payable to you for support payments and may collect past-due support by intercepting an IRS tax refund or other federal payment. If a tax intercept occurs, the CSE Program has the authority to hold a joint tax refund for a period of six (6) months before distributing the funds. No interest is paid on the held funds. Funds collected from a tax intercept are applied first to pay off any past-due support assigned to the State of Nevada. A nonrefundable fee is deducted by the federal government of any tax or federal payment intercepted by the CSE Program.

**Good cause** for not cooperating in pursuing child support or paternity may be allowed. If you do not cooperate with CSE and good cause has not been determined, your household will be ineligible for TANF. Good cause for not cooperating will be considered if you request it in writing. Examples of good cause are as follows:

- ***The child was conceived as a result of rape or incest.***
- ***Legal proceedings for adoption of the child are pending before a court.***
- ***You are being assisted by a public or licensed private social service agency to decide whether to keep or relinquish the child for adoption (no longer than three (3) months).***
- ***Your cooperation in establishing paternity or securing support will result in physical or emotional harm to yourself or the child(ren).***

You must provide your case manager with verification within twenty (20) days after claiming good cause. You will receive written notification of the good cause decision. If you are found to have good cause for not cooperating, CSE will NOT attempt to establish paternity or collect child support.

☐ **YES, I wish to claim good cause.** ☐ **NO, I am not claiming good cause at this time.**

________________________________________
Signature

You must report changes whenever a name change occurs; you have a new address or telephone number for home or work; you hire a private attorney or collection agency; another child support or paternity legal action is filed; you file for divorce; you receive support payments directly from the absent parent; you have a new address, telephone number, employment for the absent parent; a child(ren) no longer lives with you; a child(ren) is still in high school after age 18; a child(ren) becomes disabled before age 18; a child(ren) comes to live with you or you birth another child; a child marries, is adopted, joins the armed forces or is declared an adult by court order.

You are responsible for repayment of support amounts received in error, including payments from an IRS tax refund, which are adjusted by the IRS. If you fail to enter into a repayment agreement with the CSE Program, the outstanding balance may be reported to a credit reporting agency and money collected on your behalf by the CSE Program may be withheld for repayment. Additionally, legal action may be initiated against you.

# NEVADA STATE DIVISION OF WELFARE AND SUPPORTIVE SERVICES
## NON-CUSTODIAL PARENT (NCP) FORM

**Complete one form for each parent who does not live with the child(ren) for whom you are requesting assistance. For example, if you have two children and each have a different father / mother, you need to complete two forms. If you are not the parent of the child(ren) you are requesting assistance for, you need to complete one form for the absent mother and one form for the absent father. Do not leave any question blank. Write or type unknown or N/A (not applicable) for any question that does not apply or you do not know the answer.**

| | | | |
|---|---|---|---|
| YOUR NAME: | YOUR SSN: | YOUR DOB: | YOUR RELATIONSHIP TO THE CHILD(REN): |

| | |
|---|---|
| **Have you or the children received public assistance in the past? YES NO** | **If YES, where? (City, State)** |

***Fill in whatever you know about the Non-Custodial Parent. If you do not know the answer to the question, write unknown or N/A.***

| | | | |
|---|---|---|---|
| LAST NAME: | FIRST NAME: | MIDDLE INITIAL: | MODIFIER (Jr., Sr., etc.): |

ADDRESS:

| | | |
|---|---|---|
| CITY: | STATE: | ZIP: |

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | TELEPHONE / CELL PHONE: |
| DATE OF BIRTH: | BIRTH CITY AND STATE: |
| IF DECEASED, DATE OF DEATH: | IF DECEASED, PLACE OF DEATH: |
| DATE LAST SEEN OR CONTACTED: | IS HE OR SHE DISABLED? YES NO |

| | | | | | |
|---|---|---|---|---|---|
| RACE: | SEX: | HAIR COLOR: | EYE COLOR: | WEIGHT: | HEIGHT: |

| | | |
|---|---|---|
| AT ANY TIME WAS THE MOTHER MARRIED TO THIS NON-CUSTODIAL PARENT? YES NO | DATE OF MARRIAGE: | PLACE OF MARRIAGE: |
| IF MARRIED ARE THEY DIVORCED? YES NO | DATE OF DIVORCE: | PLACE DIVORCE FILED: |

| | |
|---|---|
| WAS THE MOTHER MARRIED TO SOMEONE ELSE? YES NO | ARE THERE OTHER POSSIBLE FATHERS? YES NO |
| EXISTING CHILD SUPPORT COURT ORDER? YES NO | CITY AND STATE: |

INFORMATION ON THE CHILDREN FOR THIS ABSENT PARENT:

| Child's Social Security Number | Child's Last Name | Child's First Name | Child's Middle Initial | Child's date of birth (MM/DD/YY) | Did the mother have sexual relations with another man (not named above), during 30 days before or after when pregnancy began for this child? | Custody Month |
|---|---|---|---|---|---|---|
| | | | | | YES NO | |
| | | | | | YES NO | |
| | | | | | YES NO | |

All cases for Temporary Assistance for Needy Families (TANF) must be referred for Child Support Enforcement. This information is correct to the best of my knowledge. I have read the "Important Child Support Information" section found on the eligibility application. I understand if I have intentionally withheld or misrepresented information, I could be disqualified from receiving public assistance.

I declare under penalty of perjury that the information I have provided on this document is true to the best of my knowledge and belief and that the statements contained herein are made for the purposes stated here, including but not limited to, obtaining assistance in establishing paternity and/or an order for child support along with the collection of child support.

| | |
|---|---|
| Your Signature: | Date Signed: |

## Important Child Support Information

By signing this application and by receiving TANF benefits, you agree to assign your child support rights to the State of Nevada Division of Welfare and Supportive Services (DWSS). This is a condition of eligibility for your household to receive TANF benefits. If you are receiving TANF, any court ordered or stipulated child support paid directly to you is required by law to be surrendered immediately to DWSS or Child Support Enforcement (CSE). By signing this application, you are authorizing DWSS to transfer all or part of the support collected each month to pay back the TANF benefits your household received.

When applying for TANF, the law requires you to cooperate with CSE to establish paternity to get child support owed to you and/or any child(ren) for which you are applying. Good cause for not cooperating in pursuing child support or paternity may be allowed. If you do not cooperate with Child Support Enforcement and good cause is not established, your household will be ineligible for TANF.

If TANF is terminated and child support is collected, any portion due to you will be made as a direct deposit onto a Nevada Debit Card or into your bank account. A Nevada Debit Card will be issued to you unless you request payments by direct deposit into your bank account. Visit our website: dwss.nv.gov for more information.

You are responsible for repayment of child support amounts received in error, including child support payments from an IRS tax refund which are adjusted by the IRS. If you fail to enter into a repayment agreement with the CSE program, money collected on your behalf by the CSE program may be withheld for repayment and the outstanding balance may be reported to a collection agency.

DWSS may charge a $25.00 fee for child support services provided to clients who have never received public assistance.

Do you wish to pursue child support if your household is found ineligible for TANF?
☐ Yes ☐ No

***Initials*** ____________

## Electronic Benefits Transfer (EBT)

Federal law states the intended period of use for SNAP benefits is 9 months from the date of issuance. DWSS is required to remove any unused SNAP benefits from an account 274 days after the benefit was issued and return them to the Federal government. Unused benefits are frozen 269 days after their issuance. If the client, or any adult member of the client's household, has any outstanding SNAP debt, the frozen benefit will be applied towards the SNAP debt.

Unused TANF benefits are removed from a client's EBT account 180 days after the benefit was issued.

**Per Federal Law,** TANF EBT benefits cannot be accessed from ATM machines or used to purchase items in the following locations: casinos, gaming establishments, liquor stores or retail establishments which provide adult entertainment.

**It is illegal to misuse, sell, attempt to sell, trade, purchase or alter an EBT card.**

***Initials***________________

## Work Requirements

If you are approved for TANF and/or SNAP, you may be required to cooperate with certain work requirements. Failure to comply with certain work requirements could disqualify you and/or other members of your household from participating in either program. For SNAP, if you or any other household member voluntarily quits a job or reduces work hours without good cause, this may be considered failure to comply with work requirements. The SNAP disqualification period for failure to comply with work requirements is one month and until compliance for the first violation, three months and until compliance for the second violation, and six months and until compliance for the third violation. For TANF, failure to cooperate with work requirements agreed to in their Personal Responsibility Plan may result in the household losing their TANF benefits for three full months.

## Reviews and Investigations

By signing this application, you are authorizing the Department of Health and Human Services to make investigations concerning you, other members of your household, and/or your child(ren)'s legal or natural parent(s) that may be necessary to determine eligibility for benefits you or your household receives or will receive under programs administered by the DWSS, including childcare assistance**. Information provided to the DWSS may be verified or investigated by federal, state and local officials including Quality Control staff. If you do not cooperate in the investigation, your benefits may be denied or terminated. If you make false or misleading statements, misrepresent, conceal or withhold facts necessary for the DWSS to make an accurate determination on your benefits or alter any document, your benefits may be denied, reduced or terminated.** You are responsible for repayment of all monies, services and benefits (including childcare assistance) for which you were not entitled to. Additionally, you may be disqualified from receiving benefits in the future and criminally prosecuted or otherwise penalized according to state and federal law.

**Individuals found guilty of an intentional program violation in TANF and/or SNAP are barred from program benefits for twelve (12) months for the first violation, twenty-four (24) months for a second violation and PERMANENTLY for the third violation. The unlawful use of SNAP is punishable by a fine up to $250,000, imprisonment for up to 20 years or both.**

**If a court of law finds you guilty of using or receiving SNAP benefits in a transaction involving the sale of a controlled substance, you will not be eligible for benefits for two years for the first offense, and permanently for the second offense.**

**If a court of law finds you guilty of having used or received SNAP benefits in a transaction involving the sale of firearms, ammunition or explosives, you will be permanently ineligible to participate in the Program upon the first occasion of such violation.**

**If a court of law finds you guilty of having trafficked SNAP benefits for an aggregate amount of $500 or more, you will be permanently ineligible to participate in the Program upon the first occasion of such violation.**

**If you are found to have made a fraudulent statement or representation with respect to the identity or place of residence in order to receive multiple SNAP benefits simultaneously, you will be ineligible to participate in the Program for a period of 10 years.**

***Initials ____________*** ***Initials ___________***

**Your Rights**

Anyone whose application for assistance has been denied, not acted on within a reasonable time frame, or whose benefits have been reduced or terminated may request a conference or hearing. You may request a conference or hearing by writing your local district office or the administration office. For SNAP, you may request a hearing by calling your local district office. You may also request a hearing by signing and returning the Notice of Decision you receive. You must request a hearing for TANF or SNAP within 90 days of the notice date.
You will be notified of the hearing date, time and location in writing ten (10) days prior to the scheduled hearing. You may be represented at a conference/hearing by anyone whom you have given written authorization. This written authorization must be given to the DWSS office prior to the conference/hearing. You may request information on the various legal services that may be available in your community at no cost; please contact us for information. If you are dissatisfied with the hearing decision, you may appeal your case to your local District Court of the State of Nevada.

**Important Information**

If you are applying for TANF and SNAP with this application and your TANF benefits are approved, any adjustment to your SNAP benefits will be made at the same time. With this application, you are waiving your right to 13 days advance notice of any change in your SNAP benefits resulting from TANF approval. If your TANF benefit is less than $10.00, you will receive no cash payment.

The DWSS may mail information to you that may require you to respond by a certain date. If you are away from home, you are still responsible to respond by the required date. You may wish to make arrangements for your mail while you are away.

**Your Responsibilities**

**If you are applying for TANF:**

You must report changes in your mailing address immediately. Additional changes must be reported immediately after you apply and before you are approved benefits. Once your benefits are approved you must report the following changes, and the change must be reported by the 5th of the following month. You must report changes such as your physical address, living expenses, subsidized housing value, marital status, employment status, any money you receive or income from any source, assets/resources, absent parent's address, number of people in the home, the birth of a child, school attendance, absence of any household member even if it is temporary (if more than 30 days), and any other change which may affect your household benefits.

***Initials __________*** ***Initials _____________***

**Your Responsibilities**

**If you are applying for Supplemental Nutrition Assistance Program (SNAP):**

You are required to report all changes in your household from the date you submit your application to the day of your interview. Once SNAP benefits are approved, you must report required changes within 10 days from the date the change happened based on your household's specific reporting requirements. You will receive a notice informing you of your specific requirement.

If your household is designated as a ***Change Status Reporting Household*** you will be required to report changes such as your physical address, living expenses, subsidized housing value, marital status, employment status, any money you receive or income from any source, assets/resources, number of people in the home, birth of a child in your home, school attendance, absence of any household member even if it is temporary (if more than 30 days), and any other change which may affect your household benefits.

If your household is designated as a ***Simplified Reporting Household*** you must only report when your household's income exceeds 130% of the federal poverty level for your household size. If SNAP benefits are approved you will be notified of the income level for your household size.

Your case manager may request additional proof of the change. You will be required to provide the proof by a certain date in order to continue your eligibility or to avoid an overpayment or underpayment of benefits.

SNAP allows certain household expenses like rent, mortgage, property taxes, homeowner's insurance, utility expenses, child/dependent care and child support paid by the household as a deduction to determine the amount of SNAP benefits your household is eligible for as long as the expense is reported and verified. Medical expenses over $35.00 are allowed if there is an elderly (age 60 or over) or disabled person applying for benefits. **If you do not report or verify any of the expenses listed on the application, it will be considered that you do not want to receive a deduction for the unreported or unverified expense.**

***Initials*** ____________ ***Initials*** ____________

Blank page

## Release of Information

I hereby authorize and consent to the release of all information concerning me or my household members to the Department of Health and Human Services by the holder of the information such as, but not limited to, wage information, information made confidential by law, as well as patient information privileged under NRS 49.225, or any other provision of law. I hereby release the holder of the information from liability, if any, resulting from the release (disclosure) of the required information.

If I am 60 years of age or older, I hereby consent to the disclosure of my identity and waive my right as an older person to have my identity kept confidential. I hereby release the holder of information from liability, if any, resulting from the disclosure of the required information.

*Initials* ______________

**I understand if I fail to initial pages 11-13 where indicated on this application, it does not release me or my household members from those requirements / obligations. If I am under age 18 and applying for TANF assistance I understand I must have an additional signature of an adult over age 18 to complete the application.**

**I understand the questions on this application and the penalty for hiding or giving false information. I agree to notify the Nevada State Division of Welfare and Supportive Services of any changes in my household circumstances that may affect my benefits. I understand failure to report changes may cause an overpayment that I would be responsible to pay back and could even be prosecuted by a court of law. I certify under penalty of perjury, my answers are correct and complete to the best of my knowledge and ability. I swear I have honestly reported the citizenship of myself and anyone I am applying for.**

**Signature or Mark of Applicant** **Date** **Signature or Mark of Spouse/ Second Parent of Child(ren)/Adult Representative** **Date**

**Witness: (Use if applicant cannot read or write or is blind.) The information in this application has been read to the applicant and I have witnessed the above signature.**

**Signature of Witness** **Date**

***Your completed application may be submitted to your local Welfare office or mailed to PO Box 15400, Las Vegas, NV 89114.***

**IF YOU ARE NOT REGISTERED TO VOTE WHERE YOU LIVE NOW,**
**WOULD YOU LIKE TO REGISTER TO VOTE HERE TODAY?**

(Please check one)

__ YES __ NO

**If you do not check either box, you will be considered to have decided not to register to vote at this time.**

The **NATIONAL VOTER REGISTRATION ACT** provides you with the opportunity to register to vote at this location. If you would like help in filling out a voter registration application form, we will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private.

**IMPORTANT NOTICE**: Applying to register or declining to register to vote WILL NOT AFFECT the amount of assistance you will be provided by this agency.

**Signature** **Date**

**CONFIDENTIALITY**: Whether you decide to register to vote or not, your decision will remain confidential.

IF YOU BELIEVE SOMEONE HAS INTERFERED with your right to register or to decline to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the Office of the Secretary of State, Capitol Complex, Carson City, Nevada 89701.

Blank page

**Your Rights**

Anyone whose application for assistance has been denied, not acted on within a reasonable time frame, or whose benefits have been reduced or terminated, may request a conference or hearing. You may request a conference or hearing by writing your local district DWSS office or the administration office. For SNAP, you may request a hearing by calling your local district DWSS office. You may also request a hearing for assistance programs such as TANF or SNAP within 90 days of the notice date. You will be notified in writing 10 days prior to the hearing date, the time and location of the hearing. You may be represented at a conference/hearing by anyone you have given written authorization to which must be given to the DWSS office prior to the conference/hearing. You may request information on the various legal services which may be available in your community at no cost, please contact us for information. If you are dissatisfied with the hearing decision, you may appeal your case to your local District Court of the State of Nevada.

**Your Responsibilities**

**If you are applying for TANF:**
You must report changes in your mailing address immediately. Additional changes must be reported immediately after you apply and before you are approved benefits. Once your benefits are approved you must report the following changes and the change must be reported by the 5th of the following month. You must report changes such as your physical address, living expenses, subsidized housing value, marital status, employment status, any money you receive or income from any source, assets/resources, absent parent's address, number of people in the home, birth of a child in your home, school attendance, absence of any household member even if it is temporary (if more than 30 days), and any other change which may affect your household benefits.

**If you are applying for Supplemental Nutrition Assistance Program (SNAP):**
You are required to report all changes in your household from the date you submit your application to the day of your interview. Once SNAP benefits are approved, you must report required changes within 10 days from the date the change happened based on your household's specific reporting requirements. You will receive a notice informing you of your specific requirement.
If your household is designated as a *Change Status Reporting Household,* you will be required to report the same changes listed under the TANF reporting requirements listed above.

If your household is designated as a *Simplified Reporting Household,* you must only report when your household's income exceeds 130% of the federal poverty level for your household size. Your household will be notified of this amount at approval.
Your case manager may request additional proof of the change. You will be required to provide the proof by a certain date in order to continue your eligibility or to avoid an overpayment or underpayment of benefits.

The Supplemental Nutrition Assistance Program allows certain household expenses like rent, mortgage, property taxes, homeowner's insurance, utility expenses, child/dependent care and child support paid by the household as a deduction to determine the amount of SNAP benefits your household is eligible for as long as the expense is reported and verified. Medical expenses over $35.00 are allowed if there is an elderly or disabled person applying for benefits. **If you do not report or verify any of the expenses listed on the application, it will be considered that you do not want to receive a deduction for the unreported or unverified expense.**

Utilizing TANF funds, DWSS through the Nevada Public Health Foundation (NPHF), has developed a class to target pregnant and parenting teens receiving TANF cash assistance. Teen parents receiving TANF benefits and services are known as STARS (Supporting Teens Achieving Real-life Success) participants. This class has been expanded to include other pregnant and parenting teens receiving other forms of assistance such as SNAP and Child Welfare. This one-day class places emphasis on employment, success in the workplace, decision-making, money management and health, such as birth control and sexually transmitted diseases.

In addition, Community Action Teams, an entity of the Nevada Public Health Foundation, conduct community assessments of teen pregnancy and its prevention and identify potential methods for reducing teen pregnancy through abstinence-based programs. Youths, parents, business, churches, health care providers, law enforcement, schools and other organizations are encouraged to serve on the Community Action Teams. Men of all ages are also encouraged to serve as positive role models, reinforcing the postponement of sexual involvement message.

After you submit your application you may call our Voice Response Unit (VRU) system to find out if your case has been approved, denied, terminated or is still pending. The VRU system will also let you know when your benefits have been issued and the amount.
**For Southern Nevada, call (702) 486-1646; Northern Nevada, call (775) 684-7200; Rural Nevada, call (800) 992-0900, extension 47200. Your Personal Identification Number (PIN) for the VRU system is ___________________.**
**You may contact your case manager _____________________at _________________between the hours of ________ to ________.**

***Visit our website at http://dwss.nv.gov/***
**This is Your Copy, Keep This Page for Your Records**

Blank Page

# STATE OF NEVADA VOTER REGISTRATION APPLICATION

Application No.

**USE BLACK OR BLUE INK ONLY – PLEASE PRINT CLEARLY**

**WARNING: GIVING FALSE INFORMATION IS A FELONY AND INCLUDES A CIVIL PENALTY OF UP TO $20,000.**

All fields are required unless marked Optional. If you do not provide all of the required information, your application to register to vote will not be complete.

**1.** Are you a citizen of the United States? Yes No

*If you checked "No" to the above question, do not complete this form.*

Will you be at least 18 years of age on or before election day? Yes No

If you checked "No" to the above question but are at least 17 years of age, do you wish to preregister to vote? Yes No

*If you checked "No" to both of the prior questions, do not complete this form.*

**2.** Last Name | First Name | Middle Name | Suffix

**3.** Nevada Residential Address – See Instructions on Back (No P.O. Box/Business Address) | Apt. # | City | State NV | Zip Code

**4.** Mailing Address – If Different From Above (P.O. Box or Mail Service Address Acceptable) | Apt. # | City | State | Zip Code

**5.** Birth Date (MM/DD/YYYY) **6.** Place of Birth (State or Country) **7.** Telephone Number (Optional)

**8.**
- ☐ I have a valid NV Driver's License or ID Card and that number is: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
- ☐ I have not been issued a NV Driver's License or ID Card. The last 4 digits of my Social Security Number are: XXX – XX - ___ ___ ___ ___
- ☐ I have not been issued a NV Driver's License or ID Card, and I do not have a Social Security Number. If you select this option, you will be contacted by your County Election Department for more information once your application is received.

*Note: ID numbers provided above are confidential and not available for public inspection.*

**9.** If applicable, check one of the following:
- ☐ Military Domestic (or military spouse or dependent) – Only check if you are on active duty and will be absent from your place of registration
- ☐ Military Overseas (or military spouse or dependent)
- ☐ U.S. Citizen Overseas

**10.** Email Address (Optional) – Email Address is Confidential

**11.** ☐ **CHECK THIS BOX TO RECEIVE A SAMPLE BALLOT IN LARGER TYPE**

**12.** Party Registration – Check Only One Box
- ☐ Democratic Party
- ☐ Independent American Party
- ☐ Libertarian Party of Nevada
- ☐ Nonpartisan (No Political Party)
- ☐ Republican Party
- ☐ Other Party – Write in below

______________________

**13.** I swear or affirm I am a U.S. citizen. I will be at least 18 years old by the date of the next election, or if I indicated in Box 1 above that I am preregistering to vote, I am at least 17 years old. I will have continuously resided in Nevada at least 30 days in my county and at least 10 days in my precinct before the next election at which I intend to vote. The residential address listed herein is my sole legal place of residence, and I claim no other place as my legal residence. If I am preregistering to vote, I understand and acknowledge that I will be deemed to have registered to vote as of the date of my 18th birthday unless my preregistration is canceled by any of the means or for any of the reasons for canceling voter registration pursuant to Chapter 293 of the *Nevada Revised Statutes*. I am not currently serving a term of imprisonment for a felony conviction. I declare under penalty of perjury that the foregoing is true and correct.

⬇ **SIGNATURE OF APPLICANT (REQUIRED)** ⬇

____/____/____
(MM / DD / YYYY)

**14.** Your name and residential address where you were last registered to vote (Name Used, Address, State, etc.)

**15.** Important! If you are assisting a person to register to vote and you are not a Field Registrar appointed by a County Clerk / Registrar of Voters or an employee of a voter registration agency, you MUST complete the following. Your signature is required. Failure to do so may be a felony.

Full Name | Mailing Address | City/State/Zip Code | Signature

**OFFICIAL USE ONLY. DO NOT WRITE IN THE SHADED AREA BELOW.**

| DATE STAMP | ☐ AGENCY<br>☐ FIELD REGISTRAR<br>☐ MAIL<br>☐ IN PERSON<br>☐ OTHER | CANCELLED<br>INACTIVE<br>PRECINCT | **APPLICATION NO.**<br>RECEIVED BY: |
|---|---|---|---|

✂ Detach Here ✂ ✂ Detach Here ✂ ✂ Detach Here ✂

| **NAME OF PERSON RETAINING THIS APPLICATION (Agency Stamp or Name of Agent, Election Official or Person Retaining Application)** | **ELECTION OFFICIAL OR AGENCY (Contact Information, Address, Telephone, Fax)** | **VOTER APPLICATION RECEIPT (Please Retain Receipt)** Your voter registration information has been transmitted to your County Election Office for processing. Within 10 days after receiving your information, your County Election Office will mail your Nevada Voter Registration Card or a notice that additional information is required to complete your registration.<br>**APPLICATION NO.** |
|---|---|---|

## INSTRUCTIONS

**Box 1 – PREREGISTRATION:** Every citizen of the United States who is 17 years of age or older but less than 18 years of age and has continuously resided in this state for 30 days or longer may preregister to vote by any of the means available for a person to register to vote pursuant to Nevada law. If a person preregisters to vote, he or she shall be deemed to be a registered voter on his or her 18th birthday unless the person's preregistration has been cancelled or he or she does not satisfy the voter eligibility requirements.

**Box 2 – NAME:** Required. Please write your name exactly as it appears on your Nevada Driver's License, ID Card, or Social Security Card.

**Box 3 – ADDRESS WHERE YOU LIVE:** Required. Your home address is the street address assigned to the location at which you actually reside. If you reside at a location that has not been assigned a street address, a description of the location at which you actually reside must be provided. A P.O. Box or business address cannot be listed as a home address.

**Box 4 – ADDRESS WHERE YOU RECEIVE MAIL:** Optional. Include your mailing address if it is different than your physical address. Include P.O. Boxes and Mail Service Addresses, if applicable.

**Box 8 – IDENTIFICATION:** Required. Include your Nevada Driver's License or Nevada Identification Card number. If you do not have a driver's license or identification card issued by a Nevada DMV, include the last four digits of your Social Security Number. If you do not have a Nevada Driver's License or Social Security Number, you will be contacted by your County Election Department for more information once your application is received.

**Box 9 – MILITARY:** Required, if applicable. Mark the applicable box.

**Box 12 – POLITICAL PARTY AFFILIATION:** Required. Mark your choice of a qualified political party, "Nonpartisan" or "Other." If you mark "Other," you may print the name of an unlisted political party. If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the Primary Election.

**Box 13 – DECLARATION:** Required. Sign and date. Voting Rights are immediately restored for all felony convictions upon release from prison.

**Box 14 – UPDATING INFORMATION:** Optional. You may include the last address where you were registered to vote. This helps the County Clerk/Registrar of Voters identify you as the applicant.

**Box 15 – ASSISTANCE:** Required, if applicable. If you are assisting a person to preregister or register to vote, you must complete Box 15. *FAILURE TO DO SO MAY BE A FELONY.*

**DEADLINES FOR SUBMITTING APPLICATION:**

- By Mail – Postmarked by the fourth Tuesday preceding the primary or general election.
- In-Person at your local County Clerk's or Registrar of Voters Office – By the fourth Tuesday preceding the primary or general election.
- Online – By the Thursday preceding the primary or general election. Online Registration available at: www.RegisterToVoteNV.gov
- For Special / Recall Elections – Contact your County Clerk or Registrar of Voters.

**SAME-DAY VOTER REGISTRATION:** Eligible Nevada voters can register to vote or update existing voter registration information in person at the polling place either during early voting or on Election Day.

**INTERESTED IN BEING A POLL WORKER?** Please contact your local County Clerk or Registrar of Voters Office.

**NOTICE**: You are urged to return your application to the County Clerk or Registrar of Voters in person or by mail. If you choose to give your completed application to another person to return to the County Clerk or Registrar of Voters on your behalf, and the person fails to deliver the application to the County Clerk or Registrar of Voters, you will not be preregistered or registered to vote, as applicable. Please retain the duplicate copy or receipt from your application to preregister or register to vote.

| COUNTY | ELECTION DEPARTMENT ADDRESS | COUNTY | ELECTION DEPARTMENT ADDRESS |
|---|---|---|---|
| **Carson City Clerk**<br>(775) 887-2087 | 885 East Musser Street, Suite 1025, Carson City, NV 89701 | **Lincoln Clerk**<br>(775) 962-8077 | 181 North Main Street, Suite 201, Pioche, NV 89043<br>P.O. Box 90, Pioche, NV 89043 |
| **Churchill Clerk**<br>(775) 423-6028 | 155 North Taylor Street, Suite 110, Fallon, NV 89406 | **Lyon Clerk**<br>(775) 463-6501 | 27 South Main Street, Yerington, NV 89447 |
| **Clark Registrar**<br>(702) 455-8683 | 965 Trade Drive, Suite A, North Las Vegas, NV 89030<br>P.O. Box 3909, Las Vegas, NV 89127 | **Mineral Clerk**<br>(775) 945-2446 | 105 South A Street, Suite 1, Hawthorne, NV 89415<br>P.O. Box 1450, Hawthorne, NV 89415 |
| **Douglas Clerk**<br>(775) 782-9014 | 1616 8th Street, 2nd Floor, Minden, NV 89423<br>P.O. Box 218, Minden, NV 89423 | **Nye Clerk**<br>(775) 482-8127 | 101 Radar Road, Tonopah, NV 89049<br>P.O. Box 1031, Tonopah, NV 89049 |
| **Elko Clerk**<br>(775) 753-4600 | 550 Court Street, 3rd Floor, Elko, NV 89801 | **Pershing Clerk**<br>(775) 273-2208 | 398 Main Street, Lovelock, NV 89419<br>P.O. Box 820, Lovelock, NV 89419 |
| **Esmeralda Clerk**<br>(775) 485-6309 | 233 Crook Avenue, Goldfield, NV 89013<br>P.O. Box 547, Goldfield, NV 89013 | **Storey Clerk**<br>(775) 847-0969 | 26 South B Street, Drawer D, Virginia City, NV 89440 |
| **Eureka Clerk**<br>(775) 237-5263 | 10 South Main Street, Eureka, NV 89316<br>P.O. Box 540, Eureka, NV 89316 | **Washoe Registrar**<br>(775) 328-3670 | 1001 E. 9th St., Reno, NV, 89512 |
| **Humboldt Clerk**<br>(775) 623-6343 | 50 West 5th Street, #207, Winnemucca, NV 89445 | **White Pine Clerk**<br>(775) 293-6509 | 1786 Great Basin, Blvd., Suite 3, Ely, NV 89301 |
| **Lander Clerk**<br>(775) 635-5738 | 50 State Route 305, Battle Mountain, NV 89820 | | |

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

[redacted]
STAMP
NECESSARY
[redacted]

# EXHIBIT 2

## December 2025

Temporary Assistance for Needy Families (TANF)

| State | Total Families | Two Parent Families | One Parent Families | No Parent Families | Total Recipients | Adults | Children |
|---|---|---|---|---|---|---|---|
| ***U.S. Totals*** | ***807,979*** | ***51,447*** | ***442,937*** | ***313,595*** | ***1,991,851*** | ***552,211*** | ***1,439,640*** |
| Alabama | 5,864 | 60 | 2,753 | 3,051 | 14,435 | 2,944 | 11,491 |
| Alaska | 755 | 73 | 411 | 271 | 2,074 | 591 | 1,483 |
| Arizona | 2,602 | 35 | 399 | 2,168 | 4,677 | 476 | 4,201 |
| Arkansas | 821 | 37 | 519 | 265 | 1,987 | 593 | 1,394 |
| California | 294,561 | 37,898 | 160,537 | 96,126 | 772,525 | 212,616 | 559,909 |
| Colorado | 12,650 | - | 8,765 | 3,885 | 31,245 | 9,244 | 22,001 |
| Connecticut | 4,579 | - | 2,081 | 2,498 | 11,674 | 3,480 | 8,194 |
| Delaware | 2,175 | 5 | 458 | 1,712 | 6,027 | 2,508 | 3,519 |
| District of Columbia | 2,856 | - | 1,396 | 1,460 | 6,930 | 1,396 | 5,534 |
| Florida | 16,563 | 447 | 3,509 | 12,607 | 28,084 | 6,129 | 21,955 |
| Georgia | 3,420 | - | 162 | 3,258 | 5,980 | 162 | 5,818 |
| Guam | 183 | 30 | 85 | 68 | 556 | 147 | 409 |
| Hawaii | 1,814 | 251 | 1,075 | 488 | 4,815 | 1,351 | 3,464 |
| Idaho | 1,323 | - | 54 | 1,269 | 1,817 | 51 | 1,766 |
| Illinois | 11,107 | - | 3,658 | 7,449 | 23,233 | 3,835 | 19,398 |
| Indiana | 4,811 | 88 | 2,559 | 2,164 | 11,657 | 2,310 | 9,347 |
| Iowa | 3,731 | 233 | 2,048 | 1,450 | 9,577 | 2,543 | 7,034 |
| Kansas | 2,617 | 183 | 1,425 | 1,009 | 2,617 | 1,474 | 1,143 |
| Kentucky | 14,821 | 758 | 6,736 | 7,327 | 36,503 | 8,511 | 27,992 |
| Louisiana | 4,249 | - | 2,278 | 1,971 | 10,839 | 1,945 | 8,894 |
| Maine | 4,160 | 675 | 2,545 | 940 | 11,489 | 3,700 | 7,789 |
| Maryland | 13,382 | - | 9,797 | 3,585 | 36,798 | 10,820 | 25,978 |
| Massachusetts | 35,802 | 2,399 | 21,685 | 11,718 | 84,221 | 25,922 | 58,299 |
| Michigan | 9,252 | - | 5,602 | 3,650 | 28,346 | 6,619 | 21,727 |
| Minnesota | 13,350 | - | 8,294 | 5,056 | 31,719 | 8,271 | 23,448 |
| Mississippi | 1,198 | - | 275 | 923 | 2,170 | 281 | 1,889 |
| Missouri | 4,233 | - | 2,525 | 1,708 | 10,000 | 2,258 | 7,742 |
| Montana | 1,319 | 56 | 537 | 726 | 2,938 | 535 | 2,403 |
| Nebraska | 2,067 | - | 635 | 1,432 | 4,752 | 618 | 4,134 |
| Nevada | 4,305 | 306 | 1,926 | 2,073 | 10,820 | 2,694 | 8,126 |
| New Hampshire | 2,342 | - | 1,025 | 1,317 | 4,869 | 1,064 | 3,805 |
| New Jersey | 7,866 | 22 | 6,004 | 1,840 | 18,806 | 5,172 | 13,634 |
| New Mexico | 6,361 | 377 | 3,154 | 2,830 | 15,540 | 3,908 | 11,632 |
| New York | 133,912 | 2,548 | 102,744 | 28,620 | 351,646 | 129,781 | 221,865 |
| North Carolina | 5,464 | 20 | 701 | 4,743 | 9,056 | 761 | 8,295 |
| North Dakota | 711 | - | 452 | 259 | 1,805 | 404 | 1,401 |
| Ohio | 34,310 | 307 | 4,803 | 29,200 | 61,114 | 5,768 | 55,346 |
| Oklahoma | 2,901 | - | 1,100 | 1,801 | 6,611 | 1,100 | 5,511 |
| Oregon | 17,889 | - | 11,779 | 6,110 | 40,871 | 11,947 | 28,924 |
| Pennsylvania | 17,298 | 417 | 10,359 | 6,522 | 43,310 | 10,478 | 32,832 |
| Puerto Rico | 2,557 | 119 | 2,290 | 148 | 7,161 | 2,672 | 4,489 |
| Rhode Island | 3,401 | 158 | 2,762 | 481 | 8,693 | 2,635 | 6,058 |
| South Carolina | 5,063 | - | 2,305 | 2,758 | 11,659 | 2,305 | 9,354 |
| South Dakota | 2,322 | - | 424 | 1,898 | 4,694 | 424 | 4,270 |
| Tennessee | 12,544 | 184 | 4,293 | 8,067 | 28,830 | 6,740 | 22,090 |
| Texas | 11,874 | - | 4,884 | 6,990 | 25,997 | 4,884 | 21,113 |
| Utah | 1,713 | - | 785 | 928 | 4,017 | 1,080 | 2,937 |
| Vermont | 1,348 | 145 | 358 | 845 | 2,720 | 586 | 2,134 |
| Virgin Islands | 32 | - | 26 | 6 | 94 | 32 | 62 |
| Virginia | 10,575 | - | 5,178 | 5,397 | 23,287 | 5,184 | 18,103 |
| Washington | 31,490 | 3,511 | 18,566 | 9,413 | 79,275 | 26,253 | 53,022 |
| West Virginia | 4,082 | - | 998 | 3,084 | 7,946 | 1,418 | 6,528 |
| Wisconsin | 10,933 | 80 | 3,011 | 7,842 | 22,308 | 3,336 | 18,972 |
| Wyoming | 421 | 25 | 207 | 189 | 1,037 | 255 | 782 |

*3/30/2026*

Notes:
"-" - data inapplicable

# EXHIBIT 3

**Nevada: Federal TANF and State MOE Expenditures Summary by ACF-196R Spending Category, FY 2024**

| Spending Category | Federal Funds | State MOE in TANF and Separate State Programs | All Funds | Percent of Total Funds Used |
|---|---|---|---|---|
| Basic Assistance | $0 | $24,607,810 | $24,607,810 | *16.8%* |
| *Basic Assistance (excluding Relative Foster Care Maintenance Payments and Adoption and Guardianship Subsidies)* | $0 | $24,607,810 | $24,607,810 | *16.8%* |
| *Relative Foster Care Maintenance Payments and Adoption and Guardianship Subsidies* | $0 | $0 | $0 | *0.0%* |
| Assistance Authorized Solely Under Prior Law | $0 | | $0 | *0.0%* |
| *Foster Care Payments* | $0 | | $0 | *0.0%* |
| *Juvenile Justice Payments* | $0 | | $0 | *0.0%* |
| *Emergency Assistance Authorized Solely Under Prior Law* | $0 | | $0 | *0.0%* |
| Non-Assistance Authorized Solely Under Prior Law | $0 | | $0 | *0.0%* |
| *Child Welfare or Foster Care Services* | $0 | | $0 | *0.0%* |
| *Juvenile Justice Services* | $0 | | $0 | *0.0%* |
| *Emergency Services Authorized Solely Under Prior Law* | $0 | | $0 | *0.0%* |
| Work, Education, and Training Activities | $5,234 | $2,083,460 | $2,088,694 | *1.4%* |
| *Subsidized Employment* | $0 | $86,875 | $86,875 | *0.1%* |
| *Education and Training* | $5,234 | $416,045 | $421,279 | *0.3%* |
| *Additional Work Activities* | $0 | $1,580,540 | $1,580,540 | *1.1%* |
| Work Supports | $386,405 | $75,319 | $461,724 | *0.3%* |
| Early Care and Education | $0 | $16,294,522 | $16,294,522 | *11.1%* |
| *Child Care (Assistance and Non-Assistance)* | $0 | $14,294,522 | $14,294,522 | *9.8%* |
| *Pre-Kindergarten/Head Start* | $0 | $2,000,000 | $2,000,000 | *1.4%* |
| Financial Education and Asset Development | $0 | $15,836 | $15,836 | *0.0%* |
| Refundable Earned Income Tax Credits | $0 | $0 | $0 | *0.0%* |
| Non-EITC Refundable State Tax Credits | $0 | $0 | $0 | *0.0%* |
| Non-Recurrent Short Term Benefits | $0 | $18,221,703 | $18,221,703 | *12.4%* |
| Supportive Services | $0 | $7,524,055 | $7,524,055 | *5.1%* |
| Services for Children and Youth | $0 | $1,584,231 | $1,584,231 | *1.1%* |
| Prevention of Out-of-Wedlock Pregnancies | $33,030 | $18,788 | $51,818 | *0.0%* |
| Fatherhood and Two-Parent Family Formation and Maintenance Programs | $0 | $0 | $0 | *0.0%* |
| Child Welfare Services | $9,597,000 | $27,753,357 | $37,350,356 | *25.5%* |
| *Family Support/Family Preservation /Reunification Services* | $9,597,000 | $1,970,359 | $11,567,359 | *7.9%* |
| *Adoption Services* | $0 | $0 | $0 | *0.0%* |
| *Additional Child Welfare Services* | $0 | $25,782,998 | $25,782,998 | *17.6%* |
| Home Visiting Programs | $0 | $844,525 | $844,525 | *0.6%* |
| Program Management | $25,028,291 | $0 | $25,028,291 | *17.1%* |
| *Administrative Costs* | $7,643,901 | $0 | $7,643,901 | *5.2%* |
| *Assessment/Service Provision* | $13,851,890 | $0 | $13,851,890 | *9.5%* |
| *Systems* | $3,532,500 | $0 | $3,532,500 | *2.4%* |
| Other | $0 | $0 | $0 | *0.0%* |
| **TOTAL EXPENDITURES** | **$35,049,959** | **$99,023,606** | **$134,073,566** | ***91.5%*** |
| Transferred to CCDF Discretionary | $12,500,000 | | $12,500,000 | *8.5%* |
| Transferred to SSBG | $0 | | $0 | *0.0%* |
| **Total Transfers** | **$12,500,000** | | **$12,500,000** | ***8.5%*** |
| **TOTAL FUNDS USED** | **$47,549,959** | **$99,023,606** | **$146,573,566** | ***100.0%*** |
| Federal Unliquidated Obligations | $57,118,726 | | $57,118,726 | |
| Unobligated Balance | $0 | | $0 | |

# EXHIBIT 4

# DHS-DSS - TANF

## 101-3230

**PROGRAM DESCRIPTION**

The Temporary Assistance for Needy Families (TANF) program provides cash assistance to low-income families with children. The program's goal is to reduce the number of families living in poverty, through employment and community resources. TANF is a needs-based program for families with children under age 18 (or under age 19 if the child is in high school) who need financial support because of: death of a parent; parent is absent from the home; physical or mental incapacity; or underemployed/unemployment of parent.

The four purposes of TANF are 1) provide assistance to needy families so children may be cared for in their homes or in the homes of relatives; 2) end the dependence of needy parents on government benefits by promoting job preparation, work, and marriage; 3) prevent and reduce the incidence of out-of-wedlock pregnancies; 4) encourage the formation and maintenance of two-parent families.

TANF is federally funded through a block grant from the Federal Department of Health and Human Services. Under the maintenance of effort (MOE) provision in the federal regulations, states are required to contribute money equal to 80% of the amount spent on Aid to Families with Dependent Children (AFDC) and AFDC-related programs during fiscal year 1994. The 80% MOE can be reduced to 75% for each year the work participation rates are met. For Nevada, the total TANF MOE requirement is $27,145,177. If TANF contingency funds are received, a 100% MOE match is required. The TANF program mandates the state to participate in the Child Support Enforcement Program. Statutory Authority: NRS 422A.

**BASE**

This request continues operating costs. One-time expenditures have been eliminated and partial year costs have been annualized.

| | 2023-2024 ACTUAL | 2024-2025 WORK PROGRAM | 2025-2026 AGENCY REQUEST | 2025-2026 GOVERNOR RECOMMENDS | 2026-2027 AGENCY REQUEST | 2026-2027 GOVERNOR RECOMMENDS |
|---|---|---|---|---|---|---|
| **RESOURCES:** | | | | | | |
| APPROPRIATION CONTROL | 24,607,810 | 24,607,810 | 24,607,810 | 24,607,810 | 24,607,810 | 24,607,810 |
| FED TANF | 11,726,189 | 19,954,265 | 7,357,159 | 12,129,526 | 7,360,076 | 12,132,443 |
| TANF ARPA | 777,491 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL RESOURCES:** | **37,111,490** | **44,562,075** | **31,964,969** | **36,737,336** | **31,967,886** | **36,740,253** |
| **EXPENDITURES:** | | | | | | |
| CASH ASSISTANCE | 23,577,989 | 26,725,812 | 26,725,812 | 26,725,812 | 26,725,812 | 26,725,812 |
| TANF ARPA GRANT | 777,491 | 0 | 0 | 0 | 0 | 0 |
| TANF DIAPER PROGRAM | 25,715 | 0 | 0 | 0 | 0 | 0 |
| VIRTUAL PRE-K | 35,540 | 0 | 0 | 0 | 0 | 0 |
| NEON PROGRAM | 2,847,077 | 3,292,949 | 3,330,824 | 3,303,191 | 3,330,824 | 3,303,191 |
| TANF TRANSFERS | 9,294,200 | 13,989,460 | 1,435,724 | 6,235,724 | 1,435,724 | 6,235,724 |
| NON PROFIT CONTRACTS | 547,895 | 548,833 | 467,588 | 467,588 | 470,505 | 470,505 |
| PURCHASING ASSESSMENT | 382 | 382 | 382 | 382 | 382 | 382 |
| STATEWIDE COST ALLOCATION PLAN | 5,201 | 4,639 | 4,639 | 4,639 | 4,639 | 4,639 |
| **TOTAL EXPENDITURES:** | **37,111,490** | **44,562,075** | **31,964,969** | **36,737,336** | **31,967,886** | **36,740,253** |

## MAINTENANCE

### M100 STATEWIDE INFLATION

This request funds rate changes for internal service funds such as the Attorney General, Fleet Services, information technology services, state-owned building rent, vehicle insurance, personnel assessments, and property and contents insurance.

| | 2023-2024 ACTUAL | 2024-2025 WORK PROGRAM | 2025-2026 AGENCY REQUEST | 2025-2026 GOVERNOR RECOMMENDS | 2026-2027 AGENCY REQUEST | 2026-2027 GOVERNOR RECOMMENDS |
|---|---|---|---|---|---|---|
| **RESOURCES:** | | | | | | |
| FED TANF | 0 | 0 | 0 | -382 | 0 | -382 |
| **TOTAL RESOURCES:** | **0** | **0** | **0** | **-382** | **0** | **-382** |
| **EXPENDITURES:** | | | | | | |
| PURCHASING ASSESSMENT | 0 | 0 | 0 | -382 | 0 | -382 |
| **TOTAL EXPENDITURES:** | **0** | **0** | **0** | **-382** | **0** | **-382** |

## ENHANCEMENT

### E254 HEALTH & WELLNESS

This request funds Family Preservation and Support Services for families impacted by opioid and other substance use.

| | 2023-2024 ACTUAL | 2024-2025 WORK PROGRAM | 2025-2026 AGENCY REQUEST | 2025-2026 GOVERNOR RECOMMENDS | 2026-2027 AGENCY REQUEST | 2026-2027 GOVERNOR RECOMMENDS |
|---|---|---|---|---|---|---|
| **RESOURCES:** | | | | | | |
| TRANS FROM DHHS - DIRECTOR | 0 | 0 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |
| **TOTAL RESOURCES:** | **0** | **0** | **5,000,000** | **5,000,000** | **5,000,000** | **5,000,000** |
| **EXPENDITURES:** | | | | | | |
| KINCARE | 0 | 0 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |
| **TOTAL EXPENDITURES:** | **0** | **0** | **5,000,000** | **5,000,000** | **5,000,000** | **5,000,000** |

### E255 HEALTH & WELLNESS

This request funds a new Temporary Assistance for Needy Families program to support non-parent relatives caring for children who have been removed from the care of their parents due to substance use, to avoid long-term involvement with foster care.

| | 2023-2024 ACTUAL | 2024-2025 WORK PROGRAM | 2025-2026 AGENCY REQUEST | 2025-2026 GOVERNOR RECOMMENDS | 2026-2027 AGENCY REQUEST | 2026-2027 GOVERNOR RECOMMENDS |
|---|---|---|---|---|---|---|
| **RESOURCES:** | | | | | | |
| TRANS FROM DHHS - DIRECTOR | 0 | 0 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |

Case 1:26-cv-02726-JEB Document 45-20 Filed 08/25/26 Page 35 of 68



| | 2023-2024 ACTUAL | 2024-2025 WORK PROGRAM | 2025-2026 AGENCY REQUEST | 2025-2026 GOVERNOR RECOMMENDS | 2026-2027 AGENCY REQUEST | 2026-2027 GOVERNOR RECOMMENDS |
|---|---|---|---|---|---|---|
| **TOTAL RESOURCES:** | **0** | **0** | **5,000,000** | **5,000,000** | **5,000,000** | **5,000,000** |
| **EXPENDITURES:** | | | | | | |
| KINCARE | 0 | 0 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |
| **TOTAL EXPENDITURES:** | **0** | **0** | **5,000,000** | **5,000,000** | **5,000,000** | **5,000,000** |

**SUMMARY**

| | 2023-2024 ACTUAL | 2024-2025 WORK PROGRAM | 2025-2026 AGENCY REQUEST | 2025-2026 GOVERNOR RECOMMENDS | 2026-2027 AGENCY REQUEST | 2026-2027 GOVERNOR RECOMMENDS |
|---|---|---|---|---|---|---|
| **RESOURCES:** | | | | | | |
| APPROPRIATION CONTROL | 24,607,810 | 24,607,810 | 24,607,810 | 24,607,810 | 24,607,810 | 24,607,810 |
| FED TANF | 11,726,189 | 19,954,265 | 7,357,159 | 12,129,144 | 7,360,076 | 12,132,061 |
| TANF ARPA | 777,491 | 0 | 0 | 0 | 0 | 0 |
| TRANS FROM DHHS - DIRECTOR | 0 | 0 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 |
| **TOTAL RESOURCES:** | **37,111,490** | **44,562,075** | **41,964,969** | **46,736,954** | **41,967,886** | **46,739,871** |
| **EXPENDITURES:** | | | | | | |
| CASH ASSISTANCE | 23,577,989 | 26,725,812 | 26,725,812 | 26,725,812 | 26,725,812 | 26,725,812 |
| TANF ARPA GRANT | 777,491 | 0 | 0 | 0 | 0 | 0 |
| TANF DIAPER PROGRAM | 25,715 | 0 | 0 | 0 | 0 | 0 |
| VIRTUAL PRE-K | 35,540 | 0 | 0 | 0 | 0 | 0 |
| KINCARE | 0 | 0 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 |
| NEON PROGRAM | 2,847,077 | 3,292,949 | 3,330,824 | 3,303,191 | 3,330,824 | 3,303,191 |
| TANF TRANSFERS | 9,294,200 | 13,989,460 | 1,435,724 | 6,235,724 | 1,435,724 | 6,235,724 |
| NON PROFIT CONTRACTS | 547,895 | 548,833 | 467,588 | 467,588 | 470,505 | 470,505 |
| PURCHASING ASSESSMENT | 382 | 382 | 382 | 0 | 382 | 0 |
| STATEWIDE COST ALLOCATION PLAN | 5,201 | 4,639 | 4,639 | 4,639 | 4,639 | 4,639 |
| **TOTAL EXPENDITURES:** | **37,111,490** | **44,562,075** | **41,964,969** | **46,736,954** | **41,967,886** | **46,739,871** |
| **PERCENT CHANGE:** | | **20.08%** | **-5.83%** | **4.88%** | **0.01%** | **0.01%** |

# EXHIBIT 5

Assembly Bill No. 591–Committee on Ways and Means

CHAPTER..........

AN ACT relating to state financial administration; making appropriations from the State General Fund and the State Highway Fund for the support of the civil government of the State of Nevada for the 2025-2027 biennium; providing for the use of the money so appropriated; making various other changes relating to the financial administration of the State; and providing other matters properly relating thereto.

EXPLANATION – Matter in ***bolded italics*** is new; matter between brackets ~~[omitted material]~~ is material to be omitted.

THE PEOPLE OF THE STATE OF NEVADA, REPRESENTED IN SENATE AND ASSEMBLY, DO ENACT AS FOLLOWS:

**Section 1.** The sums set forth in sections 2 to 34, inclusive, of this act are hereby appropriated from the State General Fund for the purposes expressed in those sections and for the support of the government of the State of Nevada for Fiscal Year 2025-2026 and Fiscal Year 2026-2027.

| | 2025-2026 | 2026-2027 |
|---|---|---|
| **Sec. 2.** The Office of the Governor. | | |
| For the support of the: | | |
| Office of the Governor | $6,086,691 | $6,129,359 |
| Office for New Americans | 538,177 | 548,960 |
| Office of Finance | 6,946,980 | 7,338,591 |
| Office of Finance – Special Appropriations | 275,000 | 250,000 |
| Division of Internal Audits | 2,713,860 | 2,715,844 |
| CORE.NV | 4,417,619 | 4,410,215 |
| Governor's Mansion | 407,110 | 405,851 |
| Agency for Nuclear Projects | 1,520,464 | 1,516,594 |
| Office of Energy | 100 | 100 |
| Office of Science, Innovation and Technology | 4,469,267 | 4,486,360 |
| Office of Federal Assistance | 931,814 | 929,726 |
| Office of Emergency Management | 1,801,768 | 1,847,207 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Homeland Security | $31,971 | $35,063 |
| Nevada Office of Cyber Defense Coordination | 610,209 | 606,195 |

**Sec. 3.** The Office of Lieutenant Governor.

| | | |
|---|---|---|
| For the support of the Office of the Lieutenant Governor | $1,138,358 | $1,144,102 |

**Sec. 4.** The Office of Attorney General.

For the support of the:

| | | |
|---|---|---|
| Attorney General Administration | $4,641,854 | $4,004,696 |
| Special Litigation Account | 1,208,655 | 1,208,655 |
| Medicaid Fraud Control Unit | 283,887 | 693,868 |
| Crime Prevention | 313,005 | 305,009 |
| Office of the Extradition Coordinator | 1,676,123 | 1,679,909 |
| Consumer's Advocate | 900,314 | 882,351 |
| Advisory Council for Prosecuting Attorneys | 200,929 | 234,150 |
| Grants Unit | 109,645 | 117,390 |
| Victims of Domestic Violence | 258,254 | 254,782 |
| Investigations Unit | 3,263,601 | 3,260,362 |

**Sec. 5.** The Office of Secretary of State.

For the support of the:

| | | |
|---|---|---|
| Office of the Secretary of State | $25,319,804 | $26,361,219 |
| Help America Vote Act | 1,369,246 | 1,399,240 |

**Sec. 6.** The Office of State Treasurer.

For the support of the:

| | | |
|---|---|---|
| Office of the State Treasurer | $728,058 | $1,375,783 |
| Nevada Employee Savings Trust Administration | 731,244 | 783,288 |

**Sec. 7.** The Office of State Controller.

| | | |
|---|---|---|
| For the support of the Office of the State Controller | $7,868,693 | $8,148,374 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| **Sec. 8.** Department of Administration. | | |
| For the support of the: | | |
| National Judicial College and National Council of Juvenile and Family Court Judges | $352,500 | $352,500 |
| Director's Office | 46,694 | 46,417 |
| State Public Works Division - Marlette Lake | 100 | 100 |
| State Public Works Division - Facility Condition and Analysis | 517,391 | 514,633 |
| State Library | 3,689,104 | 3,708,904 |
| Archives and Public Records | 2,656,033 | 2,654,782 |
| Merit Award Board | 8,000 | 0 |
| **Sec. 9.** Department of Taxation. | | |
| For the support of the Department of Taxation | $49,606,489 | $50,752,402 |
| **Sec. 10.** Legislative Fund. | | |
| For the support of the: | | |
| Legislative Commission | $550,000 | $470,000 |
| Audit Division | 9,972,736 | 10,040,964 |
| Administrative Division | 57,406,542 | 56,821,098 |
| Legal Division | 16,972,533 | 17,851,963 |
| Research Division | 8,639,133 | 8,690,907 |
| Fiscal Analysis Division | 6,203,169 | 6,150,566 |
| Interim Legislative Operations | 2,378,575 | 2,406,460 |
| **Sec. 11.** Supreme Court of Nevada. | | |
| For the support of the: | | |
| Specialty Courts | $6,992,837 | $7,348,654 |
| Supreme Court of Nevada | 2,880,532 | 2,903,731 |
| Supreme Court Law Library | 1,961,064 | 2,005,504 |
| Senior Justice and Senior Judge Program | 1,545,898 | 1,545,898 |
| State Judicial Elected Officials | 27,137,860 | 31,926,365 |
| Court of Appeals | 439,925 | 457,895 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Judicial Department Staff Salaries | $30,081,655 | $30,063,463 |
| Administrative Office of the Courts | 5,226,178 | 5,028,707 |

**Sec. 12.** Commission on Judicial Discipline.

For the support of the

| | | |
|---|---|---|
| Commission on Judicial Discipline | $1,520,532 | $1,503,129 |

**Sec. 13.** Office of Economic Development in the Office of the Governor.

For the support of the:

| | | |
|---|---|---|
| Office of Economic Development | $9,316,413 | $9,363,531 |
| Rural Community Development | 265,616 | 262,429 |
| Workforce Innovations for a New Nevada Account | 2,005,000 | 2,005,000 |
| Nevada Main Street Program | 341,669 | 341,669 |
| Procurement Outreach Program | 332,631 | 332,640 |
| Knowledge Account | 2,500,000 | 2,500,000 |

**Sec. 14.** Department of Tourism and Cultural Affairs.

For the support of the:

| | | |
|---|---|---|
| Museums and History Administration | $160,359 | $160,625 |
| Nevada Historical Society, Reno | 261,227 | 196,361 |
| Nevada State Museum Carson City | 426,993 | 432,908 |
| Nevada State Museum Las Vegas | 433,098 | 419,382 |
| Lost City Museum | 125,702 | 123,291 |
| Nevada State Railroad Museums | 338,299 | 364,433 |
| Nevada Arts Council | 1,142,306 | 1,167,333 |
| Nevada Humanities | 200,000 | 200,000 |

**Sec. 15.** Department of Education.

For the support of the:

| | | |
|---|---|---|
| Office of the Superintendent | $3,517,887 | $3,615,594 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Parental Involvement and Family Engagement | $206,630 | $222,173 |
| Office of Early Learning and Development | 55,472,586 | 73,161,810 |
| Literacy Programs | 932,910 | 855,989 |
| Student and School Support | 1,434,337 | 1,428,865 |
| Standards and Instructional Support | 4,417,646 | 4,414,297 |
| District Support Services | 2,279,322 | 2,340,607 |
| Career and Technical Education | 1,500,775 | 1,491,626 |
| Continuing Education | 858,286 | 851,201 |
| Individuals with Disabilities Education Act | 777,408 | 833,362 |
| Assessments and Accountability | 15,690,289 | 15,752,361 |
| Educator Effectiveness | 830,103 | 823,004 |
| Data Systems Management | 4,033,668 | 4,028,182 |
| Safe and Respectful Learning | 1,985,600 | 2,021,214 |
| Account for Alternative Schools | 178,013 | 188,908 |

**Sec. 16.** Nevada System of Higher Education.

For the support of the:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| System Administration | $8,623,352 | $8,606,893 |
| System Computing Center | 20,666,545 | 20,600,234 |
| University Press | 554,873 | 552,400 |
| Special Projects | 2,512,557 | 2,507,585 |
| Business Center North | 2,807,626 | 2,791,883 |
| Business Center South | 2,326,864 | 2,311,557 |
| University of Nevada, Reno | 179,729,463 | 178,640,909 |
| UNR – Intercollegiate Athletics | 5,718,902 | 5,718,917 |
| UNR – Statewide Programs | 10,386,322 | 10,353,179 |
| Agricultural Experiment Station | 7,229,132 | 7,192,232 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Cooperative Extension Service | $4,974,948 | $4,945,036 |
| UNR – School of Medicine | 44,062,675 | 43,929,486 |
| Health Laboratory and Research | 2,210,917 | 2,200,687 |
| University of Nevada, Las Vegas | 278,369,269 | 274,255,918 |
| UNLV – School of Medicine | 55,979,322 | 55,540,125 |
| UNLV – Intercollegiate Athletics | 8,664,978 | 8,651,793 |
| UNLV – Statewide Programs | 6,189,655 | 6,176,170 |
| UNLV Law School | 13,378,506 | 12,979,367 |
| UNLV Dental School | 13,700,757 | 13,251,566 |
| Great Basin College | 18,447,536 | 18,406,398 |
| Nevada State University | 37,356,896 | 36,092,310 |
| Desert Research Institute | 11,095,689 | 11,061,202 |
| College of Southern Nevada | 127,608,809 | 124,740,751 |
| Western Nevada College | 21,280,177 | 21,273,246 |
| Truckee Meadows Community College | 49,293,623 | 48,439,039 |
| Silver State Opportunity Grant Program | 5,000,000 | 5,000,000 |
| Prison Education Program | 453,522 | 451,934 |
| Western Interstate Commission for Higher Education: | | |
| Administration | 433,959 | 441,258 |
| Loans and Stipends | 1,019,715 | 1,079,104 |

**Sec. 17.** Department of Human Services.

For the support of the:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Human Services Administration | $3,663,872 | $3,867,948 |
| Grants Management Unit | 43,828 | 44,691 |
| Aging and Disability Services Division: | | |
| Administration | 3,317,444 | 2,835,208 |
| Autism Treatment Assistance Program | 8,399,600 | 9,078,215 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Home- and Community-Based Services | $23,676,884 | $23,993,362 |
| Early Intervention Services | 44,254,663 | 44,671,495 |
| Consumer Health Assistance | 1,113,277 | 1,146,188 |
| Nevada Commission for Persons Who Are Deaf and Hard of Hearing | 34,282 | 34,282 |
| Desert Regional Center | 157,326,317 | 159,090,450 |
| Sierra Regional Center | 53,291,830 | 54,300,507 |
| Rural Regional Center | 21,515,700 | 21,752,842 |
| Family Preservation Program | 2,644,673 | 2,644,185 |
| FOCIS and MFP | 637,144 | 652,836 |
| Planning, Advocacy and Community Grants | 8,827,116 | 8,924,274 |
| Adult Protective Services and Long-Term Care | 16,410,878 | 16,745,273 |
| State Independent Living Council | 164,551 | 171,387 |
| Division of Child and Family Services: | | |
| Community Juvenile Justice Services | 3,322,626 | 3,339,674 |
| Information Services | 5,175,496 | 5,222,385 |
| Children, Youth and Family Administration | 8,709,768 | 8,779,793 |
| Nevada Youth Training Center | 10,669,819 | 10,802,139 |
| Caliente Youth Center | 10,485,450 | 10,534,978 |
| Rural Child Welfare | 13,960,457 | 14,284,511 |
| Youth Alternative Placement | 3,057,866 | 3,198,940 |
| Youth Parole Services | 4,529,103 | 4,541,066 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Northern Nevada Child and Adolescent Services | $6,652,464 | $6,867,439 |
| Clark County Child Welfare | 73,146,380 | 73,520,211 |
| Washoe County Child Welfare | 20,434,184 | 20,434,878 |
| Southern Nevada Child and Adolescent Services | 25,307,188 | 25,721,922 |
| Summit View Youth Center | 10,214,994 | 10,309,027 |
| Family Support Program | 2,417,037 | 2,952,757 |
| Victims of Crime | 4,660,241 | 4,720,309 |
| Division of Public and Behavioral Health: | | |
| Public Health: | | |
| Office of Health Administration | 756,828 | 1,694,047 |
| Maternal, Child and Adolescent Health Services | 925,311 | 961,600 |
| Community Health Services | 1,738,327 | 1,985,901 |
| Emergency Medical Services | 1,268,110 | 1,259,222 |
| Immunization Program | 1,511,886 | 1,586,221 |
| Health Investigations and Epidemiology | 577,639 | 634,360 |
| Chronic Disease | 568,829 | 568,829 |
| Public Health Preparedness Program | 347,292 | 366,330 |
| Family Planning | 2,676,849 | 2,694,747 |
| Public Health Improvements | 7,500,000 | 7,500,000 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Behavioral Health: | | |
| Southern Nevada Adult Mental Health Services | $130,636,893 | $131,932,743 |
| Northern Nevada Adult Mental Health Services | 28,103,572 | 28,621,632 |
| Lake's Crossing Center | 18,805,805 | 19,184,297 |
| Rural Clinics | 16,812,806 | 17,000,795 |
| Behavioral Health Prevention and Treatment | 6,481,894 | 6,917,849 |
| Problem Gambling | 2,088,293 | 2,125,559 |
| Division of Social Services: | | |
| Welfare Administration | 22,012,553 | 21,819,673 |
| Welfare Field Services | 67,227,025 | 68,678,971 |
| Assistance to Aged and Blind | 12,445,616 | 13,042,413 |
| Temporary Assistance for Needy Families | 24,607,810 | 24,607,810 |
| Child Assistance and Development | 2,580,421 | 2,580,421 |

**Sec. 18.** Nevada Health Authority.

| For the support of the: | | |
|---|---|---|
| Nevada Medicaid | $1,175,394,320 | $1,273,173,048 |
| Medicaid Administration | 44,781,939 | 46,929,619 |
| Public Option | 2,608,025 | 2,625,248 |
| Nevada Check-Up Program | 22,959,208 | 24,663,168 |
| Developmental Disabilities | 163,866 | 161,595 |
| Data Analytics | 1,239,525 | 1,264,282 |
| Patient Protection Commission | 431,561 | 432,264 |
| Health Care Facilities Regulation | 338,153 | 338,618 |
| Account for the Graduate Medical Education Grant Program | 8,530,000 | 0 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| **Sec. 19.** Office of the Military. | | |
| For the support of the: | | |
| Office of the Military | $8,639,942 | $9,049,281 |
| National Guard Benefits | 72,000 | 72,000 |
| **Sec. 20.** Department of Veterans Services. | | |
| For the support of the: | | |
| Department of Veterans Services | $4,755,313 | $4,617,100 |
| Northern Nevada Veterans Home Account | 438,360 | 438,360 |
| **Sec. 21.** Department of Corrections. | | |
| For the support of the: | | |
| Office of the Director | $41,002,003 | $43,387,588 |
| Prison Medical Care | 70,115,282 | 72,037,324 |
| Correctional Programs | 15,397,961 | 15,639,430 |
| Southern Nevada Correctional Center | 180,085 | 180,085 |
| Southern Desert Correctional Center | 45,142,948 | 47,278,436 |
| Nevada State Prison | 156,984 | 156,984 |
| Northern Nevada Correctional Center | 41,752,291 | 42,525,981 |
| Warm Springs Correctional Center | 736,360 | 740,431 |
| Ely State Prison | 31,382,032 | 32,266,262 |
| Lovelock Correctional Center | 39,194,346 | 40,260,878 |
| Florence McClure Women's Correctional Center | 27,818,121 | 28,254,226 |
| Stewart Conservation Camp | 2,833,680 | 2,851,641 |
| Ely Conservation Camp | 60,015 | 60,015 |
| Humboldt Conservation Camp | 128,054 | 118,920 |
| Three Lakes Valley Conservation Camp | 4,058,803 | 4,134,668 |
| Jean Conservation Camp | 2,638,482 | 2,679,085 |
| Pioche Conservation Camp | 2,949,603 | 2,995,463 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Carlin Conservation Camp | $2,225,523 | $2,269,437 |
| Wells Conservation Camp | 36,349 | 21,793 |
| Tonopah Conservation Camp | 96,339 | 75,379 |
| Northern Nevada Transitional Housing | 1,209,788 | 1,207,936 |
| High Desert State Prison | 95,552,528 | 97,391,730 |
| Casa Grande Transitional Housing | 5,325,891 | 5,375,639 |
| Training Academy | 13,954,058 | 14,705,941 |
| Prison Industry | 250,000 | 0 |
| Prison Ranch | 350,000 | 0 |

**Sec. 22.** Department of Business and Industry.

For the support of the:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Business and Industry Administration | $1,121,828 | $1,092,454 |
| Office of Business and Planning | 464,592 | 468,226 |
| Real Estate Administration | 3,040,911 | 2,802,205 |
| Office of Labor Commissioner | 3,647,750 | 4,007,295 |
| New Markets Performance Guarantee Account | 144,955 | 147,376 |
| Office of Nevada Boards, Commissions and Councils Standards | 324,029 | 0 |

**Sec. 23.** State Department of Agriculture.

For the support of the:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Administrative Services | $229,179 | $288,920 |
| Plant Health and Quarantine Services | 641,955 | 648,916 |
| Veterinary Medical Services | 1,529,431 | 1,545,739 |
| Predatory Animal and Rodent Control | 1,086,966 | 1,105,544 |
| Nutrition Education Programs | 807,656 | 808,592 |
| Livestock Enforcement | 526,790 | 534,432 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Commodity Foods Distribution | $104,970 | $104,989 |

**Sec. 24.** State Department of Conservation and Natural Resources.

For the support of the:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Conservation and Natural Resources Administration | $881,139 | $815,110 |
| Division of State Parks | 15,101,699 | 15,650,026 |
| Nevada Tahoe Regional Planning Agency | 1,881 | 1,881 |
| Out-of-State Fire Suppression Account | 100 | 100 |
| Division of Forestry | 13,865,765 | 14,062,597 |
| Forest Fire Suppression | 6,650,010 | 6,682,897 |
| Forestry Conservation Camps | 9,778,741 | 9,984,869 |
| Division of Water Resources | 12,236,893 | 12,575,388 |
| Division of State Lands | 2,604,573 | 2,543,075 |
| Division of Natural Heritage | 307,183 | 305,952 |
| Division of Outdoor Recreation | 785,888 | 796,240 |
| Conservation Districts Program | 824,836 | 834,162 |
| Office of Historic Preservation | 851,099 | 858,925 |
| Comstock Historic District | 332,532 | 340,887 |

**Sec. 25.** Tahoe Regional Planning Agency.

| | 2025-2026 | 2026-2027 |
|---|---|---|
| For the support of the Tahoe Regional Planning Agency | $2,783,479 | $2,783,479 |

**Sec. 26.** Department of Wildlife.

For the support of the:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Law Enforcement | $44,984 | $42,256 |
| Fisheries Management | 151,209 | 151,209 |
| Game Management | 74,341 | 74,341 |
| Biodiversity Division | 577,679 | 577,320 |
| Conservation Education | 231,928 | 232,216 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| **Sec. 27.** Department of Employment, Training and Rehabilitation. | | |
| For the support of the: | | |
| Nevada Equal Rights Commission | $2,482,882 | $2,424,466 |
| Bureau of Vocational Rehabilitation | 6,236,993 | 6,673,956 |
| Bureau of Services to Persons Who Are Blind or Visually Impaired | 812,889 | 834,159 |
| Commission on Postsecondary Education | 697,555 | 702,144 |
| Nevada P20 Workforce Reporting | 860,951 | 859,856 |
| Governor's Office of Workforce Innovation | 230,242 | 250,906 |
| **Sec. 28.** Department of Motor Vehicles. | | |
| For the support of the Division of Customer Services | $35,590 | $35,590 |
| **Sec. 29.** Department of Public Safety. | | |
| For the support of the: | | |
| Training Division | $1,262,678 | $1,270,296 |
| Justice Grant | 215,224 | 208,299 |
| Nevada Highway Patrol Division | 88,077 | 87,953 |
| Dignitary Protection | 2,609,342 | 2,635,994 |
| Investigation Division | 10,795,125 | 10,834,836 |
| State Board of Parole Commissioners | 4,385,235 | 4,399,423 |
| Division of Parole and Probation | 81,652,316 | 83,853,032 |
| Central Repository for Nevada Records of Criminal History | 11,362,358 | 9,236,114 |
| Child Volunteer Background Checks | 15,086 | 15,086 |
| State Fire Marshal Division | 100 | 100 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| **Sec. 30.** Commission on Ethics. | | |
| For the support of the Commission on Ethics.......... | $449,725 | $387,182 |
| **Sec. 31.** Department of Indigent Defense Services. | | |
| For the support of the: | | |
| Department of Indigent Defense Services............. | $12,948,021 | $12,978,924 |
| Office of the State Public Defender......................... | 2,443,847 | 2,376,171 |
| **Sec. 32.** Department of Sentencing Policy. | | |
| For the support of the Department of Sentencing Policy.................................. | $995,410 | $1,009,974 |
| **Sec. 33.** Peace Officers' Standards and Training Commission. | | |
| For the support of the Peace Officers' Standards and Training Commission........... | $2,905,013 | $3,041,756 |
| **Sec. 34.** Department of Native American Affairs. | | |
| For the support of the: | | |
| Nevada Indian Commission .................... | $987,461 | $1,007,566 |
| Stewart Indian School Living Legacy ................. | 227,619 | 230,418 |

**Sec. 35.** The following sums are hereby appropriated from the State Highway Fund for the purposes expressed in this section for Fiscal Year 2025-2026 and Fiscal Year 2026-2027:

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Department of Motor Vehicles: | | |
| Office of the Director ........... | $4,142,300 | $4,318,318 |
| Fiscal Operations Division........................... | 12,887,604 | 12,889,873 |
| Hearings Office .................... | 1,726,459 | 1,742,291 |
| Division of Information Technology ..................... | 11,508,102 | 10,558,236 |
| Division of Customer Services........................... | 25,767,571 | 25,540,339 |
| Division of Compliance Enforcement.................... | 9,846,890 | 9,946,374 |
| Division of Research and Project Management ....... | 3,703,032 | 3,711,645 |
| Motor Carrier Division......... | 3,063,361 | 3,052,829 |
| Department Transformation Effort ..... | 9,512,217 | 11,189,570 |

| | 2025-2026 | 2026-2027 |
|---|---|---|
| Department of Public Safety: | | |
| Training Division | $1,337,739 | $1,345,675 |
| Nevada Highway Patrol Division | 106,037,375 | 108,589,658 |
| Highway Safety Plan and Administration | 435,395 | 437,359 |
| Investigation Division | 742,628 | 766,052 |
| State Emergency Response Commission | 331,454 | 328,563 |
| Highway Safety Grants Account | 54,081 | 54,104 |
| Department of Business and Industry: | | |
| Nevada Transportation Authority | $6,177,021 | $6,191,225 |
| Legislative Fund: | | |
| Legislative Counsel Bureau | $5,000 | $5,000 |
| The Office of the Governor: | | |
| CORE.NV | $1,036,232 | $1,034,495 |

**Sec. 36.** 1. Except as otherwise provided in subsection 3, the sums appropriated by this act must be:

(a) Expended in accordance with the allotment, transfer, work program and budget provisions of NRS 353.150 to 353.246, inclusive; and

(b) Work-programmed for the two separate fiscal years of the 2025-2027 biennium, as required by NRS 353.215. Work programs may be revised with the approval of the Governor upon the recommendation of the Director of the Office of Finance in the Office of the Governor and in accordance with the provisions of the State Budget Act.

2. Transfers to and from salary allotments, travel allotments, operating expense allotments, equipment allotments and other allotments must be allowed and made in accordance with the provisions of NRS 353.215 to 353.225, inclusive, and after separate consideration of the merits of each request.

3. Pursuant to law, sums appropriated for the support of the Supreme Court of Nevada, the Legislative Fund and the Tahoe Regional Planning Agency are excluded from the allotment, transfer, work program and budget provisions of NRS 353.150 to 353.246, inclusive.

4. Transfers of appropriations between fiscal years that are authorized in this act must be completed on or before September 18, 2026.

5. Amounts of appropriations from the State General Fund may only be transferred to budget accounts that are included in sections 2 to 34, inclusive, of this act.

**Sec. 37.** The sums appropriated to the following budget accounts are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor:

1. Forest Fire Suppression;
2. National Guard Benefits;
3. Maternal, Child and Adolescent Health Services;
4. Immunization Program;
5. Welfare Administration;
6. Welfare Field Services;
7. Temporary Assistance for Needy Families;
8. Assistance to Aged and Blind;
9. Child Assistance and Development;
10. Nevada Medicaid;
11. Medicaid Administration;
12. Nevada Check-Up Program;
13. Rural Child Welfare;
14. Special Litigation Account;
15. Office of the Extradition Coordinator;
16. Clark County Child Welfare;
17. Washoe County Child Welfare;
18. Child Volunteer Background Checks;
19. Agency for Nuclear Projects;
20. Assessments and Accountability;
21. Problem Gambling;
22. Department Transformation Effort; and
23. Victims of Crime.

**Sec. 38.** Of the amounts appropriated by sections 2 to 34, inclusive, of this act, the amounts appropriated in both Fiscal Year 2025-2026 and Fiscal Year 2026-2027 to fund deferred maintenance and extraordinary maintenance projects approved within agency budgets are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027 and may be transferred within the same budget account from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor. Any amount so transferred must be used to complete

the deferred maintenance and extraordinary maintenance projects as approved by the Legislature.

**Sec. 39.** Of the amounts appropriated to the Office of Finance in the Office of the Governor by section 2 of this act for the Special Appropriations budget account, a total of $25,000 in Fiscal Year 2025-2026 is intended to support Civil Air Patrol operations and is available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the same budget account from Fiscal Year 2025-2026 to Fiscal Year 2026-2027. Any amount so transferred must be used to pay for Civil Air Patrol operations as approved by the Legislature.

**Sec. 40.** Of the amounts appropriated to the Office of Science, Innovation and Technology in the Office of the Governor by section 2 of this act, $1,000,000 in Fiscal Year 2025-2026 and $1,000,000 in Fiscal Year 2026-2027 to fund the development and improvement of broadband for schools and libraries, are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the same budget account from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor. Any amount so transferred must be used to pay for the development and improvement of broadband for schools and libraries as approved by the Legislature.

**Sec. 41.** Of the amounts appropriated to the Commission on Ethics by section 30 of this act, $79,679 in Fiscal Year 2025-2026 and $21,450 in Fiscal Year 2026-2027 for the implementation of a new electronic case management system, are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the same budget account from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor. Any amount so transferred must be used to pay for the implementation of the Commission's electronic case management system as approved by the Legislature.

**Sec. 42.** Any money remaining in the Workforce Innovations for a New Nevada Account created by NRS 231.151 at the end of Fiscal Year 2025-2026 does not revert to the State General Fund and must be carried forward to Fiscal Year 2026-2027. Any money remaining in the Account at the end of Fiscal Year 2026-2027 must not be committed for expenditure after June 30, 2027, and must be reverted to the State General Fund on or before September 17, 2027.

**Sec. 43.** Of the amounts appropriated to the Merit Award Board by section 8 of this act, $3,000 is intended to administer the Merit Award Program and $5,000 is intended for program awards, and both amounts are available for both Fiscal Year 2025-2026 and

Fiscal Year 2026-2027, and any unspent balance may be carried forward from Fiscal Year 2025-2026 to Fiscal Year 2026-2027 with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 44.** Of the amounts appropriated to the Supreme Court of Nevada by section 11 of this act:

1. Except as otherwise provided in subsections 2 and 7 to 11, inclusive, the sums appropriated for the Supreme Court of Nevada, Administrative Office of the Courts, Court of Appeals, Senior Justice and Senior Judge Program and Supreme Court Law Library budget accounts may be transferred between fiscal years and between those budget accounts with the approval of the Chief Justice of the Supreme Court and is limited to operating budgets only. Notwithstanding the provisions of subsection 4 of NRS 353.220, the approval of the Interim Finance Committee is not required for any request for the revision of a work program to transfer money pursuant to this subsection. The Supreme Court of Nevada shall report quarterly to the Interim Finance Committee regarding any such transfers between fiscal years and budget accounts.

2. The provisions of subsection 1 do not apply to the sums appropriated for the Specialty Courts, State Judicial Elected Officials and Judicial Department Staff Salaries budget accounts.

3. The Supreme Court of Nevada shall not request from the Interim Finance Committee additional money from the Contingency Account created by NRS 353.266 or a supplemental appropriation for the Judicial Department Staff Salaries budget account.

4. The Supreme Court of Nevada shall report quarterly to the Interim Finance Committee information regarding all salary adjustments and the establishment of new positions.

5. The Supreme Court of Nevada shall include individual position data in the computerized budgeting system utilized by the Budget Division of the Office of Finance in the Office of the Governor in future budget submittals, including, without limitation, working titles, annual salaries, and all position attributes required to allow for the budgeting system to calculate salaries and benefits as well as cost-of-living adjustments and benefit rate changes, as applicable.

6. The Supreme Court of Nevada shall include recommendations for increases in the total funding level of base salaries approved by the Legislature, excluding fringe benefits, with the total funding level based on the salary of all positions at the

Employee/Employer Paid Retirement rate in enhancement decision units in future budget submittals.

7. The amounts of $248,172 in Fiscal Year 2025-2026 and $101,956 in Fiscal Year 2026-2027 to fund comprehensive training and education are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the Administrative Office of the Courts budget account from one fiscal year to the other. Any amount so transferred must be used for comprehensive training and education as approved by the Legislature. Notwithstanding the provisions of subsection 4 of NRS 353.220, the approval of the Interim Finance Committee is not required for any request for the revision of a work program to transfer money pursuant to this subsection. The unexpended balance of the amount transferred pursuant to this subsection must not be committed for expenditure after June 30, 2027, and must be reverted to the State General Fund on or before September 17, 2027.

8. The amounts of $82,000 in Fiscal Year 2025-2026 and $86,100 in Fiscal Year 2026-2027 for contract staffing to maintain legacy information technology systems are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the Administrative Office of the Courts budget account from one fiscal year to the other. Any amount so transferred must be used for contract staffing to maintain legacy information technology systems as approved by the Legislature. Notwithstanding the provisions of subsection 4 of NRS 353.220, the approval of the Interim Finance Committee is not required for any request for the revision of a work program to transfer money pursuant to this subsection. The unexpended balance of the amount transferred pursuant to this subsection must not be committed for expenditure after June 30, 2027, and must be reverted to the State General Fund on or before September 17, 2027.

9. The amounts of $175,930 in Fiscal Year 2025-2026 and $175,930 in Fiscal Year 2026-2027 for the support and continued development of an electronic portal for the Guardianship Program are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the Administrative Office of the Courts budget account from one fiscal year to the other. Any amount so transferred must be used for the support and continued development of an electronic portal for the Guardianship Program as approved by the Legislature. Notwithstanding the provisions of subsection 4 of NRS 353.220, the approval of the Interim Finance Committee is not required for any request for the revision of a work program to transfer money pursuant to this subsection. The

unexpended balance of the amount transferred pursuant to this subsection must not be committed for expenditure after June 30, 2027, and must be reverted to the State General Fund on or before September 17, 2027.

10. The amounts of $596,561 in Fiscal Year 2025-2026 and $496,561 in Fiscal Year 2026-2027 to operate the Supreme Court's Technology Unit independent of the Governor's Technology Office are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the Administrative Office of the Courts budget account from one fiscal year to the other. Any amount so transferred must be used to operate the Supreme Court's Technology Unit independent of the Governor's Technology Office as approved by the Legislature. Notwithstanding the provisions of subsection 4 of NRS 353.220, the approval of the Interim Finance Committee is not required for any request for the revision of a work program to transfer money pursuant to this subsection. The unexpended balance of the amount transferred pursuant to this subsection must not be committed for expenditure after June 30, 2027, and must be reverted to the State General Fund on or before September 17, 2027.

11. The amounts of $22,447 in Fiscal Year 2025-2026 and $16,950 in Fiscal Year 2026-2027 to expand the Court Interpreter Program are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the Administrative Office of the Courts budget account from one fiscal year to the other. Any amount so transferred must be used to expand the Court Interpreter Program as approved by the Legislature. Notwithstanding the provisions of subsection 4 of NRS 353.220, the approval of the Interim Finance Committee is not required for any request for the revision of a work program to transfer money pursuant to this subsection. The unexpended balance of the amount transferred pursuant to this subsection must not be committed for expenditure after June 30, 2027, and must be reverted to the State General Fund on or before September 17, 2027.

**Sec. 45.** Of the amounts appropriated to the Department of Motor Vehicles by section 35 of this act for the Fiscal Operations Division budget account, $2,000,000 in Fiscal Year 2025-2026 and $2,000,000 in Fiscal Year 2026-2027 to fund credit card fees are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the same budget account from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor. The appropriated amounts approved to fund credit card fees pursuant to

this section may only be used for those expenses, and any amount so transferred must be used to pay credit card fees as approved by the Legislature.

**Sec. 46.** Any money remaining in the Account for the Office of Science, Innovation and Technology created by NRS 223.630 for the Graduate Medical Education Grant Program at the end of Fiscal Year 2024-2025 does not revert to the State General Fund, and must be transferred to the Account for the Graduate Medical Education Grant Program created by NRS 223.631 on or before September 19, 2025. Any balance in the Account for the Graduate Medical Education Grant Program and any portion of appropriations made to the Account remaining at the end of Fiscal Year 2025-2026 and Fiscal Year 2026-2027, respectively, must be carried forward.

**Sec. 47.** Notwithstanding the provisions of paragraph (a) and (b) of subsection 1 of NRS 353.288, the State Controller shall not make a transfer required by paragraph (a) or (b) of subsection 1 of NRS 353.288 during Fiscal Year 2025-2026 and Fiscal Year 2026-2027 from the State General Fund to the Account to Stabilize the Operation of the Government created by NRS 353.288.

**Sec. 48.** Any remaining balance of the sums appropriated to the Prison Industry and Prison Ranch budget accounts by section 21 of this act do not revert to the State General Fund.

**Sec. 49.** Any remaining balance of the $1,000,000 appropriation from the State General Fund approved by the 2015 Legislature for sagebrush habitat improvement projects does not revert to the State General Fund.

**Sec. 50.** Of the amounts appropriated to the State Department of Conservation and Natural Resources by section 24 of this act for the Conservation and Natural Resources Administration budget account, $50,000 in Fiscal Year 2025-2026 and $50,000 in Fiscal Year 2026-2027 to fund contract services to update the Conservation Credit System Manual and Nevada's Scientific Methods Document and Habitat Quantification Tool, are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred within the same budget account from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor. Any amount so transferred must be used to pay for contract services to update the Conservation Credit System Manual and Nevada's Scientific Methods Document and Habitat Quantification Tool as approved by the Legislature.

**Sec. 51.** Any money remaining in the Knowledge Account created by NRS 231.1592 and the Account for the Nevada Main

Street Program created by NRS 231.1536 at the end of Fiscal Year 2024-2025 and any remaining portion of any appropriations made to those Accounts for the 2023-2025 biennium do not revert to the State General Fund. The balance in those Accounts and any portion of appropriations remaining at the end of Fiscal Year 2024-2025 must be carried forward to Fiscal Year 2025-2026. Any balance in those Accounts and any portion of appropriations made to those Accounts remaining at the end of Fiscal Year 2025-2026 and Fiscal Year 2026-2027, respectively, must be carried forward.

**Sec. 52.** 1. Of the sums appropriated by section 16 of this act, any amounts used to match documented research grants received by the Nevada System of Higher Education which are not committed for expenditure by June 30 of each fiscal year of the 2025-2027 biennium may be carried forward for a maximum of 2 fiscal years, after which time any unexpended amounts must be reverted to the State General Fund.

2. All money appropriated by section 16 of this act, other than the amounts described in subsection 1 to match documented research grants, is subject to the provisions of section 81 of this act.

**Sec. 53.** The sums appropriated by this act to any division, bureau, agency or section of any department of the State Government for the support of salaries and payroll costs may be transferred to any other division, bureau, agency or section of the same department for the support of salaries and payroll costs with the approval of the Interim Finance Committee upon the recommendation of the Governor. Such transfers are limited only to those activities which are supported by appropriations from the State General Fund or the State Highway Fund.

**Sec. 54.** 1. The sums appropriated to the Legislative Fund by section 10 of this act for the support of the Legislative Commission, the divisions of the Legislative Counsel Bureau and Interim Legislative Operations are available for both Fiscal Year 2025-2026 and Fiscal Year 2026-2027, and may be transferred among the various budget accounts of the Legislative Commission, the divisions of the Legislative Counsel Bureau and Interim Legislative Operations and from one fiscal year to the other with the approval of the Legislative Commission upon the recommendation of the Director of the Legislative Counsel Bureau.

2. The sums appropriated for the support of salaries and payroll costs must be applied pursuant to the budget approved by the Legislature.

**Sec. 55.** The sums appropriated to the Division of Social Services of the Department of Human Services by section 17 of this

act may be transferred among the various budget accounts of the Division of Social Services with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 56.** The sums appropriated to the Nevada Health Authority by section 18 of this act for the Nevada Medicaid and the Nevada Check-Up Program budget accounts may be transferred between those budget accounts with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 57.** The sums appropriated to the Division of Child and Family Services of the Department of Human Services by section 17 of this act for the Summit View Youth Center, Caliente Youth Center and the Nevada Youth Training Center budget accounts may be transferred among those budget accounts with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 58.** The sums appropriated to the Division of Child and Family Services of the Department of Human Services by section 17 of this act for the Northern Nevada Child and Adolescent Services and Southern Nevada Child and Adolescent Services budget accounts may be transferred between those budget accounts with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 59.** The sums appropriated to the Division of Public and Behavioral Health of the Department of Human Services by section 17 of this act for the Southern Nevada Adult Mental Health Services, Northern Nevada Adult Mental Health Services and Lake's Crossing Center budget accounts may be transferred among those budget accounts with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 60.** 1. The Department of Human Services may, with the approval of the Interim Finance Committee upon the recommendation of the Governor, transfer from the various divisions of the Department to an account which is hereby created within the State General Fund any excess money available to the divisions as a result of savings from not providing health and related services, including, without limitation, savings recognized by using a different source of funding to pay the providers of services if the persons previously served by a division no longer require the provision of services from the division.

2. Any money transferred to the account created by subsection 1, to the extent approved by the Centers for Medicare and Medicaid Services of the United States Department of Health and Human Services and authorized by the State Plan for Medicaid, must:

(a) Be transferred by the Department to the Nevada Health Authority to be used to pay administrative and related costs and the State's share of the cost for participation in the private hospital collaborative upper payment limit program. Any remaining money to pay the State's share of the cost for participation in the private hospital collaborative upper payment limit program must be transferred not later than September 30 of the following fiscal year for the benefit of the upper payment limit program.

(b) After being used to satisfy the requirements of paragraph (a), be:

(1) Reserved for reversion to the State General Fund and reverted to the State General Fund at the end of each fiscal year of the 2025-2027 biennium; or

(2) Transferred to the Fund for a Healthy Nevada created by NRS 439.620 at the end of each fiscal year of the 2025-2027 biennium.

**Sec. 61.** The sums appropriated to the Aging and Disability Services Division of the Department of Human Services by section 17 of this act for the Desert Regional Center, Sierra Regional Center and Rural Regional Center budget accounts may be transferred among those budget accounts for residential support, family support and respite and jobs and day training services with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 62.** The sums appropriated to the Nevada Health Authority by section 18 of this act for the Nevada Medicaid and Nevada Check-Up Program budget accounts may be transferred to the Medicaid Administration budget account with the approval of the Interim Finance Committee upon recommendation of the Governor. Money may only be transferred to the Medicaid Administration budget account pursuant to this section for personnel and administrative costs necessary for implementing the provisions of NRS 422.401 to 422.406, inclusive, in Fiscal Year 2025-2026 and Fiscal Year 2026-2027 upon submittal of an analysis demonstrating savings in the Nevada Medicaid and Nevada Check-Up Program budget accounts resulting from the provisions of NRS 422.401 to 422.406, inclusive.

**Sec. 63.** The sums appropriated to the Nevada System of Higher Education by section 16 of this act may be transferred among the various budget accounts of the Nevada System of Higher Education included in the Executive Budget with the approval of the Interim Finance Committee upon the recommendation of the Governor.

**Sec. 64.** 1. Except as otherwise provided in subsections 2 and 3, the sums appropriated to the Department of Corrections by section 21 of this act may be transferred among the various budget accounts of the Department of Corrections in the same manner and within the same limits as allowed for revisions of work programs in NRS 353.220.

2. The provisions of subsection 1 do not apply to appropriations to the Department for deferred maintenance and extraordinary maintenance projects transferred pursuant to section 38 of this act.

3. The provisions of subsection 1 do not apply to the sums appropriated for the Training Academy budget account.

**Sec. 65.** Notwithstanding the provisions of paragraph (b) of subsection 2 of NRS 695K.300, the amounts appropriated by section 18 of this act are made directly to the Public Option budget account under the Nevada Health Authority for the operation of the Public Option.

**Sec. 66.** It is the intent of the Legislature that the amounts appropriated by section 18 of this act to the Nevada Health Authority for the Nevada Medicaid and the Nevada Check-Up Program budget accounts must be expended in such a manner as to continue the current service delivery model for prescription drugs in which persons enrolled in Medicaid and Check-Up managed care programs receive prescription drugs through a Medicaid managed care organization in the 2025-2027 biennium.

**Sec. 67.** The total sums appropriated by section 17 of this act for the Temporary Assistance for Needy Families and Child Assistance and Development budget accounts of the Division of Social Services of the Department of Human Services and by section 18 of this act to the Nevada Medicaid and Nevada Check-Up Program budget accounts of the Nevada Health Authority are limits. The Nevada Health Authority or the Division of Social Services shall not request additional money for these budget accounts, except for:

1. Increased State costs in Fiscal Year 2025-2026 and Fiscal Year 2026-2027 in the event that federal financial participation rates are less than the amounts approved by the Legislature effective on October 1, 2025;

2. Costs related to additional services or populations which are mandated by the Federal Government on or after October 1, 2025, and which are not specifically funded in the Nevada Medicaid budget account in Fiscal Year 2025-2026 and Fiscal Year 2026-2027;

3. Costs related to the Medicaid county match and waiver populations that exceed the 8-cent county reimbursement cap established pursuant to NRS 428.285;

4. Increased State costs in Fiscal Year 2025-2026 and Fiscal Year 2026-2027, in the event that the annual allocation of federal Temporary Assistance for Needy Families block grant funds is lower than the amounts approved by the Legislature for either fiscal year;

5. Increased State costs in Fiscal Year 2025-2026 and Fiscal Year 2026-2027 due to federal changes in the payment structure of Nevada Medicaid or the Nevada Check-Up Program; or

6. Increased State costs in Fiscal Year 2025-2026 and Fiscal Year 2026-2027 due to higher than budgeted prescription drug costs for fee-for-service participants.

**Sec. 68.** Except as otherwise provided in this section, the sums appropriated to the Division of Child and Family Services of the Department of Human Services by section 17 of this act for the Clark County Child Welfare and Washoe County Child Welfare budget accounts for the purpose of providing respite and block grant allocations to agencies which provide child welfare services in a county whose population is 100,000 or more, are limits. The Division shall not request additional sums for these budget accounts, except that the Division may request additional sums for the adoption assistance programs described in NRS 432B.219.

**Sec. 69.** Of the amounts appropriated to the Aging and Disability Services Division of the Department of Human Services by section 17 of this act for the Home- and Community-Based Services budget account to fund the rates paid to providers of personal care services for the Community Options Program for the Elderly and the Personal Care Services Program, not less than $16 of the $25 per hour reimbursement rate received by providers must be paid as an hourly wage to direct care workers. The hourly wage of $16 must be paid as direct compensation and may not be decreased by health insurance or any other employee benefit costs.

**Sec. 70.** Of the amounts appropriated to the Nevada Health Authority by section 18 of this act for the Nevada Medicaid budget account to fund the rates paid to providers of personal care services, not less than $16 of the $25 per hour reimbursement rate received by providers must be paid as an hourly wage to direct care workers. The hourly wage of $16 must be paid as direct compensation and may not be decreased by health insurance or any other employee benefit costs.

**Sec. 71.** In addition to the requirements of NRS 353.225, for Fiscal Year 2025-2026 and Fiscal Year 2026-2027, the Board of Regents of the University of Nevada shall comply with any request by the Governor to set aside money from the appropriations made by this act in any specified amount.

**Sec. 72.** 1. If the Director of the State Department of Conservation and Natural Resources determines in Fiscal Year 2025-2026 or Fiscal Year 2026-2027 that, because of delays in the receipt of revenue for services billed to the Federal Government, local governments and other state governments, the amount of current claims for expenses incurred in the suppression of fires or response to emergencies exceeds the amount of money available to pay such claims within 30 days, he or she may request from the Director of the Office of Finance in the Office of the Governor a temporary advance from the State General Fund to pay authorized expenses.

2. The Director of the Office of Finance in the Office of the Governor shall provide written notification to the State Controller and to the Senate and Assembly Fiscal Analysts of the Fiscal Analysis Division of the Legislative Counsel Bureau if he or she approves a request made pursuant to subsection 1. The State Controller shall draw his or her warrant upon receipt of such a notification.

3. An advance from the State General Fund:

(a) May be approved by the Director of the Office of Finance in the Office of the Governor only for expenses incurred in the suppression of fires or response to emergencies charged to the Forest Fire Suppression or Out-of-State Fire Suppression Account budget accounts of the Division of Forestry of the State Department of Conservation and Natural Resources. Before approving the advance, the Director shall verify that billings for reimbursement have been sent to the agencies of the Federal Government, local governments or other state governments responsible for reimbursing the Division of Forestry for costs incurred in activities relating to the suppression of fires or response to emergencies.

(b) Is limited to the total due from outstanding billings for reimbursable expenses incurred in the suppression of fires or response to emergencies as approved for payment to the State by agencies of the Federal Government, local governments and other state governments.

4. Any money which is temporarily advanced from the State General Fund to the Forest Fire Suppression budget account or Out-of-State Fire Suppression Account budget account pursuant to

this section must be repaid on or before the last business day in August immediately following the end of the fiscal year in which the temporary advance was approved.

**Sec. 73.** 1. If the Governor orders the Nevada National Guard into active service as described in NRS 412.122 for an emergency, as defined in subsection 1 of NRS 353.263, in Fiscal Year 2025-2026 or Fiscal Year 2026-2027 and the Adjutant General of the Office of the Military determines expenditures will be required, the Adjutant General may request from the Director of the Office of Finance in the Office of the Governor a temporary advance from the State General Fund for the payment of authorized expenses.

2. The Director of the Office of Finance in the Office of the Governor shall provide written notification to the State Controller and to the Senate and Assembly Fiscal Analysts of the Fiscal Analysis Division of the Legislative Counsel Bureau of the approval of a request made pursuant to subsection 1. The State Controller shall draw his or her warrant upon receipt of the approval by the Director of the Office of Finance in the Office of the Governor.

3. An advance from the State General Fund:

(a) Must be approved by the Director of the Office of Finance in the Office of the Governor for expenses incurred as a result of activation of the Nevada National Guard.

(b) Is limited to $50,000 per activation as described in subsection 1.

4. Any money which is temporarily advanced from the State General Fund to a budget account pursuant to subsection 2 must be repaid as soon as possible, and the repayment must be made from the Emergency Account created by NRS 353.263.

**Sec. 74.** The amounts appropriated by section 6 of this act to the Office of the State Treasurer for costs related to the administration of the Nevada Employee Savings Trust Program established pursuant to chapter 353D of NRS are a loan and must be repaid as soon as the Office has received sufficient money for the operation of the Program.

**Sec. 75.** The amounts appropriated by section 2 of this act to the Nevada Office of Cyber Defense Coordination are a loan. Commencing on July 1, 2027, the Office of the Governor shall use revenues from intergovernmental transfers to repay the loan in annual installments to the State Treasurer for deposit in the State General Fund. Each annual installment must be 25 percent of the loan and the loan must be fully repaid not later than the end of Fiscal Year 2030-2031.

**Sec. 76.** There is hereby appropriated from the State General Fund to the Public Employees' Retirement Board the sum of $103,477 for Fiscal Year 2025-2026 and $105,182 for Fiscal Year 2026-2027 for the administration of the Legislators' Retirement System.

**Sec. 77.** There is hereby appropriated from the State General Fund to the Legislative Fund created by NRS 218A.150 the sum of $16,365,429 for the costs of the 83rd Legislative Session.

**Sec. 78.** There is hereby appropriated from the State General Fund to the Legislative Fund created by NRS 218A.150 the sum of $8,118,404 for the costs of information technology projects and equipment and for dues and registration costs for national organizations.

**Sec. 79.** 1. During the 2025-2027 biennium, the Legislative Auditor shall conduct an audit of the Aging and Disability Services Division's Early Intervention Services Program, including, without limitation, an analysis of the Program's state and community providers' records related to services provided and billing practices, including, without limitation, reimbursements from Medicaid and private insurance, an evaluation of the claims submitted for reimbursement and an assessment of the adequacy of the Program's internal controls.

2. The Legislative Auditor shall present a final written report of the audit conducted pursuant to subsection 1 to the Audit Subcommittee of the Legislative Commission not later than January 31, 2027.

**Sec. 80.** Section 44 of chapter 209, Statutes of Nevada 2023, at page 1248, is hereby amended to read as follows:

> Sec. 44. ***1.*** Of the amounts appropriated to the State Department of Conservation and Natural Resources by section 23 of this act for the Division of State Lands budget account, $840,284 in Fiscal Year 2023-2024 and $63,000 in Fiscal Year 2024-2025 to replace the Division's land management system, are available for both Fiscal Year 2023-2024 and Fiscal Year 2024-2025, and may be transferred within the same budget account from one fiscal year to the other with the approval of the Interim Finance Committee upon the recommendation of the Governor. Any amount so transferred must be used to pay for replacement of the Division's land management system as approved by the Legislature.
>
> ***2. Any remaining balance of the appropriation made by subsection 1 must not be committed for expenditure after***

***June 30, 2026, by the entity to which the appropriation is made or any entity to which money from the appropriation is granted or otherwise transferred in any manner, and any portion of the appropriated money remaining must not be spent for any purpose after September 18, 2026, by either the entity to which the money was appropriated or the entity to which the money was subsequently granted or transferred, and must be reverted to the State General Fund on or before September 18, 2026.***

**Sec. 81.** 1. Except as otherwise provided in this section and sections 46, 48, 51, 52 and 76 of this act, any balances of the appropriations made by this act for Fiscal Year 2025-2026 and Fiscal Year 2026-2027 must not be committed for expenditure after June 30 of each fiscal year, respectively, by the entity to which the appropriation is made or any entity to which money from the appropriation is granted or otherwise transferred in any manner, and any portion of the appropriated money remaining must not be spent for any purpose after September 18, 2026, and September 17, 2027, respectively, by either the entity to which the money was appropriated or the entity to which the money was subsequently granted or transferred and, except as otherwise provided in subsection 2, must be reverted to the fund from which it was appropriated on or before September 18, 2026, and September 17, 2027, respectively.

2. Any balance of the appropriations made to the Legislative Fund by sections 10, 77 and 78 of this act does not revert to the State General Fund but constitutes a balance carried forward.

**Sec. 82.** The State Controller shall provide for the payment of claims legally obligated in each fiscal year of the 2025-2027 biennium on behalf of state agencies until the last business day of the August immediately following the end of each fiscal year. The State Controller shall process any transactions requested by the Director of the Office of Finance in the Office of the Governor from the previous fiscal year until the third Friday in September immediately following the end of the fiscal year.

**Sec. 83.** The State Controller shall transfer among the appropriate budget accounts and funds the amounts necessary to carry out the budget approved by the Legislature, and the amounts so transferred shall be deemed appropriated.

**Sec. 84.** The State Controller shall pay the annual salaries of the Governor, the Lieutenant Governor, the Secretary of State, the State Treasurer, the State Controller and the Attorney General in biweekly installments for each day worked up to and including the

date of payment. The payment of a portion of the annual salaries of these officers at the end of a calendar year for the purpose of reconciling the amount of the salary paid during that calendar year with the amount of the salary set forth in statute for that office must not be made if it will result in the issuance of a separate check.

**Sec. 85.** 1. If projections of the ending balance of the State General Fund fall below the amount estimated by the 83rd Session of the Nevada Legislature for Fiscal Year 2025-2026 or Fiscal Year 2026-2027, the Chief of the Budget Division of the Office of Finance in the Office of the Governor shall report this information to the State Board of Examiners.

2. If the State Board of Examiners determines that the ending balance of the State General Fund is projected to be less than $175,000,000 for Fiscal Year 2025-2026 or Fiscal Year 2026-2027, the Governor, pursuant to NRS 353.225, may direct the Chief of the Budget Division of the Office of Finance in the Office of the Governor to require the State Controller or the head of each department, institution or agency to set aside a reserve of not more than 15 percent of the total amount of operating expenses or other appropriations and money otherwise available to the department, institution or agency.

3. A reserve must not be set aside pursuant to this section unless:

(a) The Governor, on behalf of the State Board of Examiners, submits a report to the Legislature or, if the Legislature is not in session, to the Interim Finance Committee, stating the reasons why a reserve is needed and indicating each department, institution or agency that will be required to set aside a reserve; and

(b) The Legislature or Interim Finance Committee approves the setting aside of the reserve.

**Sec. 86.** If the State of Nevada is required to make payment to the United States Treasury under the provisions of Public Law 101-453, the Cash Management Improvement Act of 1990, the State Controller, upon approval of the State Board of Examiners, may make such payments from the interest earnings of the State General Fund or interest earnings in other funds when interest on federal money has been deposited in those funds.

**Sec. 87.** Notwithstanding the provisions of paragraph (a) of subsection 2 of NRS 422.27497, the Director of the Nevada Health Authority shall establish rates of reimbursement which are provided on a fee-for-service basis for applied behavior analysis services, as defined in NRS 422.27497, for the Nevada Medicaid and Nevada Check-Up Program budget accounts as approved by the Legislature.

**Sec. 88.** 1. Notwithstanding the provisions of section 81 of this act, the remaining balance of any money appropriated by this act to a nonreversionary account does not revert to the State General Fund at the end of a fiscal year and must be carried forward to the next fiscal year.

2. As used in this section, "nonreversionary account" means an account created in the Nevada Revised Statutes in which the money does not revert to the State General Fund at the end of a fiscal year and must be carried forward.

**Sec. 89.** If the name of an officer or agency has been changed or the responsibilities of an officer or agency have been transferred pursuant to the provisions of another act enacted by the 83rd Session of the Legislature and approved by the Governor and the change in name or transfer of duties is not indicated in this act, any reference to that officer or agency in this act shall be deemed to refer to the officer or agency the name of which or duties of which have been changed or transferred by the other act.

**Sec. 90.** Notwithstanding the provisions of NRS 218D.430 and 218D.435, a committee may vote on this act before the expiration of the period prescribed for the return of a fiscal note in NRS 218D.475. This section applies retroactively from and after May 18, 2025.

**Sec. 91.** 1. This section and sections 46, 47, 49, 51, 77 to 80, inclusive, 89 and 90 of this act become effective upon passage and approval.

2. Sections 1 to 45, inclusive, 48, 50, 52 to 76, inclusive, and 81 to 88, inclusive, of this act become effective on July 1, 2025.

**20 ~~~~~ 25**