# EXHIBIT 37

**FOR FURTHER INFORMATION CONTACT:** CAPT E Azziz-Baumgartner, USPHS, Global Influenza Branch Chief, Influenza Division, National Center for Immunization and Respiratory Diseases, Centers for Disease Control and Prevention, 1600 Clifton Rd., Atlanta, GA, Global Influenza Branch, Phone: 404–639–2555.

**SUPPLEMENTARY INFORMATION:** These sole source awards will support the recipients to improve or maintain capacity to conduct seasonal influenza surveillance and detect and respond to pandemic and novel influenza. In addition, these awards will enhance capacity to detect and respond to novel influenza viruses, such as highly pathogenic avian influenza, as well as identify outbreaks of severe respiratory illness syndrome and other infectious disease threats through both epidemiologic and virologic detection. These activities will strengthen connections between national institutions, especially National Influenza Centers, to fully participate in data sharing and maintain capacity to share specimens, as well as clinical and epidemiologic data related to influenza circulation.

These entities are in a unique position to conduct this work, as they are either subsidiaries of the host government ministries of health or they are the designated entities responsible for leading influenza surveillance. They have the expertise to support health service delivery and oversee the national coordination of surveillance, preparedness, prevention, and response activities to all forms of health threats and public health emergencies.

**Summary of the Awards**

*Recipients:* Institute of Epidemiology, Disease Control and Research, Bangladesh; National Institute of Public Health, Cambodia; Institut Pasteur de Madagascar; National Health Laboratory Service, South Africa; L.Sakvarelidze National Center for Disease Control, and Public Health, Georgia.

*Purpose of the awards:* The purpose of these awards is to support surveillance and response for pandemic and novel influenza and other infectious disease threats in Bangladesh, Cambodia, Madagascar, South Africa, and Georgia.

*Authority:* This program is authorized under §§ 307 and 317(k) of the Public Health Service Act (42 U.S.C. *242l* and 247b(k)).

*Period of performance:* September 30, 2026, through September 29, 2031.

**Jamie Legier,**

*Chief Grants Management Officer, Centers for Disease Control and Prevention.*

[FR Doc. 2026–16110 Filed 8–6–26; 8:45 am]

**BILLING CODE 4163–18–P**

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Administration for Children and Families

### Privacy Act of 1974; System of Records

**AGENCY:** Office of Family Assistance (OFA), Administration for Children and Families (ACF), Department of Health and Human Services (HHS).

**ACTION:** Delay of the effective date of the new routine use under modified system of records.

**SUMMARY:** The Department of Health and Human Services (HHS) is delaying the effective date of the new routine use under the modified system of records maintained by the Office of Family Assistance (OFA) within HHS' Administration for Children and Families (ACF), System No. 09–80–0375, Temporary Assistance for Needy Families (TANF) Data that appeared in the **Federal Register** of June 23, 2026.

**DATES:** ACF is delaying the effective date of the new routine use under the modified system of records published June 23, 2026 (91 FR 37406). In accordance with 5 U.S.C. 552a(e)(4) and (11), the notice was effective June 23, 2026, with the exception of subparagraph (a) under routine use 1 and the new routine use 10, which will now be effective September 1, 2026. Please submit any comments on the notice by August 11, 2026.

**ADDRESSES:** Comments may be submitted to the Federal eRulemaking Portal electronically at *http://www.regulations.gov* or mailed to John Talieri, Senior Official for Privacy, Administration for Children and Families, 330 C Street SW, Washington, DC 20201. Please include "09–80–0375" in the subject line or *regulations.gov* comment. Comments received will be available at *regulations.gov* for public viewing, inspection or copies. ACF does not edit personally identifiable information from submissions; therefore, commenters should submit only information that they wish to make publicly available.

**FOR FURTHER INFORMATION CONTACT:** General questions about the modified system of records may be submitted by mail or email to TANF Data Division, Office of Family Assistance, Administration for Children and Families, 330 C Street SW, Washington, DC 20201, or *tanfdata@acf.hhs.gov;* or may be submitted by telephone to John Talieri, Senior Official for Privacy, at (202) 969–3581.

Dated: August 5, 2026.

**David M. Swegle,**

*Director, Office for Family Assistance, Administration for Children and Families.*

[FR Doc. 2026–16176 Filed 8–6–26; 8:45 am]

**BILLING CODE 4184–42–P**

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Administration for Children and Families

**[Office of Management and Budget #: 0970–0610]**

### Submission for Office of Management and Budget Review; National Communication System for Runaway and Homeless Youth, Currently Operated by the National Runaway Safeline Data Collection

**AGENCY:** Family and Youth Services Bureau, Administration for Children and Families, Department of Health and Human Services.

**ACTION:** Request for Public Comments.

**SUMMARY:** The Family and Youth Services Bureau's (FYSB) Runaway and Homeless Youth Division has a legislative requirement to fund a National Communication System, which is currently operated by the National Runaway Safeline (NRS). The NRS provides information, referral services, crisis intervention, and prevention resources to vulnerable youth at risk of running away and/or becoming homeless and their families or legal guardians at no cost. When necessary, the NRS refers runaway and homeless youth to shelters, counseling, medical assistance, and other vital services. The NRS collects information from all contacts with youth and adults connecting with the NRS (*i.e.,* parents, family members, legal guardians, service providers) on a voluntary basis to inform crisis services and develop an annual report on the information collected during calls, chats, emails, and forum posts from young people who reached out to the NRS's crisis services. This information collection is approved under Office of Management and Budget (OMB)#: 0970–0610. FYSB plans to submit a request to OMB to extend