**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF NEW YORK, *et al.*,

*Plaintiffs*,

v.

ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,

*Defendants*.

Case No. 1:26-cv-02726-JEB

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY UNDER 5 U.S.C. § 705**

Upon consideration of the State of New York, District of Columbia, State of California, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Hawai'i, State of Illinois, Office of the Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and State of Wisconsin's ("Plaintiff States") Motion for a Preliminary Injunction and Stay under 5 U.S.C. § 705 and the memorandum, declarations, and exhibits submitted in support, as well as the response submitted by Defendants Administration for Children and Families ("ACF"), Alex J. Adams, Office of Family Assistance, David Swegle, U.S. Department of Health of Human Services, and Robert F. Kennedy, Jr. ("HHS Defendants") and

Defendants U.S. Department of Homeland Security (DHS) and Markwayne Mullin ("DHS Defendants"), it is hereby ORDERED that:

(1) Plaintiffs' Motion for a Preliminary Injunction and Stay under 5 U.S.C. § 705 is GRANTED;

(2) The effective date of the June 23, 2026, TANF System of Records Notice (91 Fed. Reg. 37,406) and the Notice's revisions to the TANF System of Records are STAYED as to Plaintiff States under 5 U.S.C. § 705, including as to data reported to ACF by Plaintiff States or verification information obtained from Plaintiff States, pending a final ruling on the merits of this case;

(3) HHS Defendants are ENJOINED from implementing the June 23, 2026, TANF System of Records Notice and its revisions to the TANF System of Records as to Plaintiff States, including as to data reported to ACF by Plaintiff States or verification information obtained from Plaintiff States, pending a final ruling on the merits of this case;

(4) HHS Defendants' policy permitting the bulk disclosure of States' TANF information outside of ACF (the "Data Disclosure Policy") is STAYED as to Plaintiff States under 5 U.S.C. § 705, including as to data reported to ACF by Plaintiff States or verification information obtained from Plaintiff States, pending a final ruling on the merits of this case;

(5) HHS Defendants are ENJOINED from implementing the Data Disclosure Policy and from making bulk transfers of Plaintiff States' TANF data, including data reported to ACF by Plaintiff States or verification information obtained from Plaintiff States, outside of ACF, pending a final ruling on the merits of this case; and

(6) DHS Defendants are ENJOINED from using, sharing, or transferring any State TANF information originating with Plaintiff States, including data reported to ACF by Plaintiff

States or verification information obtained from Plaintiff States, that was received from ACF, directly or indirectly, as a result of any bulk data transfer, including the September 2025 bulk data transfer, pending a final ruling on the merits of this case, provided that nothing in this Order shall prevent DHS Defendants from taking measures to secure and protect data received from ACF.

Dated: ______________________ ____________________________________

Hon. James E. Boasberg
United States District Judge