AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

STATE OF NEW YORK, et al.,
*Plaintiff*
v.
ADMINISTRATION FOR CHILDREN & FAMILIES,
*Defendant*

Case No. 1:26-cv-02726

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico .

Date: 08/12/2026

/s/ Anjana Samant
*Attorney's signature*

Anjana Samant, NM Bar No. 163690
*Printed name and bar number*

408 Galisteo Street
Santa Fe, NM 87501
*Address*

asamant@nmdoj.gov
*E-mail address*

(505) 270-4332
*Telephone number*

*FAX number*