AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

State of New York, et al.
*Plaintiff*
v.
Administration for Children and Families, et al.
*Defendant*

Case No. 26-cv-2726

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Wisconsin .

Date: 09/21/2026

s/Faye B. Hipspman
*Attorney's signature*

Faye B. Hipsman #1123933
*Printed name and bar number*

Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
*Address*

faye.hipsman@wisdoj.gov
*E-mail address*

(608) 264-9487
*Telephone number*

(608) 294-2907
*FAX number*