AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

State of New York, et al.
*Plaintiff*
v.
Administration for Children and Families, et al.
*Defendant*

Case No. 1:26-cv-02726

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico .

Date: 09/22/2026

/s/ Tyler To
*Attorney's signature*

Tyler To #164545
*Printed name and bar number*

New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
*Address*

tto@nmdoj.gov
*E-mail address*

(505) 660-7787
*Telephone number*

*FAX number*