**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-02726-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION AND STAY UNDER 5 U.S.C. § 705**

Upon consideration of Plaintiff States' Motion for Leave to File a Supplemental Submission, it is hereby ORDERED that:

(1) Plaintiffs' Motion for Leave to File a Supplemental Submission is GRANTED;

(2) Plaintiffs' Supplemental Submission shall be deemed filed; and

(3) Defendants may file a response to Plaintiffs' Supplemental Submission of no more than 2,000 words by 12:00 p.m. on Monday, September 28.

Dated: ______________________

______________________________________
Hon. James E. Boasberg
United States District Judge