**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**STATE OF NEW YORK, *et al.*,**

**Plaintiffs,**

**v.**

**ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,**

**Defendants.**

**Civil Action No. 26-2726 (JEB)**

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for a Preliminary Injunction and Stay is DENIED; and
2. Plaintiffs' Motion for Leave is DENIED as untimely.

**SO ORDERED.**

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: September 28, 2026