**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-02726-JEB |

**[PROPOSED] ORDER GRANTING PARTIES'**
**JOINT MOTION FOR BRIEFING SCHEDULE**

Upon consideration of the parties' Joint Motion for Briefing Schedule, it is hereby ORDERED that:

(1) The parties' Joint Motion for Briefing Schedule is GRANTED;

(2) The parties shall adhere to the following schedule:

a. Defendants' production of the Administrative Record due on October 26, 2026;

b. Defendants' Dispositive Motion due on November 12, 2026;

c. Plaintiffs' Opposition to Defendants' Dispositive Motion and Plaintiffs' Cross-Motion for Summary Judgment due on December 14, 2026;

d. Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendants' Dispositive Motion due on January 14, 2027;

e. Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Summary Judgment due January 29, 2027; and

f. Any hearing will be held on __________________________.

Dated: ________________________ __________________________________________

Hon. James E. Boasberg
United States District Judge