**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| State of New York, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Administration for Children and Families, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-2726-JEB |

**NOTICE OF FILING OF CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of a certified list of the contents of the Administrative Record. A certification of the Administrative Record and its index accompany this filing. Defendants have produced the full contents of the Administrative Record to counsel for Plaintiffs.

Dated: October 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ *Patrick K. Keating*
PATRICK K. KEATING
MD Bar No. 2211140001
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-0256
E-mail: Patrick.K.Keating@usdoj.gov

*Counsel for Defendants*