# ADMINISTRATIVE RECORD INDEX

| File No. | Document Description | Begin Bates Number |
|---|---|---|
| 1 | FY23-FY25 YTD SAVE ACF Benefit Spreadsheet September 2025 | NY - 000001 |
| 2 | Recipient Counts by State Spreadsheet September 2025 | NY - 000014 |
| 3 | TANF SAVE FY23-FY25 Spreadsheet January 2026 | NY - 000021 |
| 4 | OFA State Citizenship Verification Conversations Summary | NY - 000040 |
| 5 | Questions for OFA State Citizenship Verification Conversations | NY - 000045 |
| 6 | Idaho-OFA Citizenship Verification Conversation Transcript | NY - 000047 |
| 7 | Idaho-OFA Citizenship Verification Conversation Summary | NY - 000052 |
| 8 | Delaware-OFA Citizenship Verification Conversation Transcript | NY - 000056 |
| 9 | Delaware-OFA Citizenship Verification Conversation Summary | NY - 000063 |
| 10 | North Dakota-OFA Citizenship Verification Conversation Transcript | NY - 000068 |
| 11 | North Dakota-OFA Citizenship Verification Conversation Summary | NY - 000074 |
| 12 | Louisiana-OFA Citizenship Verification Conversation Transcript | NY - 000079 |
| 13 | Louisiana-OFA Citizenship Verification Conversation Summary | NY - 000096 |
| 14 | PII Data Call Spreadsheet | NY - 000104 |
| 15 | Eligibility Verification WRD Spreadsheet | NY - 000105 |
| 16 | August 26, 2025 Email from David Swegle to Zachary Terrell Discussing SAVE | NY - 000106 |
| 17 | November 19, 2025 Email Explaining WRD Spreadsheet | NY - 000107 |
| 18 | TANF Data Transfer Notification | NY - 000114 |
| 19 | MOA between USCIS and ACF | NY - 000118 |