UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br>*Defendants*. | Case No. 1:26-CV-02726-JEB |

**CERTIFICATION AND INDEX OF THE ADMINISTRATIVE RECORD**

I, David Swegle, Director of the Office of Family Assistance, Administration for Children and Families, U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute a true and complete copy of the administrative record, comprised of the non-privileged documents that were considered, either directly or indirectly, in connection with promulgation of the actions challenged in the above-captioned case.

Executed this 26th day of October, 2026, in Washington, D.C.

DAVID M. SWEGLE -S
Digitally signed by DAVID M. SWEGLE -S
Date: 2026.10.26 10:33:37 -04'00'

David Swegle
Director
Office of Family Assistance
Administration for Children and Families
U.S. Department of Health and Human Services