**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-02726-JEB |

**AFFIDAVIT OF SERVICE**

1. In accordance with Fed. R. Civ. P. 4(*l*)(1) and LCvR 5.3, I, Andrew Kelly, make this declaration to establish that service of the amended complaint and summonses in the above-captioned matter was made on relevant parties.

2. I am over the age of eighteen.

3. I serve as a Supervisory Investigator in the Office of the Attorney General for the District of Columbia.

4. On September 17, 2026, I sent copies of the first amended complaint and relevant summonses in the above-captioned matter by certified mail, in accordance with Fed. R. Civ. P. 4, 6 C.F.R. § 5.42, and 6 C.F.R. Part 5(C) App'x A, to Defendants Markwayne Mullin and U.S. Department of Homeland Security at the following address:

General Counsel
U.S. Department of Homeland Security
Mail Stop 0485
Washington, DC 20528-0485

5. According to U.S. Postal Service electronic records accessed on September 23, 2026, and attached as Exhibit A (Defendant Mullin) and Exhibit B (Defendant U.S. Department

of Homeland Security), the amended complaint and summonses were delivered to both Defendants on September 22, 2026.

6. The Civil Process Clerk in the Office of the U.S. Attorney for the District of Columbia was previously served in this matter on August 7, 2026, by Sheila Jordan of my office. *See* Dkt. No. 37 at 2.

7. On October 20, 2026, I served the amended complaint and a copy of the summons for the Civil Process Clerk on the Civil Process Clerk. Service was accomplished by electronic mail to USADC.ServiceCivil@usdoj.gov, pursuant to instructions published by the Office of the U.S. Attorney for the District of Columbia.

8. On October 21, 2026, the Office of the U.S. Attorney confirmed that the service correspondence was received and processed on October 20, 2026.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

This the 2nd day of November, 2026.

Respectfully submitted,

Andrew Kelly
Supervisory Investigator
Office of the Attorney General for the District of Columbia