ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAW...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70012510000876208009

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 8:49 am on September 22, 2026 in WASHINGTON, DC 20528.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
September 22, 2026 8:49 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**