AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

State of New York, et al.
*Plaintiff*
v.
Administration for Children and Families, et al.
*Defendant*

Case No. 1:26-cv-2726-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants, limitedly to file their forthcoming motion to dismiss .

Date: 11/12/2026

/s/Jordan A. Hulseberg
*Attorney's signature*

Jordan A. Hulseberg (#90033542)
*Printed name and bar number*

U.S. Department of Justice
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
*Address*

jordan.a.hulseberg2@usdoj.gov
*E-mail address*

(202) 598-3856
*Telephone number*

*FAX number*